**LOPEZ, BARK & SCHULZ LLP**
Harry J. Schulz, III (SBN 205625)
   *hschulz@lbslawyers.com*
Michael E. Lopez (SBN 214937)
   *mlopez@lbslawyers.com*
Joseph R. Wilbert (SBN 270792)
   *jwilbert@lbslawyers.com*
James P. Miller (SBN 307189)
   *jmiller@lbslawyers.com*
300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 383-9585
Facsimile:  (714) 242-1544

Counsel for Defendant and
Counterclaimant SBE ELECTRICAL
CONTRACTING, INC.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida Corporation, | Case No.8:23-cv-00977-DFM |
| Plaintiff. | Honorable Douglas F. McCormick Courtroom No. 6B |
| v. | **ANSWER AND COUNTERCLAIM OF DEFENDANT SBE ELECTRICAL CONTRACTING; JURY DEMAND** |
| SBE ELECTRICAL CONTRACTING, INC. | |
| Defendant. | |
| SBE ELECTRICAL CONTRACTING, INC. | Complaint Filed:   June 5, 2023 Trial Date:        None set |
| Counterclaimant, | |
| v. | |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. | |
| Counterdefendant. | |

- 1 -

# ANSWER

Defendant SBE Electrical Contracting, Inc. ("Defendant" or "SBE") by and through its counsel of record, responds to the Complaint of Plaintiff Associated Industries Insurance Company, Inc. ("Plaintiff") as follows, with the paragraph numbers of this Answer corresponding to the paragraph numbers of the Complaint:

1. Admit, on information and belief.

2. Admit.

3. Admit all of Paragraph 3 except for the assertion that there is a pending claim in arbitration against SBE. Admit that the statement was true at the time it was made, but as of the date of this answer, SBE denies that there is a pending claim in arbitration against SBE.

4. Admit that SBE resides in this District. Admit that the underlying claim was an arbitration in Los Angeles arising from a construction project in Los Angeles. SBE denies the remaining allegations contained in Paragraph 4 of the Complaint, and notes that this paragraph references the "Western Division."

5. Admit that Plaintiff issued the policy in question. Admit that Paragraph 5 represents Plaintiff's interpretation of the limits afforded under the referenced policy.

6. Admit that the Policy contains Plaintiff's selectively and incompletely quoted excerpts from the referenced policy. To the extent Plaintiff's allegations regarding the content of the referenced policy are inconsistent with, mischaracterize, reference an inapplicable term, or incompletely reference the express terms of the referenced policy, SBE denies such allegations.

7. Admit that SBE and Palmer Beaudry Avenue Properties LP ("Palmer Beaudry") entered into a Trade Contractor Agreement with an effective date in July 2019. SBE denies the remaining allegations contained in Paragraph 7 of the Complaint.

8. Admit that Palmer Beaudry sent a letter to SBE in March of 2022 that claimed that there were deficiencies with SBE's work at the Project. SBE denies the remaining allegations contained in Paragraph 8 of the Complaint.

9. Admit.

10. Admit that a counterclaim was filed by Palmer Beaudry, and admit that Plaintiff has selectively and incompletely paraphrased excerpts from the counterclaim. To the extent Plaintiff's allegations regarding the content of the Palmer Beaudry arbitration counterclaim are inconsistent with, mischaracterize, or incompletely reference the express terms of the Palmer Beaudry arbitration counterclaim, SBE denies such allegations.

11. Admit that a counterclaim was filed by Palmer Beaudry, and admit that Plaintiff has selectively and incompletely paraphrased excerpts from the counterclaim. To the extent Plaintiff's allegations regarding the content of the Palmer Beaudry arbitration counterclaim are inconsistent with, mischaracterize, or incompletely reference the express terms of the Palmer Beaudry arbitration counterclaim, SBE denies such allegations.

12. Admit that SBE contested many of Palmer Beaudry's allegations. SBE denies the remaining allegations contained in Paragraph 12 of the Complaint.

13. Admit.

14. Admit.

## **FIRST CLAIM FOR RELIEF**

15. SBE incorporates its foregoing responses to the allegations contained in the Complaint as if fully set forth herein.

16. SBE admits that there is a controversy between the parties. Deny that SBE contends that Plaintiff currently owes a duty to defend SBE against the Palmer Beaudry Counterclaim, although at the time that the Complaint in this action was filed such contention was accurate. Admit that SBE contends that Plaintiff *had* and breached a duty to defend SBE against the Palmer Beaudry Counterclaim, and possibly against earlier proceedings as well. Admit that SBE contends that Plaintiff owes it a duty to indemnify against the settlement reached between Palmer Beaudry and SBE. Admit that Plaintiff contends it owes no duties to defend or to indemnify SBE and that

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

1  Plaintiff purportedly base such contention upon the policy language of the referenced
2  policy.  SBE denies the remaining allegations contained in Paragraph 16 of the
3  Complaint.

4       17.    Admit that Plaintiff requests the indicated relief.  SBE denies the
5  remaining allegations contained in Paragraph 17 of the Complaint.

6

7  **AFFIRMATIVE DEFENSES**

8       Defendant hereby asserts the following affirmative defenses.  If and to the
9  extent that it is Plaintiff's burden to prove any of the issues raised herein, Defendant
10  does not undertake such legal burden, and expressly does not waive its right to require
11  Plaintiff to meet the same.  These affirmative defenses are based on the current state of
12  Defendant's knowledge, and Defendant reserves the right, to the maximum extent
13  allowed by law, to supplement and/or amend these affirmative defenses as additional
14  information becomes available.

15  **First Affirmative Defense**

16  **(Unclean Hands)**

17       Defendant asserts that Plaintiff approaches this Court with unclean hands, such
18  that it would be inequitable to grant Plaintiff any of the remedies sought by its
19  Complaint.

20  **Second Affirmative Defense**

21  **(Ambiguity)**

22       Defendant asserts that the insurance policy documents created by Plaintiff are
23  and/or were ambiguous and that Plaintiff's efforts to deny coverage on the basis of
24  those documents is thereby void.

25  **Third Affirmative Defense**

26  **(Laches)**

27       Defendant asserts that Plaintiff's claim is barred by the doctrine of laches due to
28  Plaintiff's delay in asserting its rights.

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

<u>**Fourth Affirmative Defense**</u>

**(Waiver and Estoppel)**

Defendant asserts that Plaintiff's claim is barred by the doctrine of waiver and/or estoppel.

## <u>PRAYER FOR RELIEF ON THE COMPLAINT</u>

WHEREFORE, SBE prays this Court for the following relief against Plaintiff on the Complaint:

1. That the Court enter judgment in favor of SBE on Plaintiff's claims and direct that Plaintiff take nothing by its Complaint against SBE.

2. That SBE be awarded its costs of suit and reasonable attorneys' fees incurred in defense of this action to the maximum extent allowed by law.

3. That the Court grant SBE such other relief as the Court deems just and proper.

Dated:  September 8, 2023          **LOPEZ, BARK & SCHULZ LLP**


By: **/S/ Michael E. Lopez**
_____
          Michael E. Lopez
          Attorneys for Defendant & Counter-
          Claimant SBE Electrical Contracting,
          Inc.

ANSWER  AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING,  INC.

# COUNTERCLAIMS

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, counterclaimant SBE Electrical Contracting, Inc. ("Counterclaimant" or "SBE") hereby files these Counterclaims against Counterdefendant Associated Industries Insurance Company, Inc. ("Counterdefendant" or "Associated"):

# JURISDICTION AND VENUE

1.    This is an insurance coverage litigation arising out of Associated's wrongful denial of coverage for and its related wrongful conduct in connection with the claims asserted against SBE by Palmer Beaudry Avenue Properties, L.P. ("Palmer"). Those claims include both (1) claims that were asserted as a defense of offset against amounts owed to SBE in both correspondence and in the action brought by SBE in the Los Angeles Superior Court (the "Underlying Lawsuit"); and (2) claims alleged in the Counterclaim filed by Palmer in an arbitration brought by SBE (the "Underlying Arbitration").

2.    This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1367 in that these Counterclaims arise out of the same transactions or occurrences that are the subject matter of Associated's Complaint in this action.

3.    Venue is proper in this Court under 28 U.S.C. § 1391 in that Associated has voluntarily submitted to personal jurisdiction in this District by filing the Complaint in this action.

# PARTIES

4.    SBE is a California corporation with its principal place of business located at 2961 W. MacArthur Blvd., Suite #128, Santa Ana CA 92704.

5.    SBE is informed and believes that Associated is a Florida corporation with its principal place of business in New York.  Plaintiff is further informed and believes that at all times relevant to the claims herein, Associated was authorized to, and did transact the business of insurance in the State of California.

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

# FACTUAL BACKGROUND

## A. The Insurance Policies

6.    In or around July 2020, in exchange for valuable consideration, SBE acquired a Commercial General Liability Policy from Associated (Policy No. AES1194467 00, the "Policy"), a true and correct copy of which is attached hereto as **Exhibit A**, and which is incorporated herein by reference.  At approximately the same time, SBE also obtained a Commercial Excess Liability policy, also from Associated (Policy No. EXA1199030 00, the "Excess Policy") which was excess to the Policy, and with certain exceptions not relevant here, followed "the same provisions, exclusions and limitations that are contained in the" Policy.  A true and correct copy of the Excess Policy is attached hereto as **Exhibit B**, and is incorporated herein by reference.

7.    The relevant limits of the Policy include US$2,000,000 for the "General Aggregate Limit (Other than Products-Completed Operations)."  The Policy also has an "Each Occurrence Limit" of US$1,000,000.  The Excess Policy's limits are $5,000,000 per occurrence and in the aggregate, and apply in excess of the available and applicable limits of the Policy.

8.    The Policy defines an "Occurrence" as "an accident, including continuous or repeated exposure to substantially the same general harmful conditions."  (Policy at COMMERCIAL GENERAL LIABILITY COVERAGE FORM ("CGL Form") at § V(13).)

9.    Both the Policy and the Excess Policy promise coverage, in relevant part, for "sums that the insured becomes legally obligated to pay as damages because of… 'property damage' to which this insurance applies."  Policy CGL Form at § I(Coverage A)(1)(a); Excess Policy at COMMERCIAL EXCESS LIABILITY COVERAGE FORM ("Excess Form") at § I(1)(a).

10.    The Policy further provides that Associated "will have the right and duty to defend the insured against any 'suit' seeking" the damages referred to in Paragraph 9, above. CGL Form at § I(1)(a).  This duty to defend is *outside of* and does not deplete

- 7 -

the limits of insurance available for indemnity under the insuring clause. *Id.* at § I
(Supplementary Payments)(1).

11.    The Policy states that it applies to "property damage" if all of the
following apply:

a.  The property damage "is caused by an 'occurrence' that takes place in
    the 'coverage territory'."  Policy CGL Form at § I(Coverage A)(b)(1).

b.  The property damage "occurs during the policy period." *Id.* at
    § I(Coverage A)(b)(2).

c.  No insured (or employee of an insured) knew that the property
    damage had occurred prior to the policy period. *Id.* at § I(Coverage
    A)(b)(3).

**B. SBE Contracts with Palmer**

12.    In December of 2019, SBE and Palmer executed a Trade Contractor
Agreement (the "TCA"), a true and correct copy of which is attached hereto as
**Exhibit C**[1] and which is incorporated by reference herein, under which SBE agreed to
perform electrical contracting work for the construction of a three-building apartment
complex in downtown Los Angeles (the "Project").

13.    SBE's scope of work on the Project included the acquisition, provision,
and installation of large switchgear units in the Main Electrical Room for the Project,
which was located in a basement level of the Project.

14.    Among many other provisions, the TCA clearly states that SBE is
contractually responsible for any damage to installed work and materials.  For example,
Paragraph 8 of Exhibit A to the TCA (General Conditions) states:

> Trade Contractor shall use all means necessary to protect
> material before, during, and after installation and to protect

---

[1] Because of the size of the files involved, SBE has not submitted with Exhibit C
the Schedule of Values/Payment schedule that is normally attached to this document.

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING, INC.

1
2
3

the installed work and materials of all other trades.  In the event of damage, Trade Contractor shall make all repairs and replacements necessary to the approval of the Owner at no additional cost to Owner.

4    15.    Paragraph 41 of Exhibit D to the TCA ("Scope of Work – Electrical")

5   likewise states:

6
7
8

Trade Contractor is responsible for all of his materials until they are installed and accepted by Owner.  Any loss due to breakage, theft, etc. shall be the responsibility of the Trade Contractor.

9    16.    The TCA also specifically makes SBE responsible for "any and all"

10  damages suffered by Palmer as a result of delays that occur in connection with SBE's

11  work on the Project.  For example, Paragraph 3 of the TCA itself states:

12
13
14
15
16

TIME IS OF THE ESSENCE for each and every obligation of the Contract. * * * * Trade Contractor agrees that TIME IS OF THE ESSENCE and Trade Contractor shall be liable for any and all costs, losses, liabilities and damages arising out of or occurring in connection with Trade Contractor's failure to diligently commence and prosecute the Work within the Contract Time or any breach of this Agreement.

17
18

## C. SBE's Work at the Project

19    17.    Beginning in late December 2020, there were numerous flooding events in

20  the basement of the Project.  Some of these flooding events appeared to be the result

21  of heavy rainfalls, while others appeared to be the result of plumbing leaks unrelated to

22  SBE's work at the Project.  In some cases, water from the flooding entered the Main

23  Electrical Room through ducts installed by SBE and inundated the switchgear,

24  damaging it.  The switchgear, which had already been installed but had not yet been

25  accepted by Palmer, was rejected by government inspectors.

26    18.    These flooding events first took place during the policy periods and in the

27  coverage territories of both the Policy and the Excess Policy.

28

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

19.     In response to the flooding events, SBE cleaned the switchgear and, at Palmer's request, retained a third-party UL inspector to recertify the gear.  But despite SBE's efforts to repair the gear, the third-party inspector refused to certify it following the water damage resulting from the flooding events.  GHP thereafter retained another firm, Pride Electric, to attempt to perform refurbishments on the switchgear.

20.     In November of 2021, the Main Electrical Room suffered yet another round of flooding.  Although Pride had continued its refurbishment efforts, the third-party inspector again refused to certify the installed switchgear.

21.     Palmer then hired KT Industries to rebuild and recertify the switchgear. While KT was performing this work, Palmer also requested that SBE attempt to obtain replacement switchgear.  After SBE negotiated timelines with the manufacturer of the switchgear, Palmer purchased replacement switchgear from the manufacturer directly.

22.     Following these events, on March 14, 2022, GHP's counsel sent a letter to SBE, a true and correct copy of which is attached hereto as **Exhibit D** and which is incorporated herein by reference.  In that letter, Palmer made various accusations regarding SBE's work, including, among other things, that SBE had failed "to complete Project deliverables in a timely fashion."  **Exhibit D**, p. 1.

23.     In particular, the March 14, 2022 letter alleged:

> SBE's negligence allowed the switchgear to be exposed to water, which directly caused what has so far been a **four month** delay in occupancy of the building.  This delay is ongoing, and as such, it has and continues to severely jeopardize the success of the Project. **The ongoing impact of SBE's negligence in this regard has yet to be calculated, but it will be significant.**

*Id.* at p. 2 (emphasis in original).

24.     On the basis of the allegations in its March 14, 2022 letter, Palmer refused to release payments that SBE alleged were owing to it.  SBE provided a detailed response to Palmer's accusations on March 16, 2022, but Palmer terminated the TCA

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING, INC.

and SBE's work on the Project by way of written letter dated March 18, 2022, a true and correct copy of which is attached hereto as **Exhibit E** and which is incorporated herein by reference.

**D. SBE Tenders the Claim and Begins the Dispute with Palmer**

25.     Because GHP was not only refusing to pay SBE for its work, but was also asserting that SBE was liable for damages arising out of property damage to the switchgear (and resulting delay damages), SBE tendered the matter to its insurers, including Associated, on March 23, 2022.  SBE did not receive any response from Associated for over three months.

26.     Beginning in May of 2022, and continuing thereafter until suit was filed by SBE, SBE engaged in contractually-mandated dispute resolution procedures with Palmer, including a meeting of the principals and a mediation with a neutral mediator.

27.     On May 10, 2022, SBE filed a lien on the Project in the amount of approximately $3.2 million, which monies SBE believed were wrongfully being withheld from it by Palmer in partial satisfaction of the claims Palmer asserted against SBE.

28.     After weeks of delay (and after SBE reached out to inquire as to the status of its claim) on June 28, 2022, Victoria Cho, a representative acting on behalf of Associated indicated that Associated was still working on a coverage letter and should "have it out soon."  This representative was an employee of AmTrust, a Claims Administration company retained by Associated.

29.     At all times relevant herein, and in all acts described herein, AmTrust was acting as Associated's agent and on Associated's behalf with respect to SBE's claim.

30.     On July 1, 2022, SBE sent further correspondence to Associated (via AmTrust) updating Associated on the status of the developing dispute between SBE and Palmer, and pointing out that SBE "continue[d] to incur fees and costs to defend

1   against the accusations of GHP[.]"  SBE also indicated that it would be filing a lawsuit

2   (as required by law) to enforce its mechanic's lien.

3       31.    Associated's only response to this was to ask whether suit had been filed.

4   SBE informed Associated on July 6, 2022, that suit had not yet been filed.

5       32.    On July 14, 2022, still having no response from Associated nearly four

6   months from its initial tender, SBE again followed up, requesting coverage

7   immediately, and informed Associated that the parties were preparing for contractually

8   required meetings and mediation.  SBE also again informed Associated that it would be

9   filing a lawsuit to recover the funds that were being retained by Palmer in part to offset

10  SBE's alleged liabilities.

11      33.    On July 28, 2022, SBE filed a lawsuit to foreclose on its Mechanic's Lien

12  in Los Angeles Superior Court (the "Lawsuit"), although in its Complaint it specifically

13  notified the Court that the matter was subject to arbitration and that the lawsuit was

14  being filed solely to preserve claims.

15

16  **E. AmTrust's Initial Denial and The Road to Arbitration**

17      34.    Finally, on August 26, 2022 – more than five months after the matter was

18  tendered – Associated (via AmTrust) issued an apparently form Reservation of Rights

19  letter (the "August ROR") that mistakenly referenced another insurer ("Adco"),

20  misidentified SBE as "SBE Roofing & Waterproofing Inc.", and which asserted that

21  there was no duty to defend SBE because no "suit" had been filed.  A true and correct

22  copy of that reservation of rights letter is attached hereto as **Exhibit F**, and is

23  incorporated herein by reference.

24      35.    At the time the August ROR was issued, Associated was aware that SBE

25  and Palmer were engaged in contractually mandated pre-litigation procedures, and that

26  Palmer had asserted that SBE was liable for damages resulting from the water damage

27  to the Project's switchgear.  Associated was also aware that SBE had filed a mechanic's

28  lien to recover monies which SBE asserted were owed to it, but which Palmer was

withholding on the basis of SBE's alleged liabilities under the TCA, including for property damage to the switchgear.

36.    In September of 2022, SBE and Palmer began submitting what would become a series of stipulations to the trial court in the Underlying Lawsuit attempting to obtain a stay pending the outcome of arbitration. That stay was ultimately issued in early January, 2023.

37.    On November 21, 2022, after several months of negotiations, SBE and Palmer had a formal mediation as required by the TCA. This mediation was unsuccessful.

38.    On December 29, 2022, SBE filed a demand for arbitration with the American Arbitration Association. A true and correct copy of that Arbitration Demand, *sans* Exhibits, is attached hereto as **Exhibit G**, and is incorporated herein by reference.

39.    On January 25, 2023, Palmer filed its Answer to the Arbitration Demand as well as a Counterclaim. A true and correct copy of that filing, *sans* exhibits, is attached hereto as **Exhibit H**, and is incorporated herein by reference.

## F. The Counterclaim Triggered Associated's Duty to Defend

40.    The TCA purports to allocate the risk of damage to the switchgear (and any other work) directly to SBE until it is "accepted" by the Palmer. *See, e.g.,* Exhibit D to the TCA at ¶ 41. SBE could thus potentially be found *contractually* liable to Palmer for water damage to the switchgear, regardless of whether SBE was negligent, performed any work incorrectly, or failed to meet any applicable standard of care.

41.    Because the Counterclaim asserted that Palmer had sustained damages because of property damage (*i.e.*, the water damaged switchgear) and that SBE was liable therefor– including on the bases of both negligence and contractual liability (which contractual liability does not require SBE to have been negligent) – there was the potential that SBE could be held liable for property damage covered under the

Policy and the Excess Policy.  Likewise, Palmer's Answer to SBE's affirmative claims asserted a defense of offset based upon the alleged damages to the switchgear.

42.     The potential for covered damages under the allegations of the Answer and Counterclaim – including as to those resulting from the water damage to the switchgear, which Associated was well-aware constituted the vast bulk of Palmer's claims against SBE – triggered Associated's duty to defend SBE under the Policy. Accordingly, SBE tendered the Answer and Counterclaim to Associated.

**G. SBE's Second Tender**

43.     On Friday, January 27, 2023, SBE forwarded a copy of Palmer's Answer and Counterclaim to Associated, again through its claims administrator, AmTrust. After discovering that the previously assigned AmTrust claims representative (Victoria Cho) was no longer with AmTrust, SBE immediately (on the same day) sent identical correspondence to the newly assigned AmTrust claims representative, Louise Lane.

44.     SBE would later discover that Ms. Lane, too, had left AmTrust, but was unable to get any confirmation that either Associated or AmTrust had received the Answer and Counterclaim.  Finally, after relying on its broker to reach out to people at AmTrust directly, AmTrust curtly replied on February 13, 2023 that, "Our file is closed. Our Reservation of rights letter was sent to the insured on 8-26-22.  If a lawsuit is filed please forward it to our attention for further review.  It appears the insured is going through the arbitration process in handling this matter."  AmTrust seemed oblivious to the fact that SBE had done *just that* over two weeks previously.

45.     The Policy *specifically* defines "suit" to include arbitration proceedings to which the insured must submit.  At the time it claimed that its file was closed, Associated was aware that the TCA required arbitration of claims.

46.     Eight days later, on February 21, 2023 AmTrust responded by asking for "the original arbitration request and response submitted."  That same day, SBE provided (through its counsel) the requested documents.  SBE's counsel received an

"exceeds maximum file size" with respect to the original Arbitration Demand, and out of an abundance of caution, sent AmTrust links to both of the requested documents through DropBox.com.  AmTrust replied the same day that it "was able to open the first email", that AmTrust was not able to open DropBox links, but that "the first email you reference has the documents needed".

47.    Despite already having produced a reservation of rights letter previously as to the issues raised by Palmer, two weeks went by with no response from Associated.  On March 7, 2023, SBE's counsel again reached out to AmTrust requesting coverage without delay.

48.    Three days later, on March 10, 2023, and regardless of the fact that a copy of the TCA was attached to the Arbitration Demand, AmTrust emailed SBE asking – *for the first time* – for a copy of the TCA.  SBE (through its counsel) responded immediately, indicating that the TCA had been attached as Exhibit A to the initial Arbitration Demand and citing the page number where it could be found.  SBE also included a courtesy copy of the TCA in its response to AmTrust.  Out of an abundance of caution, SBE's counsel then followed up by emailing AmTrust a second, compressed version of the file containing the TCA.  In a telephone conversation later that day, AmTrust indicated that the matter had been referred to coverage counsel and that a response should be forthcoming within two weeks.

49.    Three days after that telephone call, on March 13, 2023 AmTrust asked SBE to provide the exhibits to Palmer's Counterclaim.  SBE's counsel responded that they would be happy to provide the exhibits as soon as AmTrust provided a mechanism for SBE to deliver the 145 MB file containing said exhibits, given that AmTrust's email system was apparently unable to accept attachments that large, and because AmTrust was reportedly unable to accept outside file links.  SBE also advised AmTrust that the three (3) Exhibits to the Counterclaim were identical to three of the Exhibits to the Arbitration Demand that had already been provided to AmTrust.

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING, INC.

50.    On March 28, 2023 – nearly *three* weeks after AmTrust had indicated that Associated's coverage position would be forthcoming in two weeks – SBE's counsel followed up with AmTrust *yet again.* SBE was told that the "review has taken longer than expected" but that a formal response would be received either at the end of that week or early in the next week.

## H. Associated Conclusively Abandons its Insured

51.    The next day – over two months from SBE's *second* tender of Palmer's claims to Associated – AmTrust issued a coverage position letter (the "Coverage Position Letter"), a true and correct copy of which is attached hereto as **Exhibit I**, and which is incorporated by reference herein. The Coverage Position Letter completely denied any duty to defend or indemnify SBE against the claims asserted by Palmer in the Counterclaim under either the Policy or the Excess Policy.

52.    The Coverage Position Letter acknowledges tender of the claim to Associated.

53.    The Coverage Position Letter (on page 3) specifically quotes language from the Counterclaim dealing with SBE's alleged responsibility for damage to the switchgear:

> Palmer's counterclaim singles out "one of [SBE's] failures in particular" that "caused extraordinary harm to" Palmer, that SBE "did not protect the main switchgear from water intrusion, even though that responsibility is squarely allocated to them by the Parties' agreement."
>
> * * * *
>
> "Separately, [SBE] failed to protect the Project-level electrical equipment at the Property – the switchgear – from water damage." (¶ 23.) "The switchgear is located in the basement level of one of the buildings on the Property" (¶ 24) and "that switchgear was exposed to water through an unsealed hole in the deck above the switchgear room that Claimant's employees drilled." (¶ 25.) The parties' contract

> "allocates responsibility for the protection of the switchgear squarely with [SBE], regardless of where the switchgear is located or the stage of its installation" because the contract says SBE "is responsible for protecting and insuring its own tools and equipment and all materials stored on-site or off-site" and that SBE "shall use all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades." (¶ 26, quoting Contract ¶ 7-8.)

54.     The Coverage Position Letter went on to grossly misrepresent SBE's position with respect to liability for the switchgear damage. The Coverage Position Letter says:

> We understand from correspondence from your attorney, Mr. Lopez (copied here), that SBE stoutly denies Palmer's allegations and contends that Palmer not SBE, owed a duty to protect the switchgear equipment installed by SBE from rainwater.

Coverage Position Letter at p. 5.

55.     Contrary to this assertion, SBE has been careful in its correspondence never to claim that it *did not have* a duty to protect the switchgear from "rainwater". Making such a claim in the face of the obvious contractual language to the contrary – including but not necessarily limited to Paragraph 8 of the General Conditions (Exhibit A to the TCA) and Paragraph 41 of Exhibit D to the TCA – would have been counterproductive and likely emboldened an already overzealous adversary (*i.e.,* Palmer) even further. What SBE has claimed (and what it would have argued at an arbitration hearing had it not been abandoned by its insurer) is that Palmer had never indicated *how* SBE was allegedly negligent in its protection efforts, and that in addition to Palmer's failure to point out any blameworthy conduct by SBE, SBE was not responsible for the water intrusions, and therefore SBE was not responsible for the damage to the switchgear resulting from such water intrusions. *See, e.g.,* SBE's letter of March 16,

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

2022, a true and correct copy of which is attached hereto as **Exhibit J** and incorporated as if set forth herein, at p. 4-6.

## I.  Associated Wrongfully Relies on Exclusion J(5) to Deny Coverage

56.     The Coverage Position Letter went on to claim that because SBE was still contracted to do work on the Project, the water damage to the switchgear "*would necessarily* be to 'that particular part of real property on which you… are performing operations' and which 'arises out of those operations.'"  Coverage Position Letter at p. 10 [emphasis added].  On the basis of this unexplained bit of reasoning, Associated asserted that Exclusion J(5) of the Policy applied to eliminate coverage.

57.     Exclusion J(5) purports to exclude coverage for property damage to…

> That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the property damage arises out of those operations[.]

*See* Policy at § I(Coverage A)(2)(j)(5).

58.     Exclusion J(5) does not require that SBE have been merely *contracted* to do work on the damaged property; it requires rather that SBE have actually been *performing* work on that "particular part" of the property that was damaged *at the time it was damaged*, and that such damage *arise out of* those operations.  Associated's reasoning, as set forth in the Coverage Position Letter, is thus at odds both with the plain meaning of the Exclusion as well as with California Law directly on point.  *See Global Modular, Inc. v. Kadena Pacific, Inc.*, 15 Cal.App.5th 127, 137 (2017) (interpreting exclusion j(5) in the context of an alleged failure to protect construction materials from flooding and water damage and noting that "the exclusion applies only to damage caused during physical construction activities" and finding coverage).

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING, INC.

**J.  Associated Wrongfully Relies on Exclusion J(6) to Deny Coverage**

59.    The Coverage Position Letter then immediately goes on to make the conclusory assertion that,

> Likewise, any 'occurrence' caused 'property damage' would necessarily be damage to '[t]hat particular part of any property that must be restored repaired or replaced because' SBE's "work" was "incorrectly performed" **at the project**. Exclusion j(6) would thus apply to preclude a duty to defend or indemnify SBE, if any, and Associated hereby disclaims such duties.

Coverage Position Letter at p. 10 (emphasis added).

60.    This "explanation" grossly misrepresents the policy language.  Exclusion j(6) **does not** exclude property damage that must be repaired or replaced because of SBE's work "at the project."  By its plain terms, Exclusion j(6) excludes only property damage to that *particular part* of property that must be restored, repaired, or replaced because SBE's work was incorrectly performed *on that particular part*.  Specifically, Exclusion j(6) excludes coverage for property damage to:

> That **particular part** of any property that must be restored, repaired or replaced because 'your work' was incorrectly performed **on it**.

*See* Policy at § I(Coverage A)(2)(j)(6) [emphasis added].

61.    Associated's reasoning, as set forth in the Coverage Position Letter, is thus not only deceptively disingenuous, but is also at odds both with the plain meaning of the Exclusion as well as with California law directly on point.  *See Global Modular, Inc. v. Kadena Pacific, Inc., supra,* 15 Cal.App.5th at 141 (interpreting exclusion j(6) in the context of an alleged failure to protect construction materials from flooding and water damage and noting that the exclusion "applies only to the particular *component* of the insured's work that was incorrectly performed and not to the insured's entire project" and finding coverage) (italics in original).

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

**K. Associated's Other Arguments Against Coverage Fare No Better With Respect to the Water-Damaged Switchgear**

62.     The Coverage Position Letter also raised the issue of Exclusion K, which excludes "'Property Damage' to 'your product' arising out of it or any part of it." Associated casts the application of this exclusion in "to the extent" language, but there is not even an allegation, much less any reason to believe, that the water damage to the switchgear "arose" out of the switchgear itself.  This exclusion is intended for situations where a defect in a product causes damage to the product itself, and it has no application here.

63.     Likewise, the Coverage Position Letter's "to the extent" invocation of Exclusion M – which applies to property that has "not been physically injured" – has no application, as the water-damaged switchgear was clearly physically damaged.

64.     Indeed, in its discussion of the application of the Policy's exclusions, the Coverage Position Letter *never once* mentions how or why any such exclusion would apply to any of Palmer's claims of damage arising out of the water-damaged switchgear.

65.     No exclusion in the Policy or the Excess Policy – and certainly no exclusion cited by Associated – bars coverage for the water damage to the switchgear at the Project.

**L.  SBE Settles its Dispute as Best it Can**

66.     Having been starkly abandoned by its insured and faced with Associated's bad-faith misrepresentations of both its own positions and the policy language, SBE had little choice but to proceed alone with the arbitration process against Palmer, paying its defense costs and the considerable expenses of arbitration out of pocket. From and after the tender of the Counterclaim to Associated, SBE incurred defense costs which were reasonable and necessary to avoid or at least minimize its potential liability in the arbitration proceeding against Palmer.

ANSWER  AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING, INC.

67.     Despite having promised to defend and indemnify SBE, Associated has wrongfully delayed, denied, and refused, and continues to wrongfully delay, deny, and refuse, to pay any such defense costs, and has flatly denied any *potential* responsibility to pay any indemnity expenses associated with Palmer's Counterclaim.

68.     Faced with the prospect of a litigation, the costs of which alone could seriously harm and impair SBE's finances, and also faced with the prospect of a potential verdict against it in the millions of dollars that would bankrupt or destroy the company if it were unable to mount an effective defense, SBE reached out to Palmer in early April 2023 to ask if it would be interested in re-entering mediation discussions, using the same mediator as before.  Palmer accepted the invitation, and the parties met with the mediator on April 21, 2023, for a second mediation session.  No settlement was reached during that session.

69.     The parties met again for a third mediation session on May 10, 2023 and agreed to continue working on coming to an agreement, although no settlement was reached.  Negotiations continued between the parties, including telephone discussions with the mediator, over the next several weeks.

70.     While these discussions were ongoing, and while SBE was simultaneously preparing to litigate the arbitration proceeding, SBE received notice (on July 10, 2023) that Associated had filed this action against SBE, seeking a binding declaration that Associated "owes no duties to defend or to indemnify SBE."  Complaint at ¶¶ 16-17.

71.     Shockingly, Associated's Complaint specifically cited Paragraph 11 of Palmer's Counterclaim as supporting Associated's coverage denial, contending that:

> "[o]ne of SBE's failure in particular caused extraordinary harm to [Palmer-Beaudry] – [SBE} did not protect the main switchgear from water intrusion, even though that responsibility is squarely allocated to them by the Parties' agreement.  The time to replace the switchgear caused at least a six month delay in occupancy of hundreds of apartments, and a concurrent extension of [Palmer-Beaudry's] construction loan carrying costs." (Counterclaim para. 6)

ANSWER  AND  COUNTERCLAIM  OF SBE ELECTRICAL
CONTRACTING, INC.

72.     SBE, now threatened with a two-front litigation war and faced with an insurer who apparently was willing to double-down on its erroneous coverage positions while quoting with approval the very allegations that give rise to the potential for coverage, was growing desperate.  The parties attended a *fourth* mediation session with the mediator on July 13, 2023.  There was no settlement at that mediation, either.

73.     Although things stalled out for several weeks, there were numerous communications between the parties and the mediator during the week of August 14, 2023, concerning a potential settlement – very nearly an asynchronous mediation session of its own, although the parties were still unable to agree on a compromise.

74.     The parties met *yet again* in a fifth mediation session on August 24, 2023. The parties were ***still*** unable to reach a resolution during that session.  This prompted the issuance of a mediator's proposal, which provided the parties until August 30 to accept or reject.

75.     Finally, after months of serial mediation and negotiation, the parties both accepted the mediator's proposal, and work began on a written settlement agreement.

76.     On September 8, 2023, the parties executed a Settlement Agreement that memorialized the binding mediator's proposal, and which resolved any and all claims and disputes between Palmer and SBE with respect to the TCA or the Project.  A true and correct copy of that settlement agreement (along with SBE's executed signature page and Palmer's written consent thereto) is attached hereto as **Exhibit K**, and is incorporated herein by reference (the "Settlement Agreement").  The Settlement Agreement was the best settlement with Palmer that SBE was able to achieve under the incredibly difficult circumstances thrust upon it by Associated's wrongful coverage denial, including Associated's total abdication of its duty to defend.

## COUNT I – Breach of Contract (Failure to Defend)

77.     SBE realleges and incorporates by this reference Paragraphs 1 through 76 of this Counterclaim as if fully set forth herein.

78.    SBE has performed or been excused from performing any and all covenants or promises required of it under the Policy and the Excess Policy.

79.    Associated has breached its contractual obligations under the Policy issued to SBE, including Associated's duty to defend and pay costs and expenses for the defense against Palmer's Counterclaim, by (among other things) denying coverage for, delaying, refusing, and failing to pay any of SBE's post-tender defense costs incurred in defending itself.

80.    There was in both the claims asserted by Palmer at the outset of the dispute as well as the recitation of those claims in the Answer and Counterclaim a potential for covered damages, including but not limited to damages to the switchgear by water that were not otherwise excluded.

81.    As a direct and proximate result of Associated's breach of contract as alleged herein, SBE has been required to incur, agree to pay, or pay at least $52,000 in defense costs and expenses since January 27, 2023 – the date of SBE's second tender. SBE has also been required to incur, agree to pay, or pay approximately an additional $54,000 in defense costs between March 23, 2022 (the date of SBE's first tender) and January 26, 2023.  SBE has thus been damaged in an amount to be determined at trial, which damages include, without limitation, all of SBE's unreimbursed defense costs and expenses which have been incurred in connection with responding to and defending against the claims brought by Palmer from the applicable date(s) of tender, together with interest thereon.

82.    Also as a direct, proximate, and foreseeable result of Associated's breach of its duty to defend, SBE was left in a position where it was faced with a litigation it could ill-afford.  It had already been deprived of over $3,000,000 by Palmer's failure to pay it for its work, had paid more than an additional $100,000 in attorney's fees dealing with the situation, and was faced with the prospect of hundreds of thousands of dollars more as litigation got underway in earnest.  Because of this, SBE was forced into a position where it had to agree to a settlement that exceeded the policy limits.  This

liability in excess of policy limits was a fully foreseeable, and even expected result of Associated's failure to honor its duty to defend, and Associated is liable for those damages.

## COUNT II – Breach of Contract (Failure to Indemnify)

83.    SBE realleges and incorporates by this reference Paragraphs 1 through 76 of this Counterclaim as if fully set forth herein.

84.    SBE has performed or been excused from performing any and all covenants or promises required of it under the Policy and the Excess Policy.

85.    After no fewer than five (5) mediation sessions and months of negotiation, SBE and Palmer reached an arm's length settlement of all claims in their dispute, and in which settlement SBE agreed to pay Palmer $9,400,000, solely in respect of Palmer's alleged damages to the switchgear resulting from the water damages, all subject to a covenant not to execute on anything except insurance proceeds that might be recovered.

86.    Because of Associated's abandonment of SBE and the threat of a potentially catastrophic verdict by Palmer on its Counterclaim, SBE was compelled to give up its valuable rights to collect the amount it was owed by Palmer.  Specifically, and as further part of the settlement, SBE expressly entered into a covenant not to execute against Palmer with respect to SBE's damages claim of $2,750,000.

87.    Associated has further breached its contractual obligations under the Policy, including its duty to indemnify SBE against damages asserted by Palmer, by wrongfully asserting that it has no duty to indemnify any liability arising out of Palmer's claims.

88.    As a direct and proximate result of Associated's breach of contract as alleged herein, SBE has been required to incur, agree to pay, or pay $9,400,000 to settle the dispute with Palmer with respect to alleged damages resulting from the water damages to the switchgear without reimbursement, as well as to compromise its own

valuable affirmative claims.  SBE has therefore been damaged in an amount to be determined at trial but which grossly exceeds the available $6,000,000 of combined policy limits under both the Policy and the Excess Policy, together with interest thereon.

## COUNT III – Breach of the Covenants of Good Faith and Fair Dealing

89.    SBE realleges and incorporates by this reference Paragraphs 1 through 76 of this Counterclaim as if fully set forth herein.

90.    SBE has performed or been excused from performing any and all covenants or promises required of it under the Policy and the Excess Policy.

91.    Associated has breached its implied covenants of good faith and fair dealing by, among other things: (1) wrongfully and unreasonably denying its duty to defend SBE against the Counterclaim, which include claims of failure to protect construction materials against water damage – a situation for which there is *direct, on-point, published California authority* specifically denying the applicability of the very exclusions cited by Associated in its denial of coverage; (2) wrongfully and unreasonably denying its duty to indemnify against liability arising out of Palmer's Counterclaim, including SBE's contractual liability for water damage to the switchgear at the Project, on the same flawed bases contraindicated by the same directly on-point authority; (3) compelling SBE to file this Counterclaim to recover amounts due under the Policy and the Excess Policy; (4) failing to adopt and implement reasonable standards for the investigation and handling of SBE's claim; (5) failing to provide a prompt or reasonable explanation as to why Associated was refusing to defend SBE for months after the tender of Palmer's Counterclaim; (6) taking unreasonable positions concerning the coverage provided under the Policy; (7) misrepresenting both the Policy language and SBE's own positions in its coverage position letters.

92.    As a direct and proximate result of Associated's breaches of its duties of good faith and fair dealing, as set forth above, SBE has suffered damages from both

Associated breaches of the duty to defend and the duty to indemnify (including the compelled compromise of SBE's valuable affirmative claim), plus interest, together with all of its attorney's fees and costs incurred in prosecuting this action to seek insurance coverage benefits wrongfully withheld by Associated.

93.    The unjustified and unreasonable conduct and positions of Associated were calculated to deprive SBE of the benefits of its bargained-for insurance, with resulting harm to SBE.  Associated's breaches of its duties of good faith and fair dealing were committed with a conscious disregard of SBE's rights, and with the intent to vex, injure, or annoy SBE, such as to constitute oppression and malice.  SBE is therefore entitled to exemplary damages to punish and make an example of Associated.

## **PRAYER FOR RELIEF**

WHEREFORE, SBE prays for judgment against Associated as follows:

1.    For compensatory damages in at least the amount of $6,000,000, the policy limits of the Policy and the Excess Policy applicable to SBE's Settlement with Palmer.

2.    For foreseeable consequential damages, in an amount to be proven at trial;

3.    For all other damages proximately caused by Defendant's bad faith, in an amount to be proven at trial, but at least including the $2,750,000 claim which it was forced to compromise as a result of Defendant's wrongful coverage denials;

4.    For post-tender attorneys' fees and costs incurred in defending SBE against Palmer's claims, in an amount to be proven at trial.

5.    For exemplary and punitive damages in an amount to be determined at trial;

//

//

//

ANSWER  AND COUNTERCLAIM OF SBE ELECTRICAL
CONTRACTING, INC.

6.      For interest as allowed by law;

7.      For attorneys' fees and costs of suit incurred in this action; and

8.      For such other and further relief as the Court may deem just and proper.

Dated:  September 8, 2023                    **LOPEZ, BARK & SCHULZ LLP**


By: **/S/ Michael E. Lopez**
     _____
     Michael E. Lopez
     Attorneys for Defendant & Counter-
     Claimant SBE Electrical Contracting,
     Inc.


## **JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant hereby demands a trial by jury in this action of all issues so triable.


Dated:  September 8, 2023                    **LOPEZ, BARK & SCHULZ LLP**


By: **/S/ Michael E. Lopez**
     _____
     Michael E. Lopez
     Attorneys for Defendant & Counter-
     Claimant SBE Electrical Contracting,
     Inc.

ANSWER AND COUNTERCLAIM OF SBE ELECTRICAL CONTRACTING, INC.

EXHIBIT A

# COMMERCIAL LINES POLICY



# Associated Industries Insurance Company, Inc.

Associated Industries Insurance Company, Inc.

P.O. Box 318004
Cleveland, OH 44131-0880

THIS POLICY CONSISTS OF:
– DECLARATIONS
– COMMON POLICY CONDITIONS
– COVERAGE FORMS
  APPLICABLE ENDORSEMENTS

AES JACKET 08 11

Associated Industries Insurance Company, Inc.


In Witness Whereof, the Company has caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by a duly authorized representative of the Company.


President

Elissa Pacheco

AES JACKET 08 11

# Privacy Policy

## Associated Industries Insurance Company, Inc.

We value your business and trust in us and respect the privacy and confidentiality of your nonpublic personal information.

## Our Practices Regarding Privacy and Confidentiality

We are committed to keeping your information secure and confidential, regardless of whether information is received by mail, telephone, Internet or in person.

The nonpublic personal information about you that is collected is utilized only to the extent necessary to effect, deliver, administer or enforce insurance service to you and is disclosed only as permitted by law. We may also disclose certain information to nonaffiliated third parties.

If you prefer that we not disclose nonpublic personal information about you to third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures by contacting us at the address and phone number listed below.

Likewise, to the extent we utilize other organizations, such as general agents and third party administrators, to support our business; we require them to abide by the requirements of the applicable privacy laws and by our privacy policy.

## Information We Collect

We gather information about you in connection with providing our products and services to you and to support our business operations. This includes information you may provide to us, such as from your insurance application, and information about you from another source, such as a credit bureau.

## Information We May Disclose To Affiliates or Third Parties

Except as noted herein, we do not disclose nonpublic personal information unless authorized by you. We may, without authorization but only as permitted or required by law, provide nonpublic personal information about you to persons or organizations both inside and outside of Associated Industries Insurance Company, Inc. in order to fulfill a transaction requested, service policies, investigate and/or handle claims, detect and/or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory or law enforcement authorities or a court of law. These include, for example: affiliated companies, claims adjusters or administrators, insurance agents or brokers, medical providers, program managers, consumer reporting agencies, governmental agencies, auditors, lienholders, mortgagees, and assignees.

## Information Confidentiality and Security

We restrict access to nonpublic personal information about you to those employees who need to know that information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

## Access to Your Information

You have the right to know what kind of information we keep in our files about you, to have the reasonable access to it and receive a copy. Contact us at the address noted below should you have questions about what information we may have on file. All written requests must include your name, address, telephone number, and a photocopy of a picture ID for identification purposes. We are dedicated to maintaining accurate customer records and shall strive to correct any inaccurate information noted in a timely manner.

**Associated Industries Insurance Company, Inc.**
Associated Industries Insurance Company, Inc.
P.O. Box 318004
Cleveland, OH 44131-0880
Attention: Privacy Manager

AES PN 08 11

This page intentionally left blank



Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S Insurance Services, Inc.
160 Federal Street, 3rd Floor
Boston, MA 02109

**Policy Number:**
AES1194467 00

**Named Insured:**
SBE Electrical Contracting Inc



## COMMON POLICY DECLARATIONS

| **Policy Number** | AES1194467 00 | **Policy Period:** | **From** 7/18/2020 | **To** 7/18/2021 |
|---|---|---|---|---|
| | | | 12:01 a.m. Standard Time at the Named Insured's Address | |

| **Transaction** | New Business |
|---|---|

| **Named Insured and Address** | **Broker** |
|---|---|
| SBE Electrical Contracting Inc | Risk Placement Services, Inc. - Santa Ana |
| 2961 West MacArthur Blvd | 1551 N. Tustin Ave., Suite 800 |
| #128 | |
| Santa Ana CA 92704 | Santa Ana CA 92705 |

| Business Description | Type of Business | Audit Period |
|---|---|---|
| Electrical contractor | Individual | Annual |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.  This policy consists of the following coverage parts for which a premium is indicated.  This premium may be subject to adjustment.

| **COVERAGE PART DESCRIPTION** | **PREMIUM** |
|---|---|
| General Liability | $58,000.00 |

| Premium | $58,000.00 |
|---|---|
| Carrier Fee | $225.00 |
| CA Surplus Lines Tax | $1,746.75 |
| CA Stamping Office Fee | $145.56 |
| Total Charges | $60,117.31 |

| | |
|---|---|
| **TERRORISM CHARGE** | **Excluded** |
| **POLICY PREMIUM** | **$58,000.00** |
| **DEPOSIT PREMIUM** | **$58,000.00** |
| **POLICY FEE** | **$225.00** |
| **TOTAL DEPOSIT PREMIUM** | **$58,225.00** |

| **Minimum Retained Audit Premium** | **$58,000.00** | **Minimum Retained Premium** | **$14,500.00** |
|---|---|---|---|

| **Forms applicable to all Coverage Parts:** | See Forms and Endorsements schedule |
|---|---|

Countersigned this

By _____
Authorized Representative

Issued Date:    7/27/2020

INSURED COPY

CPPMDEC 0411

To Report a Loss
• Dial toll-free #1 (844)777-8323 or visit our
• Website: https://my.rpsins.com/claimsfnol
• Contact Insurer directly (see policy section)

RPSORA/SC/2020.08.04

This page intentionally left blank



Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S
Insurance Services, Inc.
160 Federal Street, 3rd Floor
Boston, MA 02109

**Policy Number:**
AES1194467 00

**Named Insured:**
SBE Electrical Contracting Inc

**AmTrust E&S Insurance Services**
*An AmTrust Financial Company*

## GENERAL LIABILITY
## COVERAGE PART

| Policy Number | AES1194467 00 | Policy Period: | From | 7/18/2020 | To | 7/18/2021 |
|---|---|---|---|---|---|---|

12:01 a.m. Standard Time at the Named Insured's Address

**Retroactive Date:**

| Transaction | New Business |
|---|---|

**Named Insured and Address**
SBE Electrical Contracting Inc
2961 West MacArthur Blvd
#128
Santa Ana CA 92704

**Broker**
Risk Placement Services, Inc. - Santa Ana
RPS
1551 N. Tustin Ave., Suite 800
Santa Ana CA 92705

| Business Description | Type of Business | Audit Period |
|---|---|---|
| Electrical contractor | Individual | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ | 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ | 2,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Medical Expense Limit, any one person | $ | Excluded |
| Damage To Premises Rented To You | $ | 100,000 |

### AMENDED LIMITS OF LIABILITY
Refer to attached schedule, if any.

### LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY
Refer to attached schedule.

### CLASSIFICATIONS
Refer to attached schedule, if any.

**TOTAL PREMIUM FOR THIS COVERAGE PART**   $   **58,000.00**

| Forms and Endorsements Applicable |
|---|
| See Forms and Endorsements Schedule |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

Issued Date:      7/27/2020

INSURED COPY

GLM330000 0411

This page intentionally left blank

Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S Insurance Services, Inc.
200 State Street, 4th Floor
Boston, MA 02109

**Policy Number:**
AES1194467 00
**Named Insured:**
SBE Electrical Contracting Inc

**AmTrust E&S Insurance Services**
An AmTrust Financial Company

## COMMERCIAL GENERAL LIABILITY EXTENSION OF DECLARATIONS

| LOCATION OF PREMISES |
|---|

**Location of All Premises You Own, Rent or Occupy:**

1
2961 West MacArthur Blvd
#128
Santa Ana CA 92704

| PREMIUM |
|---|

| | | | | | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|---|
| Location | Class Code Description | Exposure Basis | Exposures | Prem. Ops. | Prod/Comp Ops. | | Prem. Ops. | Prod/Comp Ops. |
| 1 | 94444 | Sales xs of $21.543M | If Any | 2.000 | Included | | $0.00 | Included |
| | Contractors - Not Otherwise Classified | | | | | | | |
| 1 | 92478 | Gross Sales | 21,543,000 | 2.692 | Included | | $30,062.00 | Included |
| | Electrical Work - within buildings | | | | | | | |
| 1 | 91585 | Included | Included | Included | Included | | Included | Included |
| | Contractors - subcontracted work - in  connection with construction,  reconstruction, repair or erection of  buildings - Not Otherwise Classified | | | | | | | |
| ALL | Loss Control | | | | | | $300.00 | |

Issued Date: 7/27/2020     Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.     Page 3 of 5

GLMDECB 1017     INSURED COPY

This page intentionally left blank

Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S Insurance Services, Inc.
160 Federal Street, 3rd Floor
Boston, MA 02109

**Policy Number:**
AES1194467 00
**Named Insured:**
  SBE Electrical Contracting Inc

## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form | Ed. Date | Description |
|---|---|---|---|
| CG | AESGL160 | (01/15) | EXCLUSION - DESIGNATED RESIDENTIAL CONSTRUCTION - CONDOMINIUM TOWNHOUSE ROW HOUSE OR TRACT HOME |
| CG | AESGL209 | (03/14) | BLANKET ADDITIONAL INSURED – WHEN REQUIRED IN WRITTEN CONTRACT |
| CG | AESPN | (08/11) | ASSOCIATED INDUSTRIES INSURANCE COMPANY PRIVACY POLICY |
| CG | CG0001 | (12/07) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG | CG0068 | (05/09) | RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |
| CG | CG0159 | (06/92) | CALIFORNIA CHANGES - EXCLUSION - FINANCIAL INSTITUTIONS |
| CG | CG2033 | (07/04) | ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU |
| CG | CG2107 | (05/14) | EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY |
| CG | CG2109 | (06/15) | EXCLUSION - UNMANNED AIRCRAFT |
| CG | CG2134 | (01/87) | EXCLUSION - DESIGNATED WORK |
| CG | CG2135 | (10/01) | EXCLUSION - COVERAGE C - MEDICAL PAYMENTS |
| CG | CG2136 | (03/05) | EXCLUSION - NEW ENTITIES |
| CG | CG2147 | (12/07) | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG | CG2149 | (09/99) | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG | CG2153 | (01/96) | EXCLUSION – DESIGNATED ONGOING OPERATIONS |
| CG | CG2154 | (01/96) | EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM |
| CG | CG2167 | (12/04) | FUNGI OR BACTERIA EXCLUSION |
| CG | CG2175AES | (01/13) | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES |
| CG | CG2186 | (12/04) | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG | CG2196 | (03/05) | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG | CG2279 | (07/98) | EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY |
| CG | CG2404 | (05/09) | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| CG | CG3234 | (01/05) | CALIFORNIA CHANGES |
| CG | IL0003 | (09/08) | CALCULATION OF PREMIUM |
| CG | IL0017 | (11/98) | COMMON POLICY CONDITIONS |

Issued Date: 7/27/2020

CPPMFORMSCHED

This page intentionally left blank

Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S Insurance Services, Inc.
160 Federal Street, 3rd Floor
Boston, MA 02109

**Policy Number:**
AES1194467 00
**Named Insured:**
   SBE Electrical Contracting Inc

## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form | Ed. Date | Description |
|---|---|---|---|
| CG | IL0021 | (09/08) | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| CG | NXGL004 | (08/09) | AMENDMENT - COMMON POLICY CONDITIONS |
| CG | NXGL005 | (04/20) | POLICYHOLDER'S GUIDE TO REPORTING A CASUALTY CLAIM |
| CG | NXGL006 | (08/09) | INTERIM PREMIUM AUDIT CONDITION |
| CG | NXGL007 | (08/09) | MINIMUM RETAINED AUDIT PREMIUM |
| CG | NXGL008 | (08/09) | MINIMUM RETAINED PREMIUM |
| CG | NXGL009 | (08/09) | PRIMARY AND NON-CONTRIBUTING INSURANCE (THIRD-PARTY) |
| CG | NXGL014 | (08/09) | TEMPORARY & VOLUNTEER WORKER EXCLUSION |
| CG | NXGL015 | (08/09) | EXCLUSION – ASBESTOS |
| CG | NXGL016 | (08/09) | EXCLUSION – TOTAL LEAD |
| CG | NXGL020 | (08/09) | EXCLUSION – ELECTROMAGNETIC FIELDS (EMF'S) |
| CG | NXGL021 | (08/09) | EXCLUSION - PUNITIVE DAMAGES |
| CG | NXGL037 | (08/09) | DEDUCTIBLE LIABILITY ENDORSEMENT – INCLUDING EXPENSE (PER OCCURRENCE/OFFENSE) |
| CG | NXGL053 | (01/12) | EXCLUSION – CONTINUOUS, PROGRESSIVE OR REPEATED OFFENSES |
| CG | NXGL067 | (08/09) | EXCLUSION – BLASTING OPERATIONS |
| CG | NXGL080 | (08/09) | EXCLUSION – RESIDENTIAL CONVERSION |
| CG | NXGL089 | (08/09) | EXCLUSION – SUBSIDENCE |
| CG | NXGL093 | (08/09) | AMENDMENT – AGGREGATE LIMITS OF INSURANCE (PER PROJECT) |
| CG | NXGL097 | (08/09) | DEFINITION OF GROSS RECEIPTS/SALES ENDORSEMENT |
| CG | NXGL127 | (08/09) | EXCLUSION – CROSS SUITS (INSUREDS) |
| CG | NXGL128 | (01/10) | SUBCONTRACTOR SPECIAL CONDITIONS INCLUDING DEDUCTIBLE |
| CG | NXGL129 | (01/10) | TAINTED DRYWALL MATERIAL EXCLUSION |
| CG | NXGL198 | (01/13) | EXCLUSION – TOTAL PROFESSIONAL SERVICES |

Issued Date: 7/27/2020

CPPMFORMSCHED

This page intentionally left blank

## CONSUMER NOTICE
## CALIFORNIA

**IMPORTANT NOTICE:**

1. **THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA.  THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.**

2. **THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.**

3. **THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW.  THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.**

4. **THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER.  YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357 OR INTERNET WEBSITE: WWW.INSURANCE.CA.GOV.  ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER.  YOU MAY ALSO CONTACT THE NAIC'S INTERNET WEBSITE AT <u>WWW.NAIC.ORG</u>.**

**THE NAIC – THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS – IS THE REGULATORY SUPPORT**

# CONSUMER NOTICE
## CALIFORNIA

**ORGANIZATION CREATED AND GOVERNED BY THE CHIEF INSURANCE REGULATORS IN THE UNITED STATES.**

**5. FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

**YOU CAN FIND A LINK TO EACH STATE FROM THIS NAIC WEBSITE: HTTPS://NAIC.ORG/STATE_WEB_MAP.HTM.**

**6. FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

**7. CALIFORNIA MAINTAINS A "LIST OF APPROVED SURPLUS LINE INSURERS (LASLI)". ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEBSITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: WWW.INSURANCE.CA.GOV/01-CONSUMERS/120-COMPANY/07-LASLI/LASLI.CFM.**

**8. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE**

## CONSUMER NOTICE
## CALIFORNIA

**THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE.  IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.**

This page intentionally left blank

# Service of Suit

Service of process for any suit instituted against the Company concerning this Policy may be made upon the Superintendent, Commissioner, or Director of Insurance or other person specified for that purpose in the statute or his/her successor or successors in office as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder and arising out of this Policy.

The Company hereby designates:

Karen Harris
C/O Corporation Service Company
2730 Gateway Oaks Drive, Ste. 100
Sacramento, CA 95833

as the person(s) to whom the Superintendent, Commissioner, or Director of Insurance or other specified person is authorized to mail such process or a true copy thereof, in compliance with the applicable statutes governing said service of process in the state or jurisdiction in which a cause of action under this Policy arises.

Associated Industries Insurance Company

This page intentionally left blank

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**AES GL 160 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED RESIDENTIAL CONSTRUCTION – CONDOMINIUM, TOWNHOUSE, ROW HOUSE OR TRACT HOMES

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART
### PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.**  The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, paragraph **2. Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

    **2.  Exclusions**

    This insurance does not apply to:

    **Condominium, Townhouse, Row House or Tract Home Construction Projects**

    Any "bodily injury," "property damage," or "personal and advertising injury" which, in whole or in part, directly or indirectly, arises out of or is related to any past, present, continuing or future "condominium project," "townhouse project," "row house project" or "tract home project" performed by or on behalf of you, or by or on behalf of any other person or entity.  We have no duty to investigate, adjust or defend, or to pay any investigation, adjustment or defense costs, including attorney's fees, with respect to a claim or "suit" seeking damages for such injury or damage.

    This exclusion does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising out of or relating to:

      **a.**  "Repair or remodeling work" performed by or on behalf of you on a single unit of "residential property" (such as one home, one condominium unit or other singular dwelling unit) provided that the unit is certified for occupancy prior to the commencement of the repair or remodel work and pursuant to a contract between you and the individual owner(s) of that single unit of "residential property"; or

      **b.**  Maintenance, service, or non-structural repairs to common areas of a completed and occupied "condominium project," "townhouse project," "row house project" or "tract home project."

**B.**  The following are added to **SECTION V – DEFINITIONS**:

    **"Condominium project" means:**
    A housing development in which individual units are located within one or more buildings or structures containing multiple units, with each individual unit being owned separately and with other parts or portions of the overall development, including buildings, structures, land and other such common elements being owned in common by all owners of the separate individual units, either with or without the establishment of a corporate entity or unincorporated association to oversee and manage the common elements.

**AES GL 160 01 15**

**Page 1 of 2**

**"Location" means**:
Premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**"Mixed use structures" means:**
Structures intended for use or used both as a "Residential property" and for one or more other purposes

**"Repair or remodeling work" means**
Work or operations limited to the maintenance, repair, renovation, restoration, improvement, betterment, alteration, modification or the addition to or extension of an existing structure, including partial demolition of that structure if required for such maintenance, repair, renovation, restoration, improvement, betterment, alteration or modification.

**"Residential property" means:**

1. Structures intended for use or used, in whole or in part, as human dwellings, including but not limited to condominiums, town homes, townhouses, villas, co-operative housing, master-planned housing, tract homes, mass-produced single family homes, custom-built single family-homes, and "mixed use structures;" and includes structures initially intended for another kind of use, but subsequently converted by anyone for use, in whole or in part, as a human dwelling.

2. "Residential property" does not include apartments, student housing, dormitories, assisted living facilities, hotels or military housing.

**"Row house project" means:**
A series of five or more individual housing units sharing common sidewalls between them, without co-ownership of other parts or portions of any building, structure, or land in addition to the shared sidewalls between units.

**"Townhouse project" means**:
A development of two or more individual housing units connected to one another by one or more walls, with other parts or portions of the overall development, including buildings, structures, land and other such common elements being owned in common by all owners of the separate individual housing units, either with or without the establishment of a corporate entity or unincorporated association to oversee and manage the use and maintenance of common elements.

**"Tract home project" means**:
A development of fifteen (15) or more individual and freestanding houses which share common or similar design elements, floor plans, blueprints, and/or architectural details, and/or which are constructed at the same or consecutively, on the same parcel, adjacent parcels or parcels so located within one geographic area to be considered a single project.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**AES GL 209 03 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED –
# WHEN REQUIRED IN WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Section II – Who is an Insured** is amended to include as an additional insured any person or organization you are required to include as an additional insured on this policy by written contract or written agreement in effect during this policy period and executed prior to the "occurrence" of the "bodily injury" or "property damage."

However, the insurance provided to such additional insured will not be broader than that which you are required by the written contract or written agreement to provide for the additional insured, and such insurance is further limited as follows:

1.  Such person or organization is an additional insured only with respect to liability for "bodily injury" or "property damage" arising solely out of "your work" or "your product" which is imputed to the additional insured.

2.  In the event that the Limits of Insurance provided by this policy exceed the amount of insurance required by the applicable written contract or written agreement, then the most we will pay is limited to the amount required by such written contract or written agreement.  This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

3.  This insurance does not apply to "bodily injury" or "property damage" arising out of "your work" or "your product" included in the "products-completed operations hazard" unless you are required to provide such coverage by the applicable written contract or written agreement, but only for the period of time required by the written contract or written agreement and only for "bodily injury" or "property damage" that occurs during the policy period arising out of "your work" or "your product."

4.  Any coverage provided by this endorsement to an additional insured shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis.

5.  Where no coverage under this policy shall apply for the Named Insured, no coverage or defense shall be afforded to the additional insured.

6.  This insurance does not apply to "bodily injury" or "property damage" arising out of the sole negligence of the additional insured.

All other terms and conditions remain unchanged.

**AES GL 209 03 14**

**Page 1 of 1**

Includes copyrighted material of Insurance Services Office, Inc.,with its permission

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© ISO Properties, Inc., 2006

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

© ISO Properties, Inc., 2006

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

© ISO Properties, Inc., 2006

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

© ISO Properties, Inc., 2006

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

© ISO Properties, Inc., 2006

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

   (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

   (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

   (d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

   (a) Owned, occupied or used by,

   (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C;**

b. Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

© ISO Properties, Inc., 2006

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

     **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

     **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  **b.** While it is in or on an aircraft, watercraft or "auto"; or

  **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **b.** Vehicles maintained for use solely on or next to premises you own or rent;

  **c.** Vehicles that travel on crawler treads;

  **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

 © ISO Properties, Inc., 2006

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

© ISO Properties, Inc., 2006

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 01 59 06 92

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – EXCLUSION – FINANCIAL INSTITUTIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph **2.**, Exclusions in COVERAGE A (Section **I**):

This insurance does not apply to "property damage" to, or "bodily injury" or "property damage" arising out of, any building:

**1.** In which the insured holds a security interest because of loans made in connection with its construction; or

**2.** The construction of which the insured has otherwise financed.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 20 33 07 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

**2.** "Bodily injury" or "property damage" occurring after:

**a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 21 07 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

    **(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

    This insurance does not apply to:

    **Unmanned Aircraft**

    "Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2014 CG 21 09 06 15

POLICY NUMBER: AES1194467 00                          **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

All work conducted in the states of Colorado and New York

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

This page intentionally left blank

POLICY NUMBER:AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Description And Location Of Premises Or Classification:** |
| --- |
| All locations and operations |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

**1.** Section **I** – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

**2.** The following is added to Section **I** – Supplementary Payments:

**h.** Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

This page intentionally left blank

**COMMERCIAL GENERAL LIABILITY**
**CG 21 36 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – NEW ENTITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **Section II – Who Is An Insured** does
not apply.

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**CG 21 53 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Designated Ongoing Operation(s):**

All work conducted in the states of Colorado and New York

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in  the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**CG 21 53 01 96**          Copyright, Insurance Services Office, Inc.,  1994          **Page 1 of 1**          ☐

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description and Location of Operation(s):**

**All operations at locations at which the insured was at any time:**
**1. Covered, offered Coverage, or denied coverage; or**
**2. Enrolled, offered enrollment, or not allowed to enroll under a wrap-up program**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc.,  2003

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**Commercial General Liability Coverage Part**

**CG 21 75 AES 01 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONTRACTORS POLLUTION LEGAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism"  that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the policy territory. However, with respect to an "other act of terrorism" this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars).  In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

**CG 21 75 AES 01 13**

**Page 1 of 2**

**Includes copyrighted material of Insurance Services Office, Inc. With its Permission**

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "clean up costs", "mold clean up costs", or "crisis management expense" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

    **b.** The act resulted in damage:

    **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

    **(2)** Outside of the United States in the case of:

      **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

      **(b)** The premises of any United States mission; and

    **c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** In the event of any incident of a "certified act of terrorism" or an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

**Includes copyrighted material of Insurance Services Office, Inc. With its Permission**

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

 © ISO Properties, Inc., 2003

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

    **a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

    **b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

**2.** Subject to Paragraph **3.** below, professional services include:

    **a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

    **b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person Or Organization: |
| --- |
| All persons or organizations where required by written contract with the Named Insured |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This page intentionally left blank

COMMERCIAL GENERAL LIABILITY
CG 32 34 01 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The term "spouse" is replaced by the following:

Spouse or registered domestic partner under Califor-
nia law.

© ISO Properties, Inc., 2004

This page intentionally left blank

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

 © ISO Properties, Inc., 2007

This page intentionally left blank

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

This page intentionally left blank

POLICY NUMBER: AES1194467 00

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08 □

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 004 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT - COMMON POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

## COMMON POLICY CONDITIONS

The following is added:

**G.  Other Insurance With This Company**

If this policy contains two or more Coverage Parts providing coverage for the same "occurrence," "injury," or offense, the maximum Limit of Insurance under all Coverage Parts shall not exceed the highest Limit of Insurance under any one Coverage Part.

If this policy and any other policy issued to you by us apply to the same "occurrence," "injury," or offense, the maximum Limit of Insurance under all of the policies shall not exceed the highest Limit of Insurance under any one policy.  This condition does not apply to any policy issued by us which specifically provides that the policy is to apply as excess insurance over this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

**POLICY NUMBER:**

**COMMERCIAL GENERAL LIABILITY**
**NX GL 005 04 20**

# POLICYHOLDER'S GUIDE TO REPORTING A CASUALTY CLAIM

**A.**  As soon as you are aware of an event that will give rise to a claim being made against you (3rd Party Liability Claims), please be sure to quickly report the matter to AmTrust North America.  Be sure to include your policy number and the name of the insured as it is stated on the policy.

**B.**  New claims can be reported to **AmTrust North America** as follows:

| | | |
|---|---|---|
| **1.** | **By Mail:** | AmTrust North America<br>P.O. Box 650767<br>Dallas, TX 75265-0767 |
| **2.** | **By Electronic Mail:** | anaclaimsreporting@amtrustgroup.com |
| **3.** | **By Telephone:** | (866) 272-9267 |
| **4.** | **By Fax:** | (877) 207-3961 |

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 006 08 09**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# INTERIM PREMIUM AUDIT CONDITION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART
### PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to paragraph **5**. of **SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**5. Premium Audit**

**d.**  We reserve the right to conduct a complete audit of your records during the policy term to determine the adequacy of the Advance Premium deposit.  If the earned premium computed for the interim audit period exceeds the pro rated Advance Premium by an amount of 10% or more we shall reserve the right to amend the premium base(s) stated in the Declarations to reflect the data produced by the interim audit and to revise the Advance Premium accordingly.  Any additional premium will be due and payable upon notice to the first named Insured.  This provision shall not serve to amend the Minimum Premium as shown in the Declarations or our right to conduct further audits as per paragraph **b.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 007 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINIMUM RETAINED AUDIT PREMIUM

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

Paragraph **5.b.** of **SECTION IV, COMMERCIAL GENERAL LIABILITY CONDITIONS**, is replaced by the following:

**5.  Premium Audit**

**b.**  Premium shown in this Coverage Part as Advance Premium is a deposit premium only.  At the close of each audit period, we will compute the earned premium for that period.  Audit premiums are due and payable upon notice to the First Named Insured.  Premium Audit adjustments will be made to determine additional premiums only.  You agree that there will be no downward adjustment of the Minimum Retained Audit Premium resulting from the Premium Audit provision of this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 008 08 09**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MINIMUM RETAINED PREMIUM

This endorsement modifies insurance provided under the following:

## COMMON POLICY CONDITIONS

Paragraph **5.** of **A. Cancellation** is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata.  If the first Named Insured cancels, earned premium will be computed according to the customary short rate table and procedure, subject to a Minimum Retained Premium of $<u>14,500</u>.  The cancellation will be effective even if we have not made or offered a refund.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 009 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIMARY AND NON-CONTRIBUTING INSURANCE (THIRD-PARTY)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

| |
|---|
| Third Party: |
| All persons or organizations where required by written contract with the Named Insured |

(Absence of a specifically named Third Party above means that the provisions of this endorsement apply as required by written contractual agreement with any Third Party for whom you are performing work.)

Paragraph **4.** of **SECTION IV: COMMERCIAL GENERAL LIABILITY CONDITIONS** is replaced by the following:

**4.  Other Insurance**:

With respect to the Third Party shown above, this insurance is primary and non-contributing.  Any and all other valid and collectable insurance available to such Third Party in respect of work performed by you under written contractual agreements with said Third Party for loss covered by this policy, shall in no instance be considered as primary, co-insurance, or contributing insurance.  Rather, any such other insurance shall be considered excess over and above the insurance provided by this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00                    **COMMERCIAL GENERAL LIABILITY**
**NX GL 014 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEMPORARY & VOLUNTEER WORKER EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **5.** of **SECTION V - DEFINITIONS** is replaced by the following:

**5.**   "Employee" includes a "leased worker," "temporary worker" or "volunteer worker."

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

COMMERCIAL GENERAL LIABILITY
NX GL 015 08 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and paragraph **2. Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**2. Exclusions**

This insurance does not apply to:

**Asbestos**

**(1)** "Bodily injury," "property damage," or "personal and advertising injury," including but not limited to occupational disease, disability, shock, mental anguish or mental injury, at any time arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust;

**(2)** Any obligation of the "insured" to indemnify any party because of damages arising out of "bodily injury," "property damage," or "personal and advertising injury," including but not limited to occupational disease, disability, shock, mental anguish or mental injury, at any time as a result of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust; or

**(3)** Any obligation to defend any "suit" or claim against the "insured" alleging "bodily injury," "property damage," or "personal and advertising injury," including but not limited to occupational disease, disability, shock, mental anguish or mental injury, resulting from or contributed to, by the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 016 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – TOTAL LEAD

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and paragraph **2. Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**2. Exclusions**

This insurance does not apply to:

**Lead**

**(1)** "Bodily injury," "property damage," or "personal and advertising injury," arising out of, resulting from, caused by or contributed to by the presence, ingestion, inhalation, or absorption of or exposure to lead, lead compounds, or lead contained in any materials;

**(2)** Any cost or expense to abate, mitigate, remove, or dispose of lead, lead compounds or materials containing lead;

**(3)** Any supervision, instruction, recommendations, warnings or advice given or which should have been given in connection with parts **(1)** or **(2)** above; or

**(4)** Any obligation to share damages with or repay anyone else who must pay damages in connection with parts **(1), (2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00                      **COMMERCIAL GENERAL LIABILITY**
                                                  **NX GL 020 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**


# EXCLUSION – ELECTROMAGNETIC FIELDS (EMF'S)


This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART


**A.** The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **2. Exclusions**

   This insurance does not apply to:

   **Electromagnetic Fields (EMF'S)**

   Any "bodily injury" or "property damage," or any other loss, cost (including defense costs) or expense arising out of exposure to an "electromagnetic field" in any form, including but not limited to liability for the installation, operations, repair, sale or manufacture or distribution of any kind of equipment or products producing or in any way involving the effects of an "electromagnetic field."

**B.** The following is added to **SECTION V – DEFINITIONS**:

   "Electromagnetic field" means electric and magnetic fields generated by varying electrical current through any medium including but not limited to wires whether or not intended for the purpose of conducting electricity.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00                               **COMMERCIAL GENERAL LIABILITY**
**NX GL 021 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION — PUNITIVE DAMAGES

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**

The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, paragraph **2 Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** and to **SECTION I – LIQUOR LIABILITY COVERAGE** paragraph **2. Exclusions**:

   **2.**   **Exclusions**

     This insurance does not apply to:

     **Punitive Damages**

     Any claim of or indemnification for punitive or exemplary damages.  If a "suit" seeking both compensatory and punitive or exemplary damages has been brought against you for a claim covered by this policy, we will provide defense for such action.  We will not have any obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 037 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY ENDORSEMENT – INCLUDING EXPENSE (PER OCCURRENCE/OFFENSE)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

| SCHEDULE | | | | |
|---|---|---|---|---|
| **Coverage** | | | **Amount of Deductible** | |
| Bodily Injury Liability | OR | $ 5000 | per occurrence | |
| Property Damage Liability | OR | $ 5000 | per occurrence | |
| Personal and Advertising Injury Liability | | $ 5000 | per offense | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement.  If no limitation is entered, the deductibles apply to damages for all "bodily injury", "property damage", and "personal and advertising injury," however caused):

A.    Our obligation under the Bodily Injury Liability, Property Damage Liability, and Personal and Advertising Injury Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages, and the Limits of Insurance applicable to Each Occurrence or offense for such coverages will be reduced by the amount of such deductible.  Aggregate Limits for such coverages shall not be reduced by the application of such deductible amount.

B.    The deductible amounts apply to damages and all legal and loss adjustment expenses.

C.    The deductible amount stated in the Schedule above is on a per "occurrence" or offense basis and applies as follows:

1.    Under the Bodily Injury Liability Coverage to all damages because of "bodily injury";

2.    Under Property Damage Liability Coverage to all damages because of "property damage";

3.    Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages

**NX GL 037 08 09**

**Page 1 of 2**

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY
NX GL 037 08 09

because of:

**a.** "bodily injury";
**b.** "property damage"; or
**c.** "bodily injury" and "property damage" combined;

**4.** Under Personal and Advertising Injury Liability Coverages to all damages because of "personal and advertising injury"

as the result of any one "occurrence" or offense, regardless of the number of persons or organizations who sustain damages because of that "occurrence" or offense.

**D.** The terms of this insurance, including those with respect to our right and duty to defend the insured against any "suits" seeking those damages and your duties in the event of an "occurrence," offense, claim or "suit," apply irrespective of the application of the deductible amount.

**E.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:    AES1194467 00

COMMERCIAL GENERAL LIABILITY
NX GL 053 01 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTINUOUS, PROGRESSIVE OR REPEATED OFFENSES

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and paragraph **2 Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2.  Exclusions**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" including continuous, progressive or repeated "bodily injury", "property damage", or "personal and advertising injury"

**Continuous, Progressive or Repeated Offenses:**

**(1)**  that first occurs, in whole or in part, prior to the effective date of this policy;

**(2)**  first occurs, in whole or in part, prior to the effective date of this policy and also occurs during the policy period;

**(3)**  first occurs, in whole or in part, prior to the effective date of this policy, also occurs during the policy period, and ceases to occur after the expiration or cancellation date of this policy;

**(4)**  first occurs, in whole or in part, after the expiration or cancellation date of this policy; or

**(5)**  is alleged in a "suit" against any Insured where the filing date of the original complaint or other pleading initiating that "suit" is a date preceding the effective date of this policy, regardless of whether any Insured was named as a party to, or was served with process regarding, that "suit" prior to the effective date of this policy.

The exclusions stated in Paragraphs **(1), (2), (3), (4)** and **(5)** apply regardless of whether the "bodily injury", "property damage", or "personal and advertising injury" was or is known or unknown by any Insured.

For purposes of the exclusions stated in Paragraphs **(1), (2), (3), (4)** and **(5)**, in the event of continuous, progressive or repeated "bodily injury", "property damage", or "personal and advertising injury" over any length of time, such "bodily injury" or "property damage" shall be deemed to be one "occurrence" and shall be deemed to occur at the time the "bodily injury", "property damage" or "personal and advertising injury" first begins.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY
NX GL 067 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – BLASTING OPERATIONS

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following Exclusion is added to **SECTION I – COVERAGES,** paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2.  Exclusions**

This insurance does not apply to:

**Blasting Operations**

"Bodily injury," "property damage," or "personal and advertising injury" arising from "blasting operations" performed by you or by others on your behalf.

**B.** The following is added to **SECTION V – DEFINITIONS:**

"Blasting operations" means the use, storage and transport of explosives for demolition, construction, or earth and rock movement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

COMMERCIAL GENERAL LIABILITY
NX GL 080 08 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – RESIDENTIAL CONVERSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and paragraph **2. Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

   **2.  Exclusions**

     This insurance does not apply to:

     **Residential Conversion**

     "Bodily injury," "property damage," or "personal and advertising injury" from the construction of any building, in whole or in part, which has been converted to a non-commercial dwelling or residence, at any time after the inception date of this insurance policy.

     As used in this exclusion, non-commercial dwellings or residences includes, but are not limited to, homes, cooperatives, town homes, lofts and condominiums.

     This exclusion does not apply to the construction, management, or ownership of apartment buildings, hotels or motels by you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00                    **COMMERCIAL GENERAL LIABILITY**
                                                **NX GL 089 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SUBSIDENCE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Exclusion is added to **SECTION I – COVERAGES,** paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and paragraph **2. Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2.  Exclusions**

This policy does not apply to:

**Subsidence**

"Bodily injury," "property damage," or "personal and advertising injury," including but not limited to disease or illness, including death, loss of use, damage to, or loss of property, directly or indirectly arising out of, caused by, resulting from, contributed to or aggravated by the subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting, bulging, cracking, shrinking, or expansion of foundations, walls, roofs, floors, ceilings, or any other movements of land or earth, regardless of whether the foregoing emanates from, or is attributable to, any operations performed by or on behalf of any insured. The foregoing applies regardless of whether the first manifestation of same occurs during the policy period or prior or subsequent thereto.

There is no coverage nor defense under this policy for any claims, loss, costs, or expense arising from allegations against you resulting from or contributing to or aggravated by subsidence as described above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 093 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT – AGGREGATE LIMITS OF INSURANCE (PER PROJECT)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

| **Schedule** |
|---|
| Subject to an Overall Policy Aggregate Limit: $5,000,000 |

(Information required to complete this Schedule, if not shown above, will be shown in Declarations .)

**A.** Paragraphs **2.** and **3.** of **SECTION III – LIMITS OF INSURANCE** are replaced by the following:

    **2.** The Overall Policy Aggregate Limit is the most we will pay for the sum of
        **a.** Medical expenses under Coverage **C;**
        **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
        **c.** Damages under Coverage **B.**

    **3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard" to each of your projects away from premises owned by or rented to you.

**B.** The following is added to **SECTION III – LIMITS OF INSURANCE**:

    **8.** Subject to Paragraph **2.** and **3.** above, the General Aggregate Limit is the most we will pay under for the sum Coverage **A,** Coverage **B,** or Coverage **C** to each of your projects away from premises owned by or rented to you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 097 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEFINITION OF GROSS RECEIPTS/SALES ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following is added to **SECTION V - DEFINITIONS**:

**Gross Sales/Receipts**

The gross amount charged by the Named Insured, concessionaires of the Named Insured or by others trading under the insured's name for:

**a.**  All goods or products sold or distributed:

**b.**  Operations performed during the policy period; and

**c.**  Rentals

**d.**  Dues or fees

The following items shall be deducted when computing gross sales:

**a.**  Sales or excise taxes which are collected and submitted to a governmental division;

**b.**  Credits for repossessed merchandise and products returned;

**c.**  Allowance for damaged and spoiled goods;

**d.**  Finance charges for items sold on installments;

**e.**  Freight charges on sales if freight is charged as a separate item on customers invoice; and

**f.**  Royalty income from patent rights or copyrights, which are not product sales.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 127 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CROSS SUITS (INSUREDS)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

The following Exclusion is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and paragraph **2. Exclusions** of **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**2.  Exclusions**

This insurance does not apply to:

**Suits between Insureds**:

Any obligation to defend any "suit" or claim against the "insured" alleging "bodily injury," "property damage," or "personal and advertising injury" resulting from, relating to, alleged by or brought between one Insured against another Insured under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER:    AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 128 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SUBCONTRACTOR SPECIAL CONDITIONS INCLUDING DEDUCTIBLE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.    The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**Subcontractor Special Conditions**

1.    Certificates of Insurance with Limits of Liability equal to or greater than the Limits of Insurance provided by this policy (underwritten by an insurance company with at least an "A-7" Best rating as defined by AM Best) will be obtained from all "subcontractors" prior to commencement of any work preformed for you.   (Note:  If this policy provides a per location or per project aggregate, "subcontractors" policy must also provide the same.)

2.    You will obtain written hold harmless agreements from "subcontractors" indemnifying you and the owner against all losses for work performed for you by any and all subcontractors.

3.    You will be named as an Additional Insured on all "subcontractors" General Liability policies.

Evidence of compliance must be provided to us during annual premium audit.  Failure to comply with the above conditions will result in additional premium charged against contract costs for jobs not in compliance. **Your failure to comply with the conditions listed above will not invalidate this insurance or alter our obligation to you under the terms of this policy except:**

1.    Additional premium will be changed at a rate of $ per $1,000 of contract cost

2.    If any of the above conditions are not satisfied, a deductible of $ per claim will apply to any claim or "suit" under this policy seeking damages for "bodily injury", "property damage" and/or "personal and advertising injury" arising out of the work performed by the "subcontractor" for the insured. The deductible amounts apply to damages and all legal and loss adjustment expenses. Provisions for the application of deductibles under this policy are set forth in the DEDUCTIBLE LIABILITY ENDORSEMENT.

Commercial General Liability Coverage maintained by the "subcontractors" shall be primary and this policy shall be excess of Limits of Liability of such insurance, notwithstanding the language of the Other Insurance provisions of this policy.

B.    The following is added to **Section V - DEFINITIONS**

 "Subcontractor" or "subcontractors" means any person or entity who is not an employee of an insured and does work or performs services for or on behalf of an insured.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED**

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

POLICY NUMBER: AES1194467 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 129 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TAINTED DRYWALL MATERIAL EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

This insurance does not apply to:

(1) Any liability, loss, injury or damages or any kind, including but not limited to "bodily injury," "property damage," "personal and advertising injury," "reduction in value," costs or expenses, actually or allegedly arising out of, related to, resulting from, caused by, contributed to, or in any other way connected with the actual or alleged manufacture, creation, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, release, abatement, replacement of, handling of, exposure to, ingestion of, testing for or failure to test for, or failure to warn, advise of or disclose the presence of "tainted drywall material," whether or not the "tainted drywall material" is or was at any time and in any form airborne, contained in a product or a component part of a product, carried on clothing or other items, inhaled, ingested, absorbed, transmitted in any fashion or found in any form whatsoever.

(2) Any liability, loss, cost or expense including, but not limited to, payment for investigation or defense, fines, penalties, interest and other costs or expenses, arising out of or related to any:

   (a) Clean up or removal of "tainted drywall material' or products and materials containing "tainted drywall material";

   (b) Actions necessary to monitor, assess or evaluate the actual, alleged or threatened release of "tainted drywall material" or products and material containing "tainted drywall material";

   (c) Disposal of actual or alleged "tainted drywall material" or the taking of action necessary to prevent, minimize or mitigate damage to the public health or welfare or to the environment which may otherwise result;

   (d) Compliance with any law or regulation regarding "tainted drywall material";

   (e) Existence, storage, handling or transportation of "tainted drywall material"; or

   (f) Supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given with respect to "tainted drywall material."

(3) Any obligation to share damages with or repay someone else in connection with Paragraphs (1) or (2) of this exclusion.

As used in this exclusion:

(4) "Tainted drywall material" means any:

   (a) Drywall, plasterboard, sheetrock or gypsum board; or

   (b) Material used in the manufacture of drywall, plasterboard, sheetrock or gypsum board;

   which:

   (i) Produces sulfuric odors, sulfuric gas, and/or sulfuric acid;

   (ii) Causes or contributes to the corrosion or oxidation of metal, including but not limited to metal in pipes, wiring, heating, ventilation and air conditioning systems; or

   (iii) Contains synthetic gypsum, fly ash or any other material derived from coal-fired power plants, or arsenic or any radioactive compounds.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

(5) "Reduction in value" means the actual or alleged diminution in value, impairment, devaluation or loss of use of tangible property, whether or not physically injured.

It is further agreed we shall have no duty to investigate, defend or indemnify any insured against any loss, claim "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," "personal and advertising injury," "reduction in value" or cost or expense to which this endorsement applies.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:   AES1194467 00                    **COMMERCIAL GENERAL LIABILITY**
                                                   **NX GL 198 01 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – TOTAL PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

This policy is hereby amended as follows:

The following exclusion is added to Paragraph **2.,Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to any "bodily injury," "property damage," or "personal and advertising injury" or Supplementary Payments arising out of the rendering of or failure to render any professional services by you or anyone who is performing work on your behalf.

Professional services include, but not limited to, the following:

1. Preparing, approving, recommending or failing to prepare, approve, or recommend, maps, drawings, opinions, reports, surveys, field orders, change orders, designs, specifications, hazard assessment plans, response actions, abatement methods or products, air monitoring plans or insurance requirements;
2. Supervisory, inspection, training, or engineering activities;
3. Commercial or industrial hygiene, air monitoring, testing, or laboratory analysis;
4. Construction engineering, design, or assessment;
5. Foundation engineering, design or assessment;
6. Slope stability engineering, design or assessment;
7. Seismic engineering, design, or assessment;
8. Geotechnical engineering, design or assessment;
9. Soil engineering, compaction studies, or assessment;
10. Construction material testing;
11. Medical, health care, psychiatric, psychological, nursing, emergency medical or related services;
12. Legal, paralegal or related services;
13. Insurance, investment advisory services, financial, accounting, data processing; or
14. Architectural services

We shall have no duty to defend any insured against any loss, claim, "suit" or other proceeding alleging damages arising from activities excluded by this endorsement.

All other terms, conditions, and exclusions shall remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

# EXHIBIT B

# COMMERCIAL LINES POLICY



AmTrust E&S Insurance Services

An AmTrust Financial Company

# Associated Industries Insurance Company, Inc.

Associated Industries Insurance Company, Inc.

P.O. Box 318004
Cleveland, OH 44131-0880

THIS POLICY CONSISTS OF:
– DECLARATIONS
– COMMON POLICY CONDITIONS
– COVERAGE FORMS
   APPLICABLE ENDORSEMENTS

AES JACKET 08 11

Associated Industries Insurance Company, Inc.

In Witness Whereof, the Company has caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

President

Elissa Pacheco

AES JACKET 08 11

# Privacy Policy
## Associated Industries Insurance Company, Inc.

We value your business and trust in us and respect the privacy and confidentiality of your nonpublic personal information.

### Our Practices Regarding Privacy and Confidentiality

We are committed to keeping your information secure and confidential, regardless of whether information is received by mail, telephone, Internet or in person.

The nonpublic personal information about you that is collected is utilized only to the extent necessary to effect, deliver, administer or enforce insurance service to you and is disclosed only as permitted by law.  We may also disclose certain information to nonaffiliated third parties.

If you prefer that we not disclose nonpublic personal information about you to third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures by contacting us at the address and phone number listed below.

Likewise, to the extent we utilize other organizations, such as general agents and third party administrators, to support our business; we require them to abide by the requirements of the applicable privacy laws and by our privacy policy.

### Information We Collect

We gather information about you in connection with providing our products and services to you and to support our business operations.  This includes information you may provide to us, such as from your insurance application, and information about you from another source, such as a credit bureau.

### Information We May Disclose To Affiliates or Third Parties

Except as noted herein, we do not disclose nonpublic personal information unless authorized by you.  We may, without authorization but only as permitted or required by law, provide nonpublic personal information about you to persons or organizations both inside and outside of Associated Industries Insurance Company, Inc. in order to fulfill a transaction requested, service policies, investigate and/or handle claims, detect and/or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory or law enforcement authorities or a court of law. These include, for example: affiliated companies, claims adjusters or administrators, insurance agents or brokers, medical providers, program managers, consumer reporting agencies, governmental agencies, auditors, lienholders, mortgagees, and assignees.

### Information Confidentiality and Security

We restrict access to nonpublic personal information about you to those employees who need to know that information in order to provide products or services to you.  We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

### Access to Your Information

You have the right to know what kind of information we keep in our files about you, to have the reasonable access to it and receive a copy. Contact us at the address noted below should you have questions about what information we may have on file.  All written requests must include your name, address, telephone number, and a photocopy of a picture ID for identification purposes.  We are dedicated to maintaining accurate customer records and shall strive to correct any inaccurate information noted in a timely manner.

**Associated Industries Insurance Company, Inc.**
Associated Industries Insurance Company, Inc.
P.O. Box 318004
Cleveland, OH 44131-0880
Attention:  Privacy Manager

AES PN 08 11

This page intentionally left blank



Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S Insurance Services, Inc.
101 Arch Street, Suite 1740
Boston, MA 02110

AmTrust E&S Insurance Services
An AmTrust Financial Company

## COMMERCIAL COMMON POLICY DECLARATIONS SUMMARY PAGE

| **Policy Number** EXA1199030 00 | **Policy Period** | **From:** 7/18/2020   **To:** 7/18/2021 |
|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
New Business

| **Named Insured and Address** | **Producer:** 30539 |
|---|---|
| SBE Electrical Contracting Inc | Risk Placement Services, Inc. - Santa Ana |
| 2961 West MacArthur Blvd | RPS |
| #128 | 1551 N. Tustin Ave., Suite 800 |
| Santa Ana CA 92704 | Santa Ana CA 92705 |
| | **Telephone:** (714) 558-6141 |

| **Business Description** | **Form of Business** | **Auditable** ☐ | **Non-Auditable** ☒ |
|---|---|---|---|
| Electrical contractor | Individual | | |
| | | **Audit Period** | Non-Auditable |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| **COVERAGE PART DESCRIPTION** | **PREMIUM** |
|---|---|
| Excess Liability | $29,720.00 |

| | | | | |
|---|---|---|---|---|
| Premium | : | $29,720.00 | | |
| Carrier Fee | : | $ 225.00 | **Policy Premium** | $29,720.00 |
| CA Surplus Lines Tax | : | $ 898.35 | **Deposit Premium (if applicable)** | $29,720.00 |
| CA Stamping Office Fee: | | $ 74.86 | **Taxes and Surcharges** | $0.00 |
| Total Charges | : | $30,918.21 | **Policy Fees** | $225.00 |
| | | | **Total Deposit Premium** | $29,945.00 |
| | | | (Includes Taxes, Surcharges, and applicable Terrorism Premium) | |

| **FORMS AND ENDORSEMENTS*** |
|---|
| See Forms and Endorsements Schedule |

***Entry optional if above in common policy declarations schedule**

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

| 7/28/2020 | |
|---|---|
| **Date** | **Signature of Authorized Representative** |

To Report a Loss
• Dial toll-free #1 (844)777-8323 or visit our
• Website: https://my.rpsins.com/claimsfnol
• Contact Insurer directly (see policy section)

RPSORA/SC/2020.08.05

This page intentionally left blank



Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S
Insurance Services, Inc.
101 Arch Street, Suite 1740
Boston, MA 02110

**Policy Number:**
EXA1199030 00
**Named Insured:**
SBE Electrical
Contracting Inc



## COMMERCIAL EXCESS LIABILITY COVERAGE DECLARATIONS

| **Policy Number** EXA1199030 00 | **Policy Period** | **From:** 7/18/2020  **To:** 7/18/2021 |
|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
New Business

| **Named Insured and Address** | **Producer:** 30539 |
|---|---|
| SBE Electrical Contracting Inc | Risk Placement Services, Inc. - Santa Ana |
| 2961 West MacArthur Blvd | RPS |
| #128 | 1551 N. Tustin Ave., Suite 800 |
| Santa Ana CA 92704 | Santa Ana CA 92705 |
| | **Telephone:** (714) 558-6141 |

| **Business Description** | **Form of Business** | **Audit Basis (if applicable)** |
|---|---|---|
| Electrical contractor | Individual | |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| POLICY TYPE | Occurrence |
|---|---|
| EACH OCCURRENCE LIMIT | $5,000,000 |
| POLICY AGGREGATE LIMIT | $5,000,000 |
| RETROACTIVE DATE | N/A |

| **Sub-total Premium** | $29,720.00 |
|---|---|
| **Terrorism Premium** | Excluded |
| **Minimum Earned Premuim** | $7,430.00 |
| **TOTAL PREMIUM FOR THIS COVERAGE PART** | $29,720.00 |

| **FORMS AND ENDORSEMENTS*** |
|---|
| See Forms And Endorsements Schedule |

**\*Entry Optional If shown In common policy declarations.**

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF,
COMPLETE THE ABOVE NUMBERED POLICY.

| 7/28/2020 | _Lisa M Palino_ |
|---|---|
| **Date** | **Signature of Authorized Representative** |

This page intentionally left blank

## COMMERCIAL EXCESS LIABILITY COVERAGE DECLARATION
## SCHEDULE OF UNDERLYING

| **Commercial General Liability** | ☒ Occurrence | ☐ Claims-Made | Retroactive Date: |
|---|---|---|---|
| Company: | Associated Industries | | |
| Policy Number: | AES1194467-00 | | |
| Policy Period: | 7/18/2020 - 7/18/2021 | | |
| Minimum Applicable Limits | | | |

| | | | |
|---|---|---|---|
| | General Aggregate | $ 2,000,000 | |
| | Products-Completed Operations Aggregate | $ 2,000,000 | |
| | Personal And Advertising Injury | $ 1,000,000 | |
| ☐ | Each Occurrence | $ 1,000,000 | |
| | General Aggregate Limit and Each Occurrence Limit each Include Hired Auto Liability and Non-Owned Auto Liability | | |

| **Commercial Auto Liability** | |
|---|---|
| Company: | Liberty Mutual |
| Policy Number: | BAA 20 58936944 |
| Policy Period: | 9/9/2019 - 9/9/2020 |
| Minimum Applicable Limits | |

| | | |
|---|---|---|
| | Each Accident | $ 1,000,000 |

| **Employers' Liability** | |
|---|---|
| Company: | |
| Policy Number: | |
| Policy Period: | |
| Minimum Applicable Limits | |

| | | | |
|---|---|---|---|
| Bodily injury by accident | $ | | Each Accident |
| Bodily injury by disease | $ | | Each Employee |
| Bodily injury by disease | $ | | Policy Limit |
| | or $ | | Each Accident/ Occurrence |

This page intentionally left blank



Associated Industries Insurance Company, Inc.
Administered through: AmTrust E & S Insurance Services, Inc.
101 Arch Street, Suite 1740
Boston, MA 02110

**Policy Number:**
EXA1199030 00
**Named Insured:**
SBE Electrical Contracting Inc

## COMMERCIAL COMMON POLICY DECLARATIONS
## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form Number | Edition Date | Title |
|---|---|---|---|
| CG | AESPN | 08/11 | ASSOCIATED INDUSTRIES INSURANCE COMPANY PRIVACY POLICY |
| EXC | CX0001 | 04/13 | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |
| EXC | CX0226 | 09/12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |
| EXC | CX2101 | 09/08 | NUCLEAR ENERGY LIABILITY  EXCLUSION ENDORSEMENT |
| EXC | CX2102 | 04/13 | TOTAL POLLUTION EXCLUSION |
| EXC | CX2113 | 04/13 | EXCLUSION – FUNGI OR BACTERIA |
| EXC | CX2116 | 04/13 | EXCLUSION – SILICA OR SILICA-RELATED DUST |
| EXC | CX2119 | 04/13 | EXCLUSION – EMPLOYMENT-RELATED PRACTICES |
| EXC | CX2133 | 01/15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| EXC | CX2135 | 01/15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES |
| EXC | CX2136 | 01/15 | EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM |
| EXC | CX2145 | 01/15 | EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| EXC | CX2156 | 09/08 | AUTO COVERAGE - EXCLUSION OF TERRORISM |
| EXC | CX2171 | 06/15 | EXCLUSION – UNMANNED AIRCRAFT |
| IL | IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IL | IL0985 | 01/15 | DISCLOSURE PURSUANT TO TERRORISM RISK |
| IL | ILN018 | 09/03 | CALIFORNIA FRAUD STATEMENT |
| CG | NXGL005 | 04/20 | POLICYHOLDER'S GUIDE TO REPORTING A CASUALTY CLAIM |
| CG | NXGL008 | 08/09 | MINIMUM RETAINED PREMIUM |

Issued Date: 7/28/2020

This page intentionally left blank

# CONSUMER NOTICE
# CALIFORNIA

**IMPORTANT NOTICE:**

1. **THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA.  THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.**

2. **THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.**

3. **THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW.  THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.**

4. **THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER.  YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357 OR INTERNET WEBSITE: WWW.INSURANCE.CA.GOV.  ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER.  YOU MAY ALSO CONTACT THE NAIC'S INTERNET WEBSITE AT <u>WWW.NAIC.ORG</u>.**

**THE NAIC – THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS – IS THE REGULATORY SUPPORT**

# CONSUMER NOTICE
# CALIFORNIA

**ORGANIZATION CREATED AND GOVERNED BY THE CHIEF INSURANCE REGULATORS IN THE UNITED STATES.**

**5. FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

**YOU CAN FIND A LINK TO EACH STATE FROM THIS NAIC WEBSITE: <u>HTTPS://NAIC.ORG/STATE_WEB_MAP.HTM.</u>**

**6. FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

**7. CALIFORNIA MAINTAINS A "LIST OF APPROVED SURPLUS LINE INSURERS (LASLI)".  ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEBSITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE:  <u>WWW.INSURANCE.CA.GOV/01-CONSUMERS/120-COMPANY/07-LASLI/LASLI.CFM</u>.**

**8. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE**

# CONSUMER NOTICE
## CALIFORNIA

**THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.**

This page intentionally left blank

# Service of Suit

Service of process for any suit instituted against the Company concerning this Policy may be made upon the Superintendent, Commissioner, or Director of Insurance or other person specified for that purpose in the statute or his/her successor or successors in office as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder and arising out of this Policy.

The Company hereby designates:

> Karen Harris
> C/O Corporation Service Company
> 2730 Gateway Oaks Drive, Ste. 100
> Sacramento, CA 95833

as the person(s) to whom the Superintendent, Commissioner, or Director of Insurance or other specified person is authorized to mail such process or a true copy thereof, in compliance with the applicable statutes governing said service of process in the state or jurisdiction in which a cause of action under this Policy arises.

This page intentionally left blank

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

This page intentionally left blank



AGENCY CUSTOMER ID: _____

# INSURANCE SUPPLEMENT

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| Risk Placement Services, Inc. - Santa Ana | Associated Industries Insurance Company, Inc. | 23140 |

| POLICY NUMBER | APPLICANT / NAMED INSURED | |
|---|---|---|
| EXA1199030 00 | SBE Electrical Contracting Inc | |

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 AND 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Acceptance or Rejection of Terrorism Insurance Coverage**

☐ I hereby elect to purchase terrorism coverage for a prospective premium of $ 2,800 _____.

☒ I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

| _____ | _____ | _____ |
|---|---|---|
| **Policyholder / Applicant's Signature** | **Print Name** | **Date** |

| _____ | _____ | _____ |
|---|---|---|
| **Policyholder / Applicant's Signature** | **Print Name** | **Date** |

| _____ | _____ | _____ |
|---|---|---|
| **Policyholder / Applicant's Signature** | **Print Name** | **Date** |

| | | _____ |
|---|---|---|
| | | **Effective Date** |

**Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.**

© 2003-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

This page intentionally left blank

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** – Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I – COVERAGES

**1. Insuring Agreement**

    **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "injury or damage" to which insurance provided under this Coverage Part applies.

    We will have the right and duty to defend the insured against any suit seeking damages for such "injury or damage" when the applicable limits of "controlling underlying insurance" have been exhausted in accordance with the provisions of such "controlling underlying insurance".

When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other suit seeking damages for "injury or damage".

However, we will have no duty to defend the insured against any suit seeking damages for which insurance under this policy does not apply.

At our discretion, we may investigate any "event" that may involve this insurance and settle any resultant claim or suit, for which we have the duty to defend.

But:

    **(1)** The amount we will pay for "ultimate net loss" is limited as described in Section **II** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Coverage Part. However, if the policy of "controlling underlying insurance" specifies that limits are reduced by defense expenses, our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of defense expenses, judgments or settlements under this Coverage Part.

    **b.** This insurance applies to "injury or damage" that is subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to "injury or damage" arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

    **c.** If the "controlling underlying insurance" requires, for a particular claim, that the "injury or damage" occur during its policy period in order for that coverage to apply, then this insurance will only apply to that "injury or damage" if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular "injury or damage" takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that "injury or damage" takes place during the policy period of this Coverage Part.

 © Insurance Services Office, Inc., 2012

**d.** Any additional insured under any policy of "controlling underlying insurance" will automatically be an additional insured under this insurance. If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "controlling underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "controlling underlying insurance".

**2. Exclusions**

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. In addition, the exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Medical Payments**

Medical payments coverage or expenses that are provided without regard to fault, whether or not provided by the applicable "controlling underlying insurance".

**b. Auto**

Any loss, cost or expense payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.

**c. Pollution**

**(1)** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants.

This exclusion does not apply to the extent that valid "controlling underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "injury or damage".

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**SECTION II – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits; or

**d.** Limits available under any "controlling underlying insurance".

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss", for all "injury or damage" covered under this Coverage Part.

However, this Aggregate Limit only applies to "injury or damage" that is subject to an aggregate limit of insurance under the "controlling underlying insurance".

**c.** Subject to Paragraph **2.b.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" arising out of any one "event".

**d.** If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

 © Insurance Services Office, Inc., 2012 CX 00 01 04 13

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for "injury or damage" covered under this insurance.

The Aggregate Limit of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION III – CONDITIONS**

The following conditions apply. In addition, the conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and postjudgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section **II** – Limits Of Insurance.

**2. Bankruptcy**

  **a. Bankruptcy Of Insured**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

  **b. Bankruptcy Of Controlling Underlying Insurer**

    Bankruptcy or insolvency of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties In The Event Of An Event, Claim Or Suit**

  **a.** You must see to it that we are notified as soon as practicable of an "event", regardless of the amount, which may result in a claim under this insurance. To the extent possible, notice should include:

    **(1)** How, when and where the "event" took place;

    **(2)** The names and addresses of any injured persons and witnesses; and

    **(3)** The nature and location of any "injury or damage" arising out of the "event".

  **b.** If a claim is made or suit is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or suit and the date received; and

    **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or suit as soon as practicable.

  **c.** You and any other insured involved must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury or damage" to which this insurance may also apply.

  **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

 © Insurance Services Office, Inc., 2012

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our consent. This Coverage Part's terms can be amended or waived only by endorsement.

**7. Maintenance Of/Changes To Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from "injury or damage" to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

10. **Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

11. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

12. **Transfer Of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

When our limits of insurance have been exhausted our duty to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

13. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION IV – DEFINITIONS**

The definitions applicable to any "controlling underlying insurance" also apply to this insurance. In addition, the following definitions apply.

1. "Controlling underlying insurance" means any policy of insurance or self-insurance listed in the Declarations under the Schedule of "controlling underlying insurance".

2. "Controlling underlying insurer" means any insurer who provides any policy of insurance listed in the Declarations under the Schedule of "controlling underlying insurance".

3. "Event" means an occurrence, offense, accident, act, or other event, to which the applicable "controlling underlying insurance" applies.

4. "Injury or damage" means any injury or damage, covered in the applicable "controlling underlying insurance" arising from an "event".

5. "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim.

6. "Ultimate net loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Ultimate net loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 02 26 09 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Paragraphs **5.b.** and **5.c.** of the **Cancellation** provisions of **Section III – Conditions** are replaced by the following:

   **b. All Policies In Effect For 60 Days Or Less**

   If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for:

   **(a)** Nonpayment of premium; or

   **(b)** Discovery of fraud by:

   **(i)** Any insured or his or her representative in obtaining this insurance; or

   **(ii)** You or your representative in pursuing a claim under this policy.

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **c. All Policies In Effect For More Than 60 Days**

   **(1)** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

   **(a)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

   **(b)** Discovery of fraud or material misrepresentation by:

   **(i)** Any insured or his or her representative in obtaining this insurance; or

   **(ii)** You or your representative in pursuing a claim under this policy.

   **(c)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

   **(d)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

   **(e)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

   **(f)** A determination by the Commissioner of Insurance that the:

   **(i)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(ii)** Continuation of the policy coverage would:

    **i.** Place us in violation of California law or the laws of the state where we are domiciled; or

    **ii.** Threaten our solvency.

**(g)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**(h)** A material change in limits, type or scope of coverage, or exclusions in one or more of the underlying policies.

**(i)** Cancellation or nonrenewal of one or more of the underlying policies where such policies are not replaced without lapse.

**(j)** A reduction in financial rating or grade of one or more insurers, insuring one or more underlying policies based on an evaluation obtained from a recognized financial rating organization.

**(2)** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **c.(1).**

**B.** Paragraph **13. When We Do Not Renew** of **Section III – Conditions** is replaced by the following:

**Nonrenewal**

**1.** If we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **B.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **B.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© Insurance Services Office, Inc., 2012

COMMERCIAL EXCESS LIABILITY
CX 21 01 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT
### (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions:**

**2. Exclusions**

**NUCLEAR ENERGY LIABILITY**

**a.** Under any Liability Coverage, to "injury or damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under any Liability Coverage, to "injury or damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "injury or damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to property damage to such "nuclear facility" and any property thereat.

**c.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

© ISO Properties, Inc., 2007

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Injury or damage" includes all forms of radioactive contamination of property.

COMMERCIAL EXCESS LIABILITY
CX 21 02 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverages** is replaced by the following:

Insurance provided under this Coverage Part does not apply to:

**2. Exclusions**

   **c. Pollution**

   **(1)** "Injury or damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time; or

   **(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants.

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 13 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Fungi Or Bacteria**

**a.** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such "injury or damage".

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added to the **Definitions** section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 16 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

   **2. Exclusions**

   Insurance provided under this Coverage Part does not apply to:

   **Silica Or Silica-related Dust**

   **a.** "Injury or damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to the **Definitions** section:

   **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 19 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EMPLOYMENT-RELATED PRACTICES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to "injury or damage" to:

**a.** A person arising out of any:

**(1)** Refusal to employ that person;

**(2)** Termination of that person's employment; or

**(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**b.** The spouse, child, parent, brother or sister of that person as a consequence of "injury or damage" to that person at whom any of the employment-related practices described in Paragraph **(1), (2)** or **(3)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraph **(1), (2)** or **(3)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

© Insurance Services Office, Inc., 2012

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 33 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 35 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside the United States (including its territories and possessions and Puerto Rico), but within the coverage territory. However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   b. The act resulted in damage:

      (1) Within the United States (including its territories and possessions and Puerto Rico); or

(2) Outside of the United States in the case of:

    (a) An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

    (b) The premises of any United States mission; and

c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015 CX 21 35 01 15

COMMERCIAL EXCESS LIABILITY
CX 21 36 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 45 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance.

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Injury or damage" arising, directly or indirectly, out of a "certified act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**2.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**3.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

This page intentionally left blank

COMMERCIAL EXCESS LIABILITY
CX 21 56 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO COVERAGE – EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance.

**A.** The provisions of this endorsement:

   **1.** Apply only to "injury or damage" arising out of the ownership, maintenance or use of any auto that is a covered auto under this Coverage Part; and

   **2.** Supersede the provisions of any other endorsement addressing terrorism attached to this Coverage Part only with respect to "injury or damage" arising out of the ownership, maintenance or use of any auto that is a covered auto.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks:

   **1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Any "injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

   **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

   **2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

   **3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   **4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

   **5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to any "injury or damage" that is otherwise excluded under this Coverage Part.

COMMERCIAL EXCESS LIABILITY
CX 21 71 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Unmanned Aircraft**

"Injury or damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and loading or unloading.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "event" which caused the "injury or damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

As used in this exclusion, loading or unloading means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an "unmanned aircraft";

**b.** While it is in or on an "unmanned aircraft"; or

**c.** While it is being moved from an "unmanned aircraft" to the place where it is finally delivered;

but loading or unloading does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the "unmanned aircraft".

**B.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

This page intentionally left blank

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc.,  1998

This page intentionally left blank

POLICY NUMBER: EXA1199030 00

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
| --- |
| **Terrorism Premium (Certified Acts)**    $ Certified Acts Not Covered |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| Commercial Excess Liability Coverage Part |
| **Additional information, if any, concerning the terrorism premium:** <br> Certified Acts Not Covered |

| SCHEDULE – PART II | |
| --- | --- |
| **Federal share of terrorism losses** <br> (Refer to Paragraph **B.** in this endorsement.) | 80**% Year: 20** 20 |
| **Federal share of terrorism losses** <br> (Refer to Paragraph **B.** in this endorsement.) | 80**% Year: 20** 21 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

 © Insurance Services Office, Inc., 2015 IL 09 85 01 15

IL N 018 09 03

# CALIFORNIA FRAUD STATEMENT

For your protection, California law requires that you be made aware of the following: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

This page intentionally left blank

**POLICY NUMBER:**                                    **COMMERCIAL GENERAL LIABILITY**
                                                     **NX GL 005 04 20**

# POLICYHOLDER'S GUIDE TO REPORTING A CASUALTY CLAIM

**A.** As soon as you are aware of an event that will give rise to a claim being made against you (3rd Party Liability Claims), please be sure to quickly report the matter to AmTrust North America.  Be sure to include your policy number and the name of the insured as it is stated on the policy.

**B.** New claims can be reported to **AmTrust North America** as follows:

    **1.** **By Mail:**                          AmTrust North America
                                              P.O. Box 650767
                                              Dallas, TX 75265-0767

    **2.** **By Electronic Mail:**             anaclaimsreporting@amtrustgroup.com

    **3.** **By Telephone:**                   (866) 272-9267

    **4.** **By Fax:**                         (877) 207-3961

This page intentionally left blank

POLICY NUMBER: EXA1199030 00

**COMMERCIAL GENERAL LIABILITY**
**NX GL 008 08 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINIMUM RETAINED PREMIUM

This endorsement modifies insurance provided under the following:

## COMMON POLICY CONDITIONS

Paragraph **5.** of **A. Cancellation** is replaced by the following:

**5.**   If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata.  If the first Named Insured cancels, earned premium will be computed according to the customary short rate table and procedure, subject to a Minimum Retained Premium of $7,430.  The cancellation will be effective even if we have not made or offered a refund.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This page intentionally left blank

EXHIBIT C

| | |
|---|---|
| **AGREEMENT #:** | **1123** |
| **TRADE CONTRACTOR:** | **SBE ELECTRICAL CONTRACTING, INC.** |
| **PROJECT:** | **FERRANTE** |
| **ACCOUNT #:** | **16-100 ELECTRICAL & 16-155 ELECTRICAL FIXTURES** |
| **STATE CONTRACTORS LICENSE #:** | **C10-1016913** |

## TRADE CONTRACTOR AGREEMENT

THIS CONTRACT AGREEMENT (this "Agreement") is made as of this date, <u>07/13/19</u> by and between <u>PALMER BEAUDRY AVENUE PROPERTIES LP, A CA LIMITED PARTNERSHIP</u> ("Owner") and <u>SBE ELECTRICAL CONTRACTING, INC.</u> ("Trade Contractor"), with its principal place of business located at: <u>2961 W. MACARTHUR BLVD. #128,  SANTA ANA,  CA,  92704-</u>, phone number: <u>(714) 544-5066</u>, fax number: <u>(714) 544-5196</u>, email address: <u>eric@sbeoc.com</u>, CA Contractor's License Number: <u>C10-1016913.</u> and acknowledged by GH PALMER, INC., a California corporation ("Owner's Representative").

TOTAL CONTRACT AMOUNT: <u>$25,030,621.89</u> (the "Contract Price")

••••<u>TWENTY FIVE MILLION, THIRTY THOUSAND, SIX HUNDRED TWENTY ONE DOLLARS AND EIGHTY NINE CENTS.</u>••••

### SECTION I – PRELIMINARY INFORMATION

**PROJECT JOBSITE: FERRANTE**
>1000 TEMPLE STREET, LA CA 90012

**OWNER:**      **PALMER BEAUDRY AVENUE PROPERTIES LP, A CA LIMITED PARTNERSHIP**
>270 N. CANON DRIVE, PENTHOUSE, BEVERLY HILLS, CA 90210

The Owner is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Owner shall designate in writing a representative who shall have express authority to bind the Owner with respect to all matters requiring the Owner's approval or authorization. The term "Owner" means the Owner or the Owner's Representative.

**CONSTRUCTION LENDER: GOLDMAN SACHS**
>FOX PLAZA / 2121 AVENUE OF THE STARS, STE. 2600, LA, CA 90067

**CONTRACT TIME:**  From the date Trade Contractor commences the Work following receipt of the Commencement Notice (defined below) pursuant to Section 2 / Item 3 below until the Work is completed in accordance with the terms hereof (the "Contract Time").

### SECTION II - GENERAL REQUIREMENTS:

**1.    INCORPORATION OF ATTACHMENTS:**
All provisions contained in the attachment to this Agreement are hereby incorporated by reference and agreed to by the parties. The attachments are inclusive of the documents listed hereto, but are not limited to, the following (hereinafter the "Contract Documents"):

- Trade Contractor Agreement
- Exhibit "A" General Conditions
- Exhibit "B" Terms of Payment
- Exhibit "C"  AB 1701 Requirements
- Exhibit "D" Scope of Work
- Exhibit "E" Schedule of Prices
- Exhibit "E-1" Schedule of Values (Payment Schedule)

**2.    PLANS:**
It is agreed that the plans and specifications described hereto are incorporated into this Agreement by reference. **Note**: It is Trade Contractor's responsibility to ensure that they have the latest correct set of plans prior to the commencement of the Work.

**3.    TIME IS OF THE ESSENCE:**
TIME IS OF THE ESSENCE for each and every obligation of the Contract. Trade Contractor agrees to commence the work to be performed hereunder and more particularly described in Exhibit "D" attached hereto and incorporated herein by this reference (the "Work") within two (2) working days of receipt of notice to commence the Work from Owner (the "Commencement Notice"), and to complete the Work to be performed hereunder in accordance with the Owner's progress schedule , which progress schedule shall be subject to modification by Owner in its reasonable discretion and may be updated during the mandatory weekly meetings held at the Project site with the Project Superintendent.  In agreeing to complete the Work in accordance with the Owner's progress schedule, Contractor has taken into consideration and made all allowances for all delays or hindrances which may be incurred in Trade Contractor's performance of its obligations hereunder, whether growing out of delays in securing materials or workmen, including, but not limited to, strike or other work stoppage or cessation of work due to picketing or other such activity by any workmen performing the Work.  Trade Contractor shall furnish a sufficient number of skilled workmen and materials to commence and complete the Work herein agreed to be done for the Contract Price and within the Contract Time, and to coordinate the Work to be done hereunder with that of all other contractors and of Owner in a manner that will facilitate

Initials:

TRADE CONTRACTOR                SOLE MEMBER

| AGREEMENT #: | 1123 |
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

the efficient completion of the entire work of the Project. Trade Contractor agrees that TIME IS OF THE ESSENCE and Trade Contractor shall be liable for any and all costs, losses, liabilities and damages arising out of or occurring in connection with Trade Contractor's failure to diligently commence and prosecute the Work within the Contract Time or any breach of this Agreement.

Where the successful performance of the Work by the Trade Contractor under the Contract Documents is dependent upon the proper performance of another contract entered into by the Owner in connection with the Project, the Trade Contractor shall observe the work being performed under such other contract and immediately advise the Owner in writing of any conflicts within the construction project which the Trade Contractor believes will interfere with the successful performance of any Work by Trade Contractor under this Agreement.

Owner and Owner's Representative shall have complete control of the premises on which the Work herein is to be performed and shall have the right to decide the time and order in which the various portions of the Work shall be done and the priority of the work of other contractors and all matters concerning the timely and orderly conduct of the Work of Trade Contractor.

4.  **BUSINESS LICENSE:**
    Final payment of the Contract Price will not be made by Owner to Trade Contractor until receipt of physical proof that the Trade Contractor has secured a business license in the city where the job is located.

5.  **COST OF LICENSES, PERMITS, AND EMPLOYMENT TAXES, ETC.:**
    Permits and fees are not included in the Contract Price.

    If Trade Contractor observes that the plans and/or specifications provided by Owner are at variance with any law, ordinance, rule or regulation, it will promptly notify Owner and Owner's Representative in writing. If Trade Contractor fails to give such notice or performs any work knowing the same to be contrary to such laws, ordinances, rules or regulations, Trade Contractor shall bear all costs arising therefrom, without reimbursement from Owner or adjustment to the Contract Price.

    Trade Contractor shall perform the Work using its best skill and attention, in a good and workmanlike manner and shall comply with all laws, ordinances, rules, regulations and codes applicable to the Work performed under this Agreement and shall comply with all such standards required under such applicable laws, ordinances, rules, regulations and codes, except to the extent higher standards have been specified and are required by Owner, in which event Trade Contractor will comply with such higher standards.

    Trade Contractor agrees to pay any and all taxes, including, without limitation, Sales Taxes, Use Taxes, Gross Receipts Taxes, Excise Taxes, Old Age Benefits, Withholding Taxes and Unemployment Compensation Taxes, under all State, Local and Federal Laws in respect to all materials furnished and employees engaged in the performance of this Agreement.

    Trade Contractor will reimburse Owner for any fees, costs or expenses of a re-inspection required because of a prior rejection of the Work by Owner or Owner's Representative and material included herein.

6.  **PERFORMANCE CLAUSE:**
    6.1 In the event that Trade Contractor should (1) fail or refuse to prosecute the Work in strict [WITHOUT GOOD REASON] accordance with the progress schedule, (2) fail or refuse to supply sufficient skilled workmen to the Project, (3) fail to cause materials or equipment to be delivered to the Project site in accordance with the progress schedule and the terms of this Agreement, (4) fail to commence, perform, finish or deliver different parts of the Work in accordance with the progress schedule, or (5) otherwise default in its obligations under this Agreement so as to cause delay in the progress schedule or otherwise not timely perform its scope of Work herein, Trade Contractor shall be liable to Owner for any and all loss and damage, including liquidated or consequential damages suffered therefor by Owner. In the event of any such delay on the part of Trade Contractor, Owner shall have the right, at Owner's sole discretion, to require Trade Contractor to furnish additional labor and to expedite materials and equipment at Trade Contractor's sole cost. If additional labor is not available, Owner has the right to require Trade Contractor, at the Trade Contractor's cost, to work overtime or additional shifts (and/or weekends and holidays) to such an extent as will be sufficient, in Owner's sole opinion, to speed up and complete the Work in accordance with the progress schedule and within the Contract Time.

    6.2 At its discretion, Owner may supplement Trade Contractor's work force with other workers or contractors or remove segments of Trade Contractor's scope of Work as necessary to assure timely performance of Trade Contractor's Work at Trade Contractor's cost. All decisions regarding the foregoing will be decided by Owner and Owner's decision will be final. *Only after providing Trade Contractor 2 business days prior written notice to take corrective action

    6.3 If, in the opinion of Owner, Trade Contractor shall at any time (1) refuse or fail to provide sufficient [based upon the actual knowledge] properly skilled workers, adequate supervision or materials of the proper quality, (2) fail in any

Initials: _____    _____
           TRADE CONTRACTOR        SOLE MEMBER

| | |
|---|---|
| AGREEMENT #: | 1123 |
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

material respect to prosecute the Work according to the current progress schedule, (3) cause, by any action or omission, the stoppage or delay of or interference with the work of Owner or of any other contractor or subcontractor, (4) fail to make prompt payment of any obligation to others, including but not limited to materialmen and laborers, arising from its performance of this Agreement, (5) fail to properly and thoroughly complete portions of the Work so as to allow and cause inspections to be passed without delay resulting from correction, non-completion, rework and/or re-inspection, (6) fail to comply with any provision of this Agreement (such as, but not limited to, providing and maintaining the required insurance), or the Contract Documents, (7) make a general assignment for the benefit of its creditors, (8) have a receiver appointed, or (9) become bankrupt or insolvent, then, after serving ~~twenty-four (24) hour~~ written notice, unless the condition specified in such notice shall have been eliminated within such ~~twenty-four (24) hours~~, Owner, at its option, without voiding the other provisions of this Agreement, may (i) take such steps as are necessary to overcome the condition, in which case the Trade Contractor shall be liable to Owner for the cost thereof, (ii) terminate for default Contractor's performance of all or a part of the Work, (iii) obtain specific performance or injunctive relief requiring performance of Contractor's obligations hereunder, it being agreed by Trade Contractor that such relief may be necessary to avoid irreparable harm to Owner, and/or the Owner or (iv) supplement Trade Contractor's work force with other workers or contractors or remove segments of Trade Contractors scope of Work as necessary to assure timely performance of Trade Contractor's Work in which case the Trade Contractor shall be liable to Owner for the cost thereof.

6.4 In the event of termination of this Agreement for default of Trade Contractor's obligations hereunder, Owner may, at its option, (a) take assignment of any or all of Trade Contractor's subcontracts, and/or (b) either itself or through others complete the Work, by whatever method Owner may deem expedient. In case of termination for default, Trade Contractor shall not be entitled to receive any further payment until the Work shall be fully completed and accepted by Owner. At such time, if the unpaid balance of the Contract Price exceeds the costs incurred by Owner to complete the Work (including reasonable overhead and profit), such excess shall be paid by Owner to Trade Contractor. If such amount shall exceed such unpaid balance of the Contract Price, Trade Contractor shall pay to Owner the difference upon written demand therefor. The right to terminate this Agreement pursuant to this Section 6.3 is in addition to all other remedies available to Owner under this Agreement and applicable State and Federal laws and any termination of this Agreement is without prejudice to any of Owner's legal remedies under this Agreement and/or State and Federal laws.

6.5 If Owner exercises its termination option under Article 6.3 (ii) and the court or arbitrator determines the Trade Contractor was not in default of its obligations hereunder, then the termination of this Agreement by Owner for Trade Contractor's default shall be considered a termination for Owner's convenience and Contractor shall be entitled to be paid for that portion of Work that is completed and ordered by the Owner or the Owner's Representative. Profit (10%) and overhead (10%) shall be based on the percentage of the Work completed ~~as determined by the Owner.~~ [1] Trade ~~Contractor's remedies under this Article 6.4 shall be exclusive.~~ Nothing herein shall bar withholdings of the Contract Price by Owner permitted by other provisions of this Agreement.

[1] In addition, Owner shall pay other costs such as committed capital item purchase orders secured specifically for this project as well as cost incurred as a result of the termination by owner including reasonable costs of demobilization.

7. **MATERIALS:**

Trade Contractor shall order forthwith all materials, equipment and other items, which shall be required for the performance of the Work. If requested by Owner, Trade Contractor agrees to furnish within seventy-two (72) hours of such request a complete list of suppliers for the performance of any work hereunder from whom Trade Contractor has purchased or proposes to purchase materials, equipment and other items which have been used or are to be used in the performance of the Work, along with any and all receipts, invoices and/or any other documentation requested by Owner that evidences the materials, equipment and/or other items purchased and/or proposed to be purchased from such suppliers.

Except with the Owner's prior written approval, the Trade Contractor shall not be entitled to receive payments for any material stored off-site. In the event Owner consents to Trade Contractor's storage of materials offsite, Trade Contractor shall provide Owner with the address of where such materials are stored, and Owner shall have the right to access and inspect such storage area at reasonable times determined by Owner in its discretion. Trade Contractor shall be solely responsible, and shall bear the risk of loss in connection with the transportation of any materials stored offsite to the Project site.

Trade Contractor is responsible for protecting and insuring its own tools and equipment and all materials stored on-site or off-site, from theft and other loss; and, with respect to materials stored on-site, if Trade Contractor has any special requirements with respect thereto, Trade Contractor shall so advise Owner and cooperate with Owner to provide a safe and secure location for those items that must be stored on-site. Owner shall not be responsible for loss or theft of or damage to any of Trade Contractor's property or to any materials stored at the Project site, except to the extent such loss, theft or damage was caused by the gross negligence or willful misconduct of Owner.

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

**8.    ALTERNATES:**
If Trade Contractor wishes to deviate from the requirements of the plans and specifications as to materials and equipment to be furnished or the method of doing the Work, Trade Contractor will obtain the written approval of the Owner before proceeding with alternate methods of construction. Owner must approve any alternate methods of performing the Work, which will achieve all performance standards established by the plans and specifications of the project architect.

**9.    CHANGE IN BASIC CONTRACT:**
No extra work or changes under this Agreement will be recognized or paid for unless agreed to in writing by Owner before the Work is done or the changes made. Such work or changes shall be specified in detail on a standard "change order" form which will reference this Agreement and will set forth the amount of increase or decrease to the Contract Price and Contract Time (each, a "Change Order"). For changes directed by the Owner, as a result of RFI's or discrepancies and/or changes in the Contract Documents, or for circumstances otherwise permitted in the Contract Documents, Trade Contractor shall submit to Owner a Change Order Request for the changed Work including changes in cost and time within 72 hours of request as required in Exhibit B.

Owner's Project Superintendents and other field personnel are not authorized to approve any extension of the Contract Time or the Contract Price resulting from a change to or extra work to be performed by Trade Contractor under the Agreement. Owner's Project Superintendents can verify the amount of time and materials Trade Contractor devotes to the work, for which the Trade Contractor claims it is entitled to extra compensation, but such verification shall not constitute agreement that the work in question is extra work entitling Trade Contractor to an adjustment to the Contract Price. Notwithstanding anything to the contrary in this Agreement, only Owner (or if delegated in writing by Owner to Owner's Representative or an officer of Owner's Representative), Owner's Representative, is authorized to approve a Change Order.

In the event the Trade Contractor performs additional work authorized in writing by Owner on a time and materials ("T&M") basis, Trade Contractor shall furnish to the Owner on a daily basis all timesheets, material tickets, and listing of any other items for which compensation is requested for Owner's review and approval. Signed T&M documents do not constitute an approved Change Order, but rather, they are only verification of the additional work to be (or proposed to be) performed pursuant to an approved Change Order. Copies of these signed documents must be included as back-up for the Change Order Request, which must be submitted no later than five (5) days after the conclusion of the T&M work. Any costs not submitted for approval pursuant to these requirements will not be compensated and there shall be no adjustment to the Contract Price or the Contract Time.

The Trade Contractor agrees that it shall have no claim for money damages or additional compensation for delay, disruption, re-sequencing or inefficiency no matter how caused and that its sole and exclusive remedy for any delay or increase in time required for performance of Trade Contractor's obligations under this Agreement not due to the fault of the Trade Contractor shall be an extension of the Contract Time for performance of the Work, which extension shall be memorialized by Change Order.

In the event Owner and Trade Contractor cannot agree on whether or not the Work is changed or extra work, or the value of or time impact as a result of changed or extra work, or if Trade Contractor is directed to proceed with changed or extra work prior to issuance of a change order, Trade Contractor shall proceed with and timely prosecute the Work as directed by the Owner. Trade Contractor's sole remedy in the event of a dispute shall be to complete the Work promptly and make a claim to the extent permitted in accordance with Section 12 and the provisions in this Agreement
Notwithstanding the foregoing, the parties shall continue to negotiate in good faith to resolve any dispute.

**10.    CONDITION TO PAYMENT:**
Before Trade Contractor shall be entitled to any intermediate or final payment of the Contract Price under the terms of this Agreement, Trade Contractor shall, if requested by Owner, first submit evidence in such form as Owner or Owner's lender may require that evidences that everything in connection with the Work, whether or not the same may have been furnished at the Project site or elsewhere (if permitted by Owner in accordance with Section 7), has been fully paid for to the date of the application for any payment and which shall cover the materials furnished, labor performed, services rendered, all payments due to Union Trust Funds required by collective bargaining agreements of Trade Contractor or the subcontractors of the Trade Contractor (if any) and equipment supplied by all persons engaged in the execution of any contractual relationship between Trade Contractor and such person furnishing labor and materials or equipment. The terms and conditions for payment are more particularly described on Exhibit "B" attached hereto and incorporated herein by this reference.

In the event of any such persons, furnishing anything in connection with the Work herein, are unpaid or should such persons notify Owner of any unpaid amounts therefore, Owner, in addition to all other rights provided herein, shall have the right to withhold such unpaid amount or claim of claims out of the payments next becoming due to Trade Contractor and Owner shall have the right to make payments of said unpaid amounts with due notice to Trade Contractor, and/or to deduct the sums of said claims thereof out of the next payments which may become due to Trade Contractor or Owner may pay the unpaid claimant and Trade Contractor by joint check. In lieu of furnishing such evidence as may be required by Owner, Trade Contractor may, at its option, furnish Owner with a surety company bond,

Initials: _____    _____
TRADE CONTRACTOR        SOLE MEMBER

SEE PAGE 10

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

satisfactory to Owner in its sole discretion as to form, amount and surety which shall fully indemnify Owner against any loss or liability in connection with any of the foregoing matters.

**11.    CORRECTION OF WORK AFTER COMPLETION:**

If within one (1) year after any of the Work performed by Trade Contractor is found to be defective or to constitute a breach of the covenants contained in this Agreement, Trade Contractor shall correct it at its sole cost and expense promptly after receipt of written notice from the Owner to do so.

**12.    ARBITRATION / DISPUTE RESOLUTION:**

Any claims or disputes arising out of this Agreement, including, without limitation, claims for an adjustment to the Contract Price or Contract Time, which cannot be resolved by good-faith negotiation between the parties in a Principal's Meeting (defined below) shall be considered a claim or dispute within the meaning of this Section 12.  Owner and Trade Contractor agree that for all disputes under this Agreement, responsible persons selected by each party will meet together and use good faith efforts to resolve the issue(s) between them within fifteen (15) days of the written request of either party (a "Principal's Meeting").  For all such claims in excess of $50,000.00, Trade Contractor shall submit the claim to Owner in writing and certify that the claim is made in good faith; that the supporting data is accurate and complete in all material respects; and that the amount/time requested accurately reflects the adjustment for which Trade Contractor believes that Trade Contractor is entitled.

In the event the dispute is not resolved by the Principal's Meeting, the Owner and Trade Contractor agree to attempt in good faith to resolve the dispute by non-binding mediation with a mediator mutually agreed to by Owner and Trade Contractor, provided, however, that the holding of at least one such Principal's Meeting shall be a condition precedent to any mediation under this Agreement.  Mediation shall be initiated by a written request from the Owner or Trade Contractor to the other specifying the dispute(s) to be mediated.  Such mediation shall be a condition precedent to the commencement of arbitration, unless it is determined that a delay in the resolution of the dispute by meditation would irrevocably prejudice or irreparably harm Owner or Trade Contractor, in which event the litigation or arbitration, as the case may be, may be commenced but shall be stayed pending mediation under this provision.  If the dispute has not been resolved pursuant to the mediation procedure within 30 days of the commencement of such procedure, which shall commence upon the first joint session with the mediator, the dispute shall be determined in accordance with the provisions of this Section 12.  The fees and expenses of the mediator and arbitrator(s) shall be borne equally by the Owner and Trade Contractor.

Subject to the foregoing, ~~Trade Contractor~~ the parties agrees that any specific dispute under this Agreement with an amount less than $50,000.00 shall be submitted to a single arbitrator in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, ~~upon Owner's election~~. Each such dispute which is submitted to arbitration shall be heard before the American Arbitration Association in the state in which the Project is located, unless the ~~Owner and Trade Contractor~~ parties agree on some other location and/or dispute resolution service.  All disputes which exceed $50,000.00 (single or aggregate) or where injunctive relief is sought shall be submitted to a panel of three arbitrators in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, upon Owner's election and subject to the following paragraph.  The results of any arbitration shall be binding on the parties thereto, and shall be enforceable by court order at the request of the prevailing party.

Should any party refuse or neglect to appear or participate in arbitration proceedings, the arbitrator is empowered to decide the controversy in accordance with whatever evidence is presented at such proceeding. The arbitrator is authorized to award any party or parties such sums as it shall deem proper for the time, expense and trouble of arbitration, including, but not limited to, reasonable attorney's fees.

A party shall not be deemed to have waived the right to demand arbitration under this Agreement by filing suit provided:

> The party files suit in order to prevent the running of the statute of limitations or in order to obtain the benefit of some provisional remedy, such as attachment or injunctive relief.

> The party commencing suit stays court proceedings pending arbitrations. In any arbitration involving the Owner and Trade Contractor or other parties on the Project, Trade Contractor shall appear with any requested documents, on demand, and/or becomes a party thereto.

Notwithstanding anything to the contrary in this Agreement, pending final resolution of a claim or dispute in accordance with the terms of this Agreement, Trade Contractor shall proceed diligently with performance of the Work, in dispute and the Owner shall continue to make payments to Trade Contractor for portions of the Work not in dispute in accordance with the Contract Documents.

**13.    ASSIGNMENT OF DUTIES AND PAYMENT:**

No assignment or transfer of money due to become due under the terms of this Agreement by Owner to Trade Contractor shall be made by Trade Contractor or be binding on Owner, except by the written

| Initials: | | |
|---|---|---|
| | TRADE CONTRACTOR | SOLE MEMBER |

SEE PAGE 10 [3]

| | |
|---|---|
| **AGREEMENT #:** | 1123 |
| **TRADE CONTRACTOR:** | SBE ELECTRICAL CONTRACTING, INC. |
| **PROJECT:** | FERRANTE |
| **ACCOUNT #:** | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| **STATE CONTRACTORS LICENSE #:** | C10-1016913 |

consent of Owner, and all obligations of Trade Contractor including, without limitation, any and all obligations of Trade Contractor, any indebtedness incurred by or on behalf of Trade Contractor in the performance of its obligations under this Agreement and all rights and privileges of Owner shall have priority over any such assignment or transfer. This Agreement or any portion thereof shall not be assigned by Trade Contractor without the prior written consent of Owner and any such attempted assignment without such prior written consent shall be void *ab initio*.

14. **NOTICES:**
Any notice required or permitted under this Agreement, including notices pertaining to arbitration, shall be given by registered mail, return receipt requested, at the addresses contained in this Agreement. Such address(es) may be changed by written notice given by one party to the other party from time to time.

15. **ATTORNEY(S) FEES:**
If one party of this Agreement institutes litigation or arbitration with the other party, arising out of or in connection with the terms and conditions of this Agreement, or performance under this Agreement, the prevailing party or the party obtaining a dismissal, shall be entitled to recover from the other party its reasonable attorneys' fees. Unless judgment goes by default, the attorney fee award shall not be computed in accordance with any court schedule but shall be such as to fully reimburse all attorneys' fees and costs actually incurred in good faith by the prevailing party, it being the intention of the parties to fully compensate for all attorneys' fees and costs paid and /or incurred by such party in good faith.

16. ~~**RIGHT TO DEMAND BONDS:**~~
~~Owner may, at any time after this Agreement is signed, require Trade Contractor to furnish a faithful performance and labor and material bond in an amount to be designated by Owner, but not exceeding the probable ultimate cost of the Work to be performed by Trade Contractor under this Agreement and Owner will pay the premium on any such bond directly to the bonding company.~~

17. **EXAMINATION OF SITE, DRAWINGS, SPECIFICATIONS AND OTHER DOCUMENTS:**
Trade Contractor represents that it has visited the location of the Project and has fully acquainted itself with conditions as they exist or has had the opportunity to do so and has satisfied itself that it fully understands the facilities, difficulties and restrictions attending the performance of the Work thereon. Trade Contractor further represents that it has thoroughly examined the plans, specifications and any addenda or other documents delivered to Trade Contractor in connection with the Work or has had the opportunity to do so.

Trade Contractor agrees that any failure to receive or examine any form, instrument, drawing or other documents or any failure to visit the site and acquaint itself with conditions there existing, shall not be asserted to relieve Trade Contractor from any obligation under this Agreement.

Trade Contractor agrees that where the specifications to any part of the Project require a given result to be produced, that the specifications and plans are adequate and that it is competent to produce the required results. Trade Contractor agrees not to make any claim for any adjustment to the Contract Price or the Contract Time because of alleged impossibilities in the production of the specified results or because of inadequate or improper plans, drawings or specifications and that wherever a result is required by Agreement. Trade Contractor will furnish any and all extras and make any changes needed to produce to the satisfaction of the Owner the result required.

Unless Owner expressly certifies information with respect to the site of the Project as correct and accurate, any information with respect to the site of the Project shall be deemed to have been furnished to Trade Contractor without warranty or representation either as to its completeness or accuracy and Owner shall have no liability therefore so long as such information was furnished to Trade Contractor in good faith.

18. **HARMONY:**
Trade Contractor shall exert every reasonable and diligent effort to assure that all labor employed by the Trade Contractor and the subcontractors for Work on the Project shall work in harmony with and be compatible with all other labor being used on the site of the Project, and the representatives, agents and employees of Owner.

19. **SAFETY RULES AND REGULATIONS:**
Trade Contractor shall be responsible to Owner for compliance with all safety rules and regulations, including specifically, but not by way of limitation, the Occupational Safety and Health Act of 1970, and any amendments thereof, during the conduct of Trade Contractor's performance on and in connection with the Project. Trade Contractor shall indemnify and hold Owner harmless from and against any and all expenses incurred by Owner for fines, penalties and corrective measures that result from acts of commission or omission by Trade Contractor, his agents, employees, and assigns in failure to comply with such safety rules and regulations.

Initials: _____    _____
TRADE CONTRACTOR           SOLE MEMBER

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

20. **INDEMNITY:**

The Trade Contractor shall assume the defense of and indemnify, defend and hold harmless the Owner and the Owner's Representative, and their respective directors, officers, board members, employees, independent contractors, representatives, consultants, agents , and volunteers, and each of their respective successors and assigns, and each of them (collectively herein "Indemnitees") from and against:

a. Any and all claims, demands, causes of action, actions, proceedings, liens, judgments, damages, costs, expenses (including costs of defense and attorneys' fees), losses or liabilities, in law or in equity, of every kind or nature whatsoever for, including, but not limited to, (1) injury to or death of any person, including the Indemnitees; (2) damages to or destruction of property of any person, including the Indemnitees, (3) any failure or alleged failure by Trade Contractor to comply with any provision of applicable law or the Contract Documents; or (4) other loss, damage, or expense, arising out of or in any manner directly or indirectly connected with the Work, ~~caused in whole or in part~~ by any negligent act or omission of the Trade Contractor, or any of its subcontractor(s), supplier(s), anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable, provided, however, the foregoing indemnity shall not apply to the extent any of the foregoing are caused by the sole negligence or willful misconduct of the Indemnitees and/or to the extent such indemnification does not violate Section 2782 of the California Civil Code;

b. Any and all claims, demands, causes of action, actions, proceedings, liens, judgments, damages, costs, expenses (including costs of defense and attorneys' fees), penalties or liabilities, in law or in equity, of every kind or nature whatsoever, arising out of, resulting from or on account of the violation of any existing or future governmental law, ordinance or regulation, specifically including, but not limited to, the safety of workers and/or the use of hazardous materials, compliance with which is the responsibility of Trade Contractor, or any of its subcontractor(s), supplier(s), anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable.

c. Any dispute between Trade Contractor and Trade Contractor's, subcontractors, suppliers, and/or sureties, including, but not limited to, any failure or alleged failure of Trade Contractor (or any person hired or employed directly or indirectly by Trade Contractor) to pay any contractor or materialman of any tier or any other person employed in connection with the Work.

d. Any liens, stop notices, or assertion of security interests, including judgments and levies made by Trade Contractor, or any of its subcontractor(s), supplier(s), anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable. If after written notice Trade Contractor fails to address the lien, stop notice, or other security interest, Owner may proceed to address the lien, stop notice, or claim and seek reimbursement from Trade Contractor, either directly or by deduction from any payments due or to become due to Trade Contractor under this Agreement.

e. Any claims and liens for labor performed or materials used or furnished to be used on the job or for payments due to trust funds required by collective bargaining contracts of Trade Contractor or the subcontractors of Trade Contractor, including any costs and expenses for attorneys' fees an all incidental or consequential damages resulting to Owner from such claims or liens.

**Trade Contractor shall defend, at the Trade Contractor's sole cost, expense, and risk, any and all such aforesaid suits, actions or other legal proceedings of every kind arising out of or connected with the Work to be performed under this Agreement that may be brought or instituted against the Indemnitees. Trade Contractor shall promptly, but in no event later than thirty (30) days following Owner's or Indemnitee's demand therefor, pay and satisfy any judgment, award, or decree that may be rendered against the Indemnitees in any such suit, action, or other legal proceeding. Trade Contractor shall promptly, but in no event later than thirty (30) days following Owner's or Indemnitee's demand therefor, reimburse the Indemnitees for any and all legal expenses and costs incurred by each of them in connection therewith or in enforcing the indemnity herein provided.**

**Promptly after receipt by an Indemnitee of any claim or notice of the commencement of any action, administrative or legal proceeding, or investigation in connection with an actual or potential claim from a third party as to which any indemnity provided for in this Agreement and the Contract Documents may apply, the Indemnitee will notify the Trade Contractor in writing of the same, which writing will include a copy of any such claim or notice and any other information reasonable required by an Indemnitee. Any delay by an Indemnitee in notifying Trade Contractor of any such claim or notice will not excuse Trade Contractor of its obligations hereunder. Upon Trade Contractor's receipt of such notice, Trade Contractor shall assume, on behalf of the Indemnitee, and conduct with due diligence and in good faith, the defense thereof with counsel reasonably satisfactory to the Indemnitee; provided that the Indemnitee shall have the right at its own expense to be represented therein by advisory counsel of its own selection; and provided further that if the defendants in any such action include both the Trade Contractor and the Indemnitee, and if the Indemnitee shall have reasonably concluded that there may be legal defenses available to it which are different from, additional to, or inconsistent with those available to Trade Contractor, then the**

Initials: _____    _____

TRADE CONTRACTOR            SOLE MEMBER

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

**Indemnitee shall have the right to select separate counsel to participate in the defense of such action on its own behalf and at Trade Contractor's expense.**

If any third party claim arises as to which any indemnity provided for in this Agreement and/or the Contract Documents may apply, and Trade Contractor fails to assume the defense of such claim promptly after the receipt by Trade Contractor of notification thereof, then the Indemnitee against which the claim is instituted or commenced may, at Trade Contractor's expense, contest, or (with the prior written consent of Trade Contractor, not to be unreasonably withheld) settle such claim; provided that no such contest need be made and settlement or full payment of any such claim may be made without Trade Contractor's consent (with Trade Contractor remaining obligated to indemnify the Indemnitee under this Agreement and the Contract Documents) unless, in the written opinion of the Indemnitee's legal counsel, such claim is meritorious. All costs and expenses incurred by Indemnitee and/or the Owner in connection with any such contest, settlement, or payment may be deducted from any amounts due or to become due to Trade Contractor under this Agreement and the Contract Documents, with all such costs in excess of the amount deducted to be reimbursed by Trade Contractor to the Owner or the Indemnitee promptly following, but not later than thirty (30) days following, Owner's or Indemnitee's written demand therefor.

Trade Contractor agrees within ten (10) days after written demand to cause the effect of any suit or lien to be removed from the Project and in the event Trade Contractor shall fail to do so, Owner is authorized to use whatever means in its discretion it may deem appropriate to cause the effect of said suit or lien to be removed, and all costs and expenses incurred as a result thereof, including, but not limited to, reasonable attorneys' fees, shall be immediately due and payable to Owner by Trade Contractor. Trade Contractor may litigate any such lien or suit provided it causes the effect thereof to be removed, promptly in advance, from the Project and shall further do such things as may be necessary to cause any monies due the Owner by reason of such liens or suits not to be withheld.

The indemnification obligations herein shall survive the completion of the Work under the Agreement and/or expiration or termination of this Agreement.

Trade Contractor agrees to carry insurance for this purpose as set forth in Section III of the Agreement. The indemnification obligations herein shall be in effect without regard to whether or not Owner or Trade Contractor, or any other person maintains, or fails to maintain, insurance coverage, or a self-insurance program, for any such indemnified claims.

It is understood and agreed that the full and faithful performance of the Agreement on the part of Trade Contractor (including the payment of any obligations due from Trade Contractor to Owner, and any amounts due to labor or materialmen furnishing labor or materials for said work) is a condition precedent to Trade Contractor's right to receive payment for the Work performed. Any monies paid by Owner to Trade Contractor under the terms of this Agreement shall be impressed with a trust in favor of labor and materialmen furnishing labor and material to Trade Contractor on the claims or suits for infringements of patent rights or any other claims or suits whatsoever arising out of work done at the location of construction or in preparing materials for or delivering materials to the site, to the extent such indemnification does not violate Section 2782 of the California Civil Code.

21. **DISCRIMINATION:**
Trade Contractor agrees not to discriminate against any employees or applicants for employment because of race, color, age, religion, sex or national origin and to comply with all laws and regulations regarding discrimination.

22. **SEVERABILITY:**
The invalidity of any provision of this Agreement and/or the Contract Documents shall not invalidate the Agreement or its remaining provisions. If it is determined by an arbitrator or court of competent jurisdiction that any provision of this Agreement and/or the Contract Documents violates any law, or is otherwise invalid or unenforceable, then that provision shall be revised to the extent necessary to make that provision legal and enforceable. In such case this Agreement and the Contract Documents shall be construed, to the fullest extent permitted by law, to give effect to the parties' intentions and purposes in executing this Agreement.

23. **THIRD PARTY BENEFICIARY:**
Notwithstanding anything in this Agreement to the contrary, Owner and Trade Contractor acknowledge and agree that Owner's lender (and its successors and assigns) are third party beneficiaries of this Agreement.

24. **OTHER CONTRACTS:**
N/A

Initials: _____      _____                    Page 8 of 10
           TRADE CONTRACTOR         SOLE MEMBER                    ECJLaw 11-15-18

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

## SECTION III – INSURANCE REQUIREMENTS

1. Insurance certificates and endorsements which meet the following requirements must be in the **G.H. PALMER CONSTRUCTION OFFICE**, located at **924 W. SUNSET BLVD., LOS ANGELES, CA 90012** prior to Trade Contractor starting work on the PROJECT JOBSITE aforementioned until otherwise informed.

2. If the insurance certificates and endorsements do not comply with the following requirements, the progress payment will not be released.

3. Each certificate must contain the following provisions:

   3.1. General Liability (Comprehensive Liability Form)

   - Premises - Operations
   - Explosion and Collapse Hazard
   - Underground Hazard
   - Products/Completed Operations
   - Contractual Insurance
   - Broad Form Property Damage
   - Independent Contractors
   - Personal Injury

   3.2. Comprehensive Automobile Liability

   - Owner Automobiles
   - Hired Automobiles
   - Non-Owned Automobiles
   - All vehicles on jobsite to be covered.

   3.3. Excess Liability (if required)

   3.4. Workmen's Compensation, including Waiver of Subrogation

   3.5. Employer's Liability (to be the same limits as general liability)

   3.6. Professional Liability (Architects and Engineers)

   3.7. For General Liability and Excess Liability, state if liability is on claims made or occurrence basis.

4. Each certificate and endorsement must have an original signature. RUBBER STAMP SIGNATURES WILL NOT BE ACCEPTED.

5. **INSURANCE**:
   As a provision of this Agreement, Trade Contractors shall name entities listed below as additional insureds on Trade Contractors' and subcontractors and sub-subcontractors' liability and Workmen's Compensation Insurance, which shall include a provision that such policy shall not be cancelled without prior written notice to Owner. Trade Contractors shall provide Owner with a Certificate of Insurance from the Insurance Carrier for such coverage (not just a certificate from agency). Endorsement shall be issued on an ISO form number (CG2010 1185 if available). NO PAYMENT shall be made until Certificates are received by Owner.

   In addition to the additional insured information stated hereto, a job location must be referenced on the Certificate of Insurance:

6. Minimum Acceptable Insurance Limits

   6.1. General Liability

   Per Occurrence $1,000,000

   - General Aggregate $2,000,000
   - Product Liability / Completed Operations $ 1,000,000
   - Bodily Injury $ 1,000,000 each occurrence
   - Combined Single Limited
   - Property Damage $ 1,000,000 aggregate
   - General Liability Insurance MUST include completed operations coverage.
   - General Liability policies shall be occurrence form basis only. Claims made policies are not acceptable except for professional liability from architects and engineers.

Initials: _____          _____
          TRADE CONTRACTOR              SOLE MEMBER

| AGREEMENT #: | 1123 |
| --- | --- |
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

6.1. Automobile Liability

- Commercial Auto to be a minimum of $1,000,000.00 for all owned, non-owned and / or hired vehicles on jobsite.

6.2. Excess Liability must be following form to primary policy:

- $2,000,000 per occurrence if Trade Contractor is not a crane operator
- $4,000,000 per occurrence for all crane operators

6.3. Workmen's Compensation Insurance

- Employer's Liability $1,000,000 – Statutory
- Waiver of Subrogation shall apply

7.  **Qualifying Insurers:**

All policies required shall be issued by companies who hold a current policyholder's alphabetic and financial size category rating of not less than A-VIII according to A.M.Best.

8.  **Notice of Cancellation of Insurance**

***Cancellation Notice – should any of the policies be cancelled before the expiration date thereof, the issuing company will mail Ten (10) day written notice to the certificate holder. The wording "endeavor to"…..."but failure to mail such notice shall impose no obligation or liability of any kind upon the company, it's agents or representatives." should be deleted.***

Except for the Contract Documents, this Agreement contains all the contracts between the parties there being no other oral or written contracts.

ADDENDUM

(2)    **9.  CHANGE IN BASIC CONTRACT**
Notwithstanding the foregoing, adjustments to the Contract Price resulting from changes to the Work as a result of Owner requested changes, shall be approved by Owner no later than 45 days after receipt by Owner of detail of additional charges provided by Trade Contractor.

(3)    **11. CORRECTION OF WORK AFTER COMPLETION**
Notwithstanding anything in this agreement to the contrary, Owner shall notify Trade Contractor no later than 24 hours after discovery of any incident requiring corrective work, including but not limited to improper or defective workmanship, arising from the negligence of Trade Contractor or its Trade Contractors, employees or agents and shall provide Trade Contractor the opportunity to inspect such damages within 48 hours thereafter to approve or disapprove Trade Contractor's responsibility for any corrective action. In addition the ~~Contractor~~ Owner shall provide a detailed cost estimate to Trade Contractor no later than 7 days after Trade Contractor has accepted responsibility for the incident requiring corrective work.

**TRADE CONTRACTOR:**

SBE ELECTRICAL CONTRACTING, INC.

By: Signatory                    Date: 11/13/19

Name: Jeffrey S Wilson

**OWNER:**

PALMER BEAUDRY AVENUE PROPERTIES LP, A CA LIMITED PARTNERSHIP

By:  Ferrante LLC,
    a California limited liability company,
    its General Partner

By:  Geoff Palmer, Sole Member

Date: 12/11/19

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

## EXHIBIT A
## GENERAL CONDITIONS

The scope of work to be performed by Trade Contractor shall be in accordance with and shall include, without being limited to, the following:

### ALL FOREMEN ARE REQUIRED TO BE AVAILABLE VIA CELL PHONE

1.  Trade Contractor shall cooperate and coordinate with the Owner's scheduling of Trade Contractor's work as well as with the work of other trades.

2.  Trade Contractor, shall, at its own expense, correct any Work that is not acceptable to the Owner's Job Superintendent and/or Owner's Representative. Trade Contractor shall be responsible for the repair or replacement of the Work as necessary at no charge to Owner, if said Work is placed over faulty workmanship of others in relation to the installation of the Work.

3.  Trade Contractor shall be solely responsible for personally verifying with Owner's Job Superintendent that Trade Contractor has all the latest sets of plans and specifications prepared and approved for construction of the Project.

4.  Trade Contractor shall verify that all Work may be completed in accordance with the original design and that the referenced materials. In the event of discrepancy, Trade Contractor shall immediately notify the Owner and the Owner's Representative.

5.  Trade Contractor shall provide to Owner, upon request, written verification certifying that Trade Contractor is not delinquent in the payment of any union benefits or funds, if the Trade Contractor is in a union.

6.  Trade Contractor agrees that all prices are complete prices and shall include any and all items normally and usually included in this phase of work even if not specifically stated in this Agreement. No extra charges shall be honored without a written Change Order being issued by the Owner. Change Orders are to be invoiced separately and, once approved, will be paid in the normal cycle of payments.

7.  No extras shall be authorized or paid for unless a Change Order or a contract addendum is signed in advance by an authorized agent of Owner and on Owner's forms in accordance with Section II / Item 9 of the Agreement. No other forms, regardless of their verbiage, whether signed or not, shall have any force of effect whatsoever. Any agreement made under threat of Trade Contractor leaving the job shall have no force or effect whatsoever.

8.  Trade Contractor shall use all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades. In the event of damage, Trade Contractor shall make all repairs and replacements necessary to the approval of the Owner at no additional cost to the Owner.

9.  Trade Contractor shall provide at least one English speaking foreman who shall be present at all times during the execution of this portion of the Work and who shall be thoroughly familiar with the type of materials being installed, the referenced standards, the requirements of this work and who shall direct all work performed under this section. In addition, Trade Contractor is required to have a minimum of one (1) license for PlanGrid mobile construction management software, and the English-speaking foremen provided by Trade Contractor must have access to PlanGrid on his/her mobile device at all times.

10. Trade Contractor shall use only skilled journeymen who are thoroughly experienced with the materials and the methods specified and thoroughly familiar with the design requirements.

11. In the event of conflict between pertinent codes and regulations and the requirements of the referenced standards of these specifications, the provision of the more stringent shall govern.

12. Trade Contractor agrees to keep himself thoroughly informed as to the progress of the job, and will, as soon as the Project is ready for the commencement of the Work provided for herein, commence and prosecute such Work diligently to completion in a good and workmanlike manner as rapidly as the conditions of the Project will permit; it being understood that every effort must be made to complete such Work within the Contract Time.

13. Trade Contractor attests that it has an O.S.H.A. mandated Injury Illness Prevention Program (I.I.P.P.) and manual currently in effect. If requested, a copy of such I.I.P.P. program and the appropriate hazardous material sheets (MSDS) must be submitted to the Project Superintendent prior to Trade Contractor commencing Work.

Initials: _____     _____
TRADE CONTRACTOR                 SOLE MEMBER

Exhibit "A"
Page 1 of 2

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

14. **HARD HATS:** All Trade Contractors' employees shall wear hard hats and safety vests at all times. Safety vests shall be labeled with Trade Contractor's Company Name and identification number for the individual worker. Any person(s) on the jobsite that is not identifiable via this method will be asked to leave the jobsite.

15. Trade Contractor is aware of the Toxic Waste concern, and will strictly adhere to the following:

    15.1    Trade Contractor shall not service or repair equipment or machinery on or adjacent to the Project site.

    15.2    Trade Contractor shall not dump, leave, or otherwise dispose on site, any material or material containers, which are classified as Toxic. These materials include lubrication fluids, coolants, all petroleum products, paint, lacquers, thinners, solvents and all other items listed as hazardous.

    15.3    Trade Contractor acknowledges liability for all costs relating to the proper disposal of any Toxic Material illegally disposed of on or adjacent to the Project site by Trade Contractor.

16. **PROJECT RULES AND REGULATIONS**
All persons performing any part of Trade Contractor's work shall be under its exclusive care and control. Trade Contractor shall not employ on the Project any person unfit for or without sufficient knowledge and skills to perform the job for which that person is employed. Trade Contractor shall maintain strict discipline and good order among its employees and shall be responsible for compliance with the Project work rules and regulations and such other rules and regulations as may be established by Owner from time to time.

    16.1    If on-site parking is provided, such parking will be in designated areas only. All violators will be towed at Trade Contractor's expense.

    16.2    Common courtesy shall be exhibited toward others including refraining from the use of obscene or abusive language;

    16.3    Music and/or radios shall not be played and headphones or other personal listening devices shall not be utilized on the jobsite;

    16.4    Guests not personally employed as part of the work force of the job are not allowed on the job without permission and escort provided by the Project Superintendent;

    16.5    No alcoholic beverages or illegal substances of any kind may be brought to the job or consumed on the job;

    16.6    No one under the influence of any beverages or substances (including marijuana) may be on the job;

    16.7    No firearms may be brought to the job;

    16.8    No dogs may be brought to the job;

    16.9    Work is to be done only during the Project's sanctioned working hours as determined by Owner and limited by the local municipality;

    16.10    Personal trash such as beverage containers and food wrappers are to be immediately placed in trash receptacles whether or not they are handy;

    16.11    No smoking, or eating in the building or parking structure at any time. All of these activities shall be done in designated areas only, trash bins have been provided on the jobsite for your use.

    16.12    Large toolboxes are to be kept off countertops, tubs, and finished flooring;

    16.13    Any person deemed by Owner to be incompetent, disorderly or otherwise unsatisfactory shall be immediately withdrawn from the job and shall not again be employed on the job.

    16.14    No children shall be allowed on the job site without Owner's approval.

17. **WORK HOURS**
Construction activities shall be limited to between the hours of 7:00 A.M. and 7:00 P.M. on weekdays, and 7:00 A.M. and 7:00 P.M. on Saturday unless deviations from this schedule are approved in advance by Owner, the City or unless other work hours are mandated by the City or other agency having jurisdiction.

18. **JOBSITE SUPERVISION**
Trade Contractor is to inform Owner if Jobsite Supervisor will be away from the jobsite for an extended period of time, e.g., vacation, sick time, and shall inform Owner of an alternative jobsite contact in lieu of them in their absence.

Initials: _____        _____
        TRADE CONTRACTOR             SOLE MEMBER

Exhibit "A"
Page 2 of 2

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

## EXHIBIT B
## TERMS OF PAYMENT

1.  Owner will make progress payments to Trade Contractor for each operation only upon lien-free completion of all labor, installation of all material, acceptance by Owner's Project Superintendent and/or Owner's Representative and approval by the City Inspector, when applicable.

2.  Trade Contractor shall bill according to the Schedule of Values as outlined in Exhibit "E-1" on an itemized line item basis as agreed upon between the Owner and the Trade Contractor. Offsite Trade Contractor must submit all bills on the itemized form of the Agreement, if it is a part of the Agreement. Invoices that are submitted in any other form will be returned unpaid. This will result in a delay in the payment cycle.

3.  TRADE CONTRACTOR'S INVOICES MUST contain the following details in order to be processed:

    a.  Invoice Number

    b.  Owner's Job Name

    c.  Owner's Cost Code Number

    d.  Adequate detail of work completed

    e.  Stage Description, Jobsite Name, Unit Number, Plan Number, Phase Number or whatever description is applicable.

4.  TRADE CONTRACTOR SHALL SUBMIT ITS ORIGINAL PROGRESS PAYMENT REQUESTS TO THE OWNER FOR MATERIAL AND/OR LABOR DELIVERED AND/OR PERFORMED BY TRADE CONTRACTOR. INVOICES RECEIVED AND APPROVED BY THE **FIFTEENTH (15ST) OF THE MONTH** WILL BE PROCESSED ON A 30-DAY CYCLE. THE PAY CYCLE IS 30 DAYS OR THE FOLLOWING MONDAY IF THE PAY CYCLE FALLS ON A WEEKEND. LABOR, MATERIAL AND EQUIPMENT LIEN WAIVERS AND RELEASES IN A FORM APPROVED BY OWNER AND ANY OTHER SIMILAR DOCUMENTATION REASONABLY REQUIRED BY OWNER AND / OR OWNER'S LENDER SHALL ACCOMPANY EACH PROGRESS PAYMENT REQUEST. THESE LIEN RELEASES MUST BE SIGNED BY THE TRADE CONTRACTOR'S REPRESENTATIVE, SUPPLIERS AND LABORERS NAMING THE OWNERS OF THE PROJECT. TRADE CONTRACTOR'S UNCONDITIONAL RELEASE FORM, SUPPLIED BY OWNER, SHALL BE COMPLETED AND RETURNED AFTER EACH PAYMENT IS RECEIVED AND PRIOR TO ANY ADDITIONAL PAYMENT REQUESTS BEING SUBMITTED. TRADE CONTRACTOR'S FINAL RELEASE FORM, SUPPLIED BY OWNER, SHALL BE COMPLETED AND RETURNED WITH THE RETENTION BILLING (IF ANY) BEFORE THE RETENTION PAYMENT WILL BE RELEASED. INCORRECT OR INCOMPLETE INVOICES WILL BE RETURNED TO THE TRADE CONTRACTOR UNPAID. **PAYMENTS WILL NOT BE ISSUED FROM FAX TRANSMISSIONS OR COPIES OF ORIGINAL INVOICES, OR STATEMENTS.**

5.  *(4)* **EXTRAS AND / OR CHANGE ORDERS**: Trade Contractor understands and acknowledges that any work that may need to be done that is outside of this Agreement **MUST** be approved by written Change Order executed by Owner's Director of Construction or other authorized representative of Owner prior to the commencement of said additional work. Owner's Project Superintendent(s) are **NOT** authorized to approve any additional work that would be an additional cost to Owner. Owner's Project Superintendent must sign all work tickets for additional work; this signature only verifies the satisfactory completion of additional work, not that the Work is approved for payment. If Owner's Project Superintendent(s) request additional work that requires an additional cost, Trade Contractor is to immediately inform Owner's Project Superintendent and must submit a Change Order Request to Owner's Director of Construction within 72 Hours of request. Trade Contractor **must submit approved extra / change order for payment no later than 2 weeks after receiving approval from Owner's Director of Construction and completion of said work in order to receive payment.**

6.  *(5)* Trade Contractor shall submit original invoices and a copy of the original Change Order for extra work on separate forms (as more particularly described in Section II/ Item 9 of the Agreement), indicating change order numbers and unit numbers. These invoices must also be accompanied by the appropriate labor and material releases before payment will be made. CHANGE ORDERS MUST BE BILLED ON A SEPARATE INVOICE!

7.  Trade Contractor shall, if a union contractor provide to Owner ~~upon request, a copy of all monthly reports and check copies to the applicable union funds as proof that the Trade Contractor is current in all his union obligations.~~ a copy of the Letter of Good Standing from the applicable UNION for each and every month that the Trade Contractor utilizes labor on the project.

8.  Trade Contractor shall provide Owner with the name, address, and Certificate of Insurance for Trade Contractor and, if requested by Owner or Owner's Representative, that of any SECONDARY CONTRACTOR, within the terms of this Agreement. This information shall be provided 48 hours prior to the commencement of the Work to be performed by the Trade Contractor and, provided such

Initials: _____        _____

TRADE CONTRACTOR            SOLE MEMBER

Exhibit "B"
Page 1 of 2

| | |
|---|---|
| AGREEMENT #: | 1123 |
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

information was requested by Owner or Owner's Representative, any secondary contractor and/or subcontractor.

9.  Trade Contractor shall keep full and detailed records and accounts related to the cost of the Work and exercise such controls as may be necessary for proper financial management under this Agreement and to substantiate all costs incurred. The accounting and control systems shall be satisfactory to the Owner. If such systems are not satisfactory to Owner, Owner and / or Owner's Representative shall promptly advise the Trade Contractor as to what information is required to make the same satisfactory. Owner, Owner's Representative, and Owner's auditors or accountants shall, during regular business hours, be afforded access to, and shall be permitted to audit and copy, Trade Contractor's records and accounts, including complete documentation supporting accounting entries, books, correspondence, instructions, drawings, receipts, subcontracts, subcontractor's proposals, purchase orders, vouchers, memoranda and other data relating to this Agreement. The Trade Contractor shall preserve these records for a period of three years after final payment, or for such longer period as may be required by law. Trade Contractor shall promptly provide copies of any such documents at the request of the Owner or Owner's Representative.

10. Final payment of the remaining balance of the Contract Price shall not become due until Trade Contractor has delivered to the Owner:  (a) if applicable, all final approvals of all work performed pursuant to building permits issued by the City where the Project is located for the Work, (b) unconditional lien waivers in the form approved by Owner for all subcontractors and material suppliers for which such unconditional lien waivers have not previously been delivered, (c) a Conditional Release and Waiver In Exchange for Final Payment in the form specified by Section 8136 of the California Civil Code for Trade Contractor, (d) a complete release of all other liens arising out of this Agreement or receipts in full covering all labor, materials and equipment for which a lien could be filed, or a bond satisfactory to the Owner to indemnify the Owner against such lien, (e) all Project close-out documents (including, but not limited to, all warranties, training and user manuals, licenses and any other similar documentation in Trade Contractor's possession or control that are reasonably requested by Owner), and (f) an assignment of all warranties. If any lien remains unsatisfied after payments are made, the Contractor shall refund to the Owner all money that the Owner may be compelled to pay in discharging such lien, including costs and reasonable attorneys' fees.

11. **Trade Contractor shall respond to a twenty four (24) hour notice for that portion of the Work not finished per this Agreement. If the Work is not completed or corrected within twenty four (24) hours of the date of the twenty four (24) hour notice, then Owner has the right to hire others to perform the Work and back charge this Agreement, and Trade Contractor agrees to pay any and all costs of that correction.**

12. (6) If Owner receives any back charges charged by or on behalf of Trade Contractor, these charges will be deducted from the Contract Price after notice has been given to Trade Contractor.

13. Trade Contractor shall submit all insurance, invoices and billing documents as described hereto as per the procedures described hereto to:

**Owner's Billing Address:**
PALMER BEAUDRY AVENUE PROPERTIES LP, A CA LIMITED PARTNERSHIP

c/o G.H. Palmer Construction Office
924 W. Sunset Blvd.
Los Angeles, Ca 90012

Thirty Days

ADDENDUM EXHIBIT B

(4) If owner does not pay the Trade Contractor through no default of the Trade Contractor, within seven days from the time payment should be made as provided in this Agreement, Trade Contractor may, without prejudice to any other available remedies, upon seven additional days written notice to the Trade Contractor, stop the work of this contract until payment of the amount owing has been received.

(5) Notwithstanding the foregoing, adjustments to the Contract Price resulting from changes to the Work as a result of Owner requested changes, shall be approved by Owner no later than 30 days after receipt by Owner of detail of additional charges provided by Trade Contractor pending Owner approval, which may take longer than 30 days.

(6) Notwithstanding the foregoing, Owner shall notify Trade Contractor no later than 24 hours after discovery of any incident requiring corrective work, resulting from the negligence of Trade Contractor or its subcontractors, employees or agents and shall provide Trade Contractor the opportunity to inspect such damages within 48 hours thereafter to approve or disapprove Trade Contractor's responsibility for payment of any corrective action. Owner shall provide a detailed cost estimate to Trade Contractor no later than 7 days after Trade Contractor has accepted responsibility for the incident requiring corrective work.

Initials: _____        _____

TRADE CONTRACTOR                        SOLE MEMBER

Exhibit "B"
Page 2 of 2

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT #: | 16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

## EXHIBIT C
## AB 1701 REQUIREMENTS

**Wages, Fringe Benefits, Contributions and Payroll Reporting Requirements**
California Labor Code Section 218.7 affects contracts entered after January 1, 2018, and may be applicable to the Project. This statute requires that a direct contractor shall assume and become liable for any debt owed to a wage claimant or third party on the wage claimant's behalf, incurred by a subcontractor at any tier acting under, by, or for a direct contractor for the wage claimant's performance of labor on this project. The liability under this law extends to any unpaid wage, fringe or other benefit payment or contribution including interest owed.

Trade Contractor (as used herein shall include any lower tier subcontractor) shall pay not less than the minimum wage and premium pay when applicable pursuant to Industrial Welfare Commission Wage Order No. 16-2001 and Labor Code Sections 510, 511, 514 and 1197. Trade Contractor and any lower tiered subcontractor may also be obligated to pay a higher wage and/or fringe or other benefit payments or contributions pursuant to a contractual agreement between an employee and the Trade Contractor, or pursuant to a collective bargaining agreement.

**Certifications before work commences**
At the Owner's discretion, Owner may require that not later than 20 days before starting work on the Project, Trade Contractor shall provide the following information in writing: (1) names of the employees and the last four digits of their social security numbers or employee identification numbers, (2) rate of pay who will perform labor, including supervision and management, on the Project, (3) anticipated start date and duration of the work, (4) estimated journeyman and apprentice hours and (5) contact information for any lower tier subcontractors on the Project. Within this same period, Trade Contractor must notify Owner in writing whether it is signatory to any union or labor agreement and/or has fringe or other benefit or payment contribution obligations. Before starting work on the Project, Trade Contractor must provide written confirmation that it has neither failed to pay wages to any employee nor failed to make any fringe or other benefit payments or contributions on any Project in the last three years (with written verification by the union to which Trade Contractor is signatory); otherwise, Trade Contractor must satisfactorily explain in writing the reason(s) for its failure to pay wages or make fringe or other benefit payments or contributions. The information required by this paragraph must be certified under penalty of perjury by either the owner or an officer or director of the Trade Contractor. Trade Contractor's inability to cure its failure to satisfy these certification requirements upon 48 hours' notice shall constitute sufficient grounds for termination of this Trade Contractor Agreement.

**Payment and performance bonds**
~~Owner shall have the right, prior to the execution of the Trade Contractor Agreement or at any time during the course of the Project, to require the Trade Contractor to furnish bonds executed by one or more financially responsible sureties,~~ and in such form as the Owner may reasonably prescribe, covering ~~the faithful performance of the Trade Contractor Agreement and payment of all obligations under the Trade Contractor Agreement. At Owner's sole discretion, the amount of the performance and payment bonds may be modified to an amount equal to at least 125 percent of the estimated amount of wage, fringe or other benefit payments or contributions for performance of labor on the Project.~~

**1-800 no. telephone Hotline and sign-in sheet**
Owner shall have the right to establish and publish a 1-800 number for the purpose of Trade Contractor's employees or third party owed fringe or other benefit payment or contribution claimants to report any failure on Trade Contractor's part to pay wage, fringe or other benefit payments or contributions. Trade Contractor is obligated to publish the 1-800 number to its employees and to any union to which Trade Contractor is signatory and to advertise its purpose as a reporting function for Trade Contractor's failure to pay wage, fringe or other benefit payments or contributions. Owner shall also have the right to establish and provide a sign-in sheet at the jobsite. In the event Owner elects to use a sign-in sheet, Trade Contractor must require its employees who perform work on the Project to sign in and to provide the information requested on the sign-in sheet each day the respective employee performs labor on the Project.

**Payroll Records**
In order to protect Owner from any potential liability for any failure to pay labor or fringe benefit contributions on the Project, Owner shall have the right, at any time during the course of the project, to require the following measures be established and Trade Contractor to verify that each worker on the Project has been properly paid.

If requested by Owner, Trade Contractor shall submit to Owner on a monthly basis complete and accurate certified payroll records for each week when labor is performed on the Project. The payroll records must be certified under penalty of perjury by an owner, officer or director approved by the Trade Contractor. Certified payroll records ~~may be submitted by using the attached "Private Construction Payroll Reporting Form," Form CEA - 1, or by using a format that contains the same information included on this form.~~ A "Statement of Non-Performance" (attached) shall be submitted to Owner for any work week when labor is not performed. All payroll records shall be submitted on or before the fifth (5th) business day of each calendar month from the

Initials: _____    _____

TRADE CONTRACTOR          SOLE MEMBER

Exhibit "C"
Page 1 of 2

| | |
|---|---|
| **AGREEMENT #:** | **1123** |
| **TRADE CONTRACTOR:** | **SBE ELECTRICAL CONTRACTING, INC.** |
| **PROJECT:** | **FERRANTE** |
| **ACCOUNT #:** | **16-100 ELECTRICAL & 16-155 / ELECTRICAL FIXTURES** |
| **STATE CONTRACTORS LICENSE #:** | **C10-1016913** |

start of Subcontractor's work on the Project through the final calendar month when Subcontractor's work is 100% complete, whether or not Trade Contractor works in a specific month.

In addition, daily reports that include the identity of each Trade Contractor, the project name, date, name of worker(s), beginning and ending time for each work period, and total hours worked by each employee shall be provided to the appropriate project representative of the Owner at the end of each work week. ~~Trade Contractor shall submit to Owner a "Statement of Employer Payment (attached) with the first submittal of certified payroll records. Thereafter, an amended copy of this statement shall be submitted for any work period when wages, fringe benefits and/or payments have been changed or modified.~~

~~Trade Contractor shall submit to Owner, a copy of a project-specific report of contributions paid to any applicable third party trust fund, plan or program on the employee's behalf. The report shall include the identity of each employee, the last four digits of the employee's Social Security Number, hours worked, applicable total fringe benefit contribution rates per hour, total contributions owed per employee and the total amount of fringe benefits or contributions paid during the specified work period for all employees. A copy of the check paid to the applicable third party trust fund, plan or program in the amount of total contributions that are due and owing or other satisfactory proof of payment shall be included with the report and shall be submitted to Owner by the fifteenth (15th) day of the month following the work month and will submit proof of payment such as cancelled checks (or other proof of payment required by Contractor) within thirty (30) days after the end of each month.~~ A sample Private Construction Project Report of Contributions is attached and must be certified by the owner, officer or director as approved by the Owner. Owner reserves the right to demand releases from Trade Contractor ~~and the employees~~ who performed work covered by the payment application.

~~Owner may coordinate with Trade Contractor and/or any lower tiered subcontractor and the applicable trust fund(s) or third parties pursuant to a fund, plan or program which may include the verification of amounts due and the issuance of a joint check that will satisfy the Trade Contractor's or lower tiered subcontractor's fringe benefits payment obligation.~~ Trade Contractor agrees to supply on a monthly basis a letter of Good Standing from the applicable Union, within two days of receipt, as well as detailed certified payroll records by the 5th of every month. Should Owner receive notice from the Division of Labor Standards Enforcement, a trust fund, joint labor-management cooperation committee established pursuant to the federal Labor Management Cooperation Act of 1978, or other interested party about Trade Contractor's failure to pay wages and/or fringe benefits in accordance with the above referenced statutes, Wage Order 16-2001, an employment contract or agreement, or a collective bargaining agreement, Contractor may retain sufficient sums from progress payments or retention to cover the alleged liability. Amounts retained may be held pending a final order, judgment, court order or dismissal of the case.

~~Upon request by Owner, Trade Contractor shall provide specified records or documents referenced in Labor Code Sections 226 (a), 1174 (b), (c) and (d), and/or California Code or Regulations Section 16000, "Payroll Records" within ten (10) days of Owner's request.~~

==Failure of Trade Contractor to comply with the aforementioned requirements requested or otherwise required by Owner shall result in the withholding of Trade Contractor's progress payment(s)== ~~and may be deemed a material breach of the Trade Contractor Agreement.~~ Failure of Trade Contractor, to pay a wage claimant or a third party on a wage claimant's behalf in accordance with their agreement, shall result in the withholding of Trade Contractor's progress payment(s) and/or retention ~~and may be deemed a material breach of the Trade Contractor Agreement.~~

### Right to audit, final payment, and final certification

**If requested by Owner**, then as a condition precedent to final payment, upon completion of its scope of work, Trade Contractor shall furnish to Owner job site payroll records / reports to the extent not already provided with each payment application as described above, and permit Owner or its representative to audit Trade Contractor's books and records and provide documentation as may be required to assure accuracy of those payroll reports/records. The purpose of the audit, among other things, is to verify Trade Contractor fulfilled its obligations to pay wage, fringe or other benefit payments or contributions. ~~Trade Contractor shall also provide final written confirmation from contract trust funds or a third party owed fringe or other benefit payment or contribution on a wage claimant's behalf that Trade Contractor made timely and correct contributions and payments. In addition, An~~ owner, officer or director of Trade Contractor must certify that Trade Contractor has paid all wages on the Project. ~~Trade Contractor agrees that its failure to submit the documents required by this section or permit an audit of its payroll records, will constitute grounds for withholding retention and any remaining contract balance and will qualify as a dispute under Sections 8800 and 8818 of the Civil Code and Section 7108.5 of the Business and Professions Code.~~

### Indemnity

Trade Contractor agrees to indemnify, hold harmless and defend Owner from any claims, complaints, withholdings, or any other legal matters related to any debt owed to a wage claimant employed by Trade Contractor or any lower tiered subcontractor operating under its direction or any debt owed to a third party on a wage claimant's behalf and for any violation of Industrial Welfare Commission Wage Order No. 16-2001 and/or any provision of the California Labor Code by Trade Contractor or any lower tiered subcontractor operating under its direction. Trade Contractor agrees to include similar defense and indemnification clauses in its contracts with lower tier subcontractors that specifically require lower tier subcontractors to defend and indemnify the Owner.

Initials: _____

_____
TRADE CONTRACTOR

_____
SOLE MEMBER

Exhibit "C"
Page 2 of 2

| | |
|---|---|
| AGREEMENT #: | **1123** |
| TRADE CONTRACTOR: | **SBE ELECTRICAL CONTRACTING INC** |
| PROJECT: | **FERRANTE** |
| ACCOUNT#: | **16-100 ELECTRICAL** |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

## EXHIBIT "D"
## Scope Of Work – ELECTRICAL

The scope of work to be performed by Trade Contractor shall be in accordance with and shall include, without being limited to the following:

**General Information:**

1.  ~~T~~rade Contractor shall perform work per the following plans and documents (whichever are applicable to their trade): Architectural Plans by Oakes Architects; Structural plans by VCA Engineering; Shoring Plans by Cefali Engineering; Landscape Plans by LA Group; Civil Engineering Plans by David Evans; Mechanical Plans by Shamim Engineering; Plumbing Plans by Shamim Engineering; Methane Plans by Methane Specialists; Electrical Plans by RVM Engineering; Soil Engineering by Geotechnologies. It is Trade Contractor's responsibility to ensure they have the most up to date and approved plans.

2.  **Union Requirement**: We have an agreement with the union for this trade:

    *   **"PROJECT LABOR AGREEMENT FOR THE FERRANTE APARTMENTS PROJECT – Section 1.1 This Project Labor Agreement ("Agreement") is entered into by Palmer Beaudry Avenue Properties, LP a California limited partnership ("Primary Employer") and …….International Brotherhood of Electrical Workers Union Local 11……"**

3.  Trade Contractor shall review project documents, sketches, plans to clarify all questions through the *RFI process with the Owner's Project Superintendent **prior to start of work** and not to delay production schedule.* All work shall be done in a workmanlike manner and in compliance with all regulations and codes and approved plans by the City of Los Angeles and all other governing bodies having jurisdiction over his work.

4.  The Trade Contractor shall be responsible for the required notifications to all governing agencies for inspections prior to commencing any item of work under the jurisdiction of said agencies. Trade Contractor shall be responsible for obtaining final acceptance of this work and installations by the City of Los Angeles and all governing agencies.

5.  All applicable standard plans, specifications and regulations adopted by the City of Los Angeles and all governing agencies and amendments thereto are incorporated as a part of this subcontract agreement and Trade Contractor's Scope of Work. It shall be the Trade Contractor's responsibility to secure the standard plans, specifications and regulations. Trade Contractor is considered to be an expert in this construction type and has all necessary Los Angeles City certifications and approvals required by all governing agencies, including City of Los Angeles Business License, regardless of whether they are clearly shown on the plans.

6.  Trade Contractor has researched and investigated all the conditions affecting the work to be completed and materials to be furnished to complete the work; and understands the meaning and intentions of the plans and specifications.

7.  Trade Contractor shall begin work in the area designated by Owner and cooperate with Owner in regards to Owner's scheduling of construction and subsequent trades.

8.  Trade Contractor shall observe and include all general notes and notices shown on the plans.

9.  Owner shall **not** be responsible for any delays Trade Contractor may incur as a result of plan errors or plan changes due to requirements of governmental agencies or unforeseen job conditions. Trade Contractor shall take every step to be aware of any unforeseen issues to the best of their ability and to immediately bring them to the attention of the Owner's Project Superintendent.

10. Trade Contractor shall review plans with Owner's Project Superintendent and clarify all questions prior to start of work. All work shall be done in a workmanlike manner and in compliance with all regulations and codes and approved plans by the City of Los Angeles and all other governing bodies having jurisdiction over his work.

11. Trade Contractor shall include all State and City Taxes, parking, delivery and logistics included herein.

Initials: _____    _____    Page 1 of 8
                TRADE CONTRACTOR                    SOLE MEMBER            ~~Exh "E"~~  Exh D

| | |
|---|---|
| AGREEMENT #: | **1123** |
| TRADE CONTRACTOR: | **SBE ELECTRICAL CONTRACTING INC** |
| PROJECT: | **FERRANTE** |
| ACCOUNT#: | **16-100 ELECTRICAL** |
| STATE CONTRACTORS LICENSE #: | **C10-1016913** |

12. (A) It is the intent of this Trade Contractor Agreement to be all inclusive of the work required to supply and install a complete job per code for **ELECTRICAL SYSTEM**. The cost for this work is included in the stated unit prices. No extras will be paid based on the plans referenced above. This is a TURN-KEY AGREEMENT; NO CHANGE ORDERS.

13. Trade Contractor agrees that the schedule is to be determined by the Owner's Project Superintendent. No written schedule will be provided; production schedule is determined and communicated weekly at the Trade Contractor meeting held onsite on a day specified by Owner's Project Superintendent in the morning. Attendance to the Trade Contractor weekly meeting is MANDATORY.

14. Trade Contractor shall commence work within 24 hours after being notified by Owner's Project Superintendent. This includes preliminary work as well as production work.

15. Trade Contractor shall be responsible for storage and security of all materials he causes to be placed on the jobsite. When possible, Owner may authorize storage units to be built within the Parking Structure at an area designated and approved by Owner's Project Superintendent; however, security of these or any storage units or areas made available to Trade Contractor shall remain that of the Trade Contractor.

16. All work to be in compliance with all Federal, State and Local ordinances and requirements concerning their work.

17. **COMMISSIONING**: Trade Contractor shall be responsible for all commissioning as required by all governing agencies. Trade Contractor shall work with Alliance Energy Partners with regard to all commissioning requirements applicable to their trade as well as all commissioning inspections.

18. **SAFETY PROGRAM**: Trade Contractor shall implement and maintain an onsite safety program that shall meet all required governing agency codes and requirements including OSHA for the entire time period they are in operations on this project.

19. **HOISTING:** Trade Contractor shall be responsible for all their own material and equipment handling, including but not limited to all equipment required for loading and unloading. Staging and storage areas to be coordinated with Owners' Representative. Owner, **MAY** have a crane on the project; if so, it remains Trade Contractor's responsibility to place all materials, including coordinating all crane use with the crane operator.

20. **Maintenance and Warranty Manual**: Trade Contractor shall provide to Owner, (2) two sets of maintenance manuals (1 hard copy / 1 electronic copy) detailing complete maintenance program for all mechanisms. This shall include breakdown of all parts, where replacement parts can be located and purchased as well as all supplier contact information – address and phone numbers. Trade Contractor shall also submit (2) copies (1 hard copy / 1 electronic copy) of all applicable warranties on all products and / or mechanisms installed. Note: Final retention payment shall not be paid until receipt of all documentation. These documents shall be submitted upon request 60 days prior to the first residential move-in of the community.

21. **Maintenance Supplies**: Please provide the following to the Management Maintenance Personnel as part of this Trade Contractor agreement:
    - 100 each – bulbs for all light fixtures provided.
    - 10 each – replacement glass covers for residential entry hall light fixture
    - 10 each – replacement glass panes for lantern style fixtures – 10 each for all size lanterns

22. **Daily Reports**: Trade Contractor shall provide to Owner's Project Superintendent Daily Progress Reports of work. This report shall highlight via yellow highlighter any item or items that need immediate attention in order to maintain the production schedule and or prevent any current or future project delays. Trade Contractor understands and acknowledges that these items may need to be completed on a daily basis, and if they are not completed this may cause your scheduled draw payment to be withheld until the situation is rectified.

A) Based on agreement between messers Sam Maus & Eric Grossman, to enable a VE Contract Price to be achieved, all CO requirements will be reviewed by the 2 individual parties as part of the negotiation intent. Cost updates will be priced at BID Rates & presented in ADD/OMIT format. All Site scope will be priced at Union Labor Rates plus material. As per construction Industry norms.

Initials: _____    _____    Page 2 of 8
         TRADE CONTRACTOR        SOLE MEMBER        Exh "E"

| | |
|---|---|
| AGREEMENT #: | **1123** |
| TRADE CONTRACTOR: | **SBE ELECTRICAL CONTRACTING INC** |
| PROJECT: | **FERRANTE** |
| ACCOUNT#: | **16-100 ELECTRICAL** |
| STATE CONTRACTORS LICENSE #: | **C10-1016913** |

23. **Supervision**: Trade Contractor to provide sufficient amount of non-working foremen for supervision. Trade Contractor is aware that Owner anticipates many operations to be in production concurrently: underground, decks, parking structure / commercial unit rough and trim, and that Trade Contractor has accounted for all costs, manpower and supervision necessary to complete operation in a timely manner per Owner's Production Schedule.

24. **English Speaking Foreman**: Trade Contractor shall provide at least one English speaking foreman who shall be present at all times during the execution of this portion of Work and who shall be thoroughly familiar with the type of materials being installed, the referenced standards, the requirements of this work and who shall direct all work performed under this agreement.

25. **PlanGrid**: Trade Contractor is **required** to have a minimum of (1) license for PlanGrid mobile construction management software, and the English speaking foreman provided by Trade Contractor must have access to PlanGrid on their mobile device at all times.

26. Trade Contractor shall furnish Owner with a 24-hour phone number for a person to contact for emergency work. Emergency contact is as follows:_____.

27. Trade Contractor shall furnish Owner with a Mobile Phone Number and name of the Foreman for this project - Name:_____Cell Phone:_____

Mobile phone must have email capability and shall be able to receive and send emails from jobsite; we do not provide any land lines.

**Scope of Work Specifics:**

28. Scope of work to include, but shall not be limited to the items listed hereto:

29. Trade Contractor shall perform all rough and finish electrical work on plans and specifications provided by Owner. It is Trade Contractor's responsibility to ensure that they have all the most current and up to date plans necessary in order for them to supply and install a complete job.

   A.  Circuits and outlets: To meet all requirements of UBC, NEC, VA/FHA and City of Los Angeles ordinances.

   B.  ~~Appliances: Electrical hook up of all kitchen equipment as required for electric operations. Hot water heaters, dryers, stoves and cook-tops are to be gas. Provide outlet within standard cord length~~.

   C.  Air Conditioning: Provide rough in and hook up of units, required disconnects and /or fuses, and thermostat wiring. Wiring shall include condensers. Provide wiring and connection to hydronic fan coils.  Power supply only as per drawings.

   •  Trade Contractor shall provide for A/C for Owner's Building Maintenance (Janitor's) Room A/C.

   •  ~~Trade Contractor shall provide for increased size of common area A/C.~~

   D.  Excavation and backfill for electrical work. ~~Concrete encasement of primary feeders as required by utility only~~.

   E.  Switch gear and sub panels: Shall be of approved type, with required circuit breakers and stub-out for underground service. All service from property line to switch gear shall be by others in conduit placed by Trade Contractor. Sub panels shall be ~~100 amps and~~ be of adequate size and capacity to accommodate all electrical systems. As per Drawings Panels to be flush mount and shall be installed according to the plans and the Superintendent's authorization.  Panels and risers must meet DWP specifications.

   F.  Exhaust Fans (common area): Supplied and installed by others including duct work. Trade Contractor shall provide necessary electrical connections.

Initials: _____    _____    Page 3 of 8
              TRADE CONTRACTOR                    SOLE MEMBER                    Exh "E"

| | |
|---|---|
| AGREEMENT #: | **1123** |
| TRADE CONTRACTOR: | **SBE ELECTRICAL CONTRACTING INC** |
| PROJECT: | **FERRANTE** |
| ACCOUNT#: | **16-100 ELECTRICAL** |
| STATE CONTRACTORS LICENSE #: | **C10-1016913** |

G. Electrical Fixtures / Lighting: Trade Contractor shall provide and install all surface mounted light fixtures as per fixture list stated in the Electrical Plans. Any deviations to the list by Trade Contractor shall be approved and accepted by Owner prior to the commencement of work. Trade Contractor is responsible for all quantities. All lighting must conform to CURRENT Title 24 requirements. Light Fixture Book has been provided as part of this subcontract agreement – all fixtures shall match this exhibit unless noted otherwise to Owner prior to Trade Contractor's material order and installation.  VE Package to be Tabled and Approved

1. Unit Entry at Corridor: Every Unit Entry to receive a surface mount fixture in the corridor. As per Drawings

2. Kitchen Lighting:  Each kitchen shall have four (4) can fixtures — ~~fluorescent type~~. As per Drawings

3. Dining Room:  Track Light with 3-bullets and dimmer control. As per Drawings

4. Bathroom: "Race Track" type light fixture to be installed with (6) light bulbs, centered over mirror in each bathroom with **motion sensor control**. As pre Drawings

    A. Bathroom Fan Light Combos is supplied and installed by this Trade Contractor. Vent pipe out is by Sheet Metal Trade Contractor. As per Drawings

5. Closets:  Mushroom Fixture – fluorescent type. As per Drawings

6. Patio: Lantern style fixture – 1 each. As per Drawings

7. Hallways & Unit Interior Entryways shall receive a mushroom type fixture for those units that have this area only. As per Drawings

8. Exterior Fixtures: Style, location and quantities as per plans; this includes all landscape lighting, uplights for trees and building, step lights, etc., per plans. As per Drawings

9. Note: The lights that are **not** provided by Trade Contractor are the lobby lighting (chandelier and candelabras) that are supplied by Interior Decorator and the Decorative Ornamental Iron Exterior Lighting – pendants, lanterns and lantern style sconces. Trade Contractor shall verify all lighting they supply prior to commencement of work. Trade Contractor has included the installation for all of these fixtures in the contract unit price as stated hereto. ~~This is a no change order contract agreement.~~

H. Unit Door Bell System-Trim:  The doorbell pushbutton and escutcheon shall be furnished by the Owner and installed by Trade Contractor. Trade Contractor shall install doorbells with beveled head #6 stainless steel screws supplied by Trade Contractor.

I. Door Chimes:  Electrical door chimes to be furnished and installed under this contract.

J. Smoke / Carbon Monoxide Combo Detectors: Furnish and install to all requirements of the City of Los Angeles.  All detectors shall be hard wired with battery backup.

K. Dedicated Microwave circuitry above range is included in the contract price.

L. Fire pads are to be installed on boxes in fire rated walls. Exterior walls shall receive weatherproof outlets.

M. Grounding: Trade Contractor to provide adequate grounding to meet Building Department requirements and to coordinate with other trades as necessary. To include ground to UFER and cold water ground.

N. Ground Fault Interrupter:  GFI circuits shall be run to the unit baths and kitchens. Outlets shall be on a separate circuit. ~~We will also supply bathroom occupancy sensor~~.

O. Garage Areas: Provide and install lighting according to the plans. Provide power for security gates and all other items as shown on the plans.

P. Trade Contractor to provide all necessary power for lighted signage (project logo) installation at main entry to building, exact location of signage to be determined. As per Drawings

| AGREEMENT #: | 1123 |
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING INC |
| PROJECT: | FERRANTE |
| ACCOUNT#: | 16-100 ELECTRICAL |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

Q. Trade Contractor to supply and install all column lights for bridges. As per Drawings

R. 480w- 3-phase power for high-speed elevators.

S. Retail Space: Furnish and provide per plans and specs. Trade Contractor shall receive Owner's Project Superintendent's approval on stub locations. Per approved plans.

T. ~~Flash all conduits through the roof, excluding lead flashing~~.

Provide all necessary electrical power for Parking Equipment. Co-Ordination of Parking System required. .As per Drawings

V. Trade Contractor shall provide all necessary lighting as required and or requested, power and electrical requirements for all amenities including but not limited to: leasing and resident services offices, roof top decks, theater / karaoke room, basketball courts, fitness centers, courtyards, business centers, etc. As per Drawings

W. Trade Contractor shall supply and install electrical outlets for vending machines, drink machines, package concierge system and arcade machines. Locations shall be determined by Owner's Project Superintendent in conjunction with Owner's Interior Decorator. As per Drawings, Interior Design drawings Require Co-Ordination.

X. Trade Contractor shall supply and install Dyson or Mitsubishi mechanical hand dryers in all common area restrooms including but not limited to pool restrooms including rooftop pool restroom, amenity restrooms, lobby restrooms, etc.

Y. Temp Power: Trade Contractor agrees to provide and install all boxes, spider boxes and temp power cords as required for temporary power.

Z. Provide "As Built Drawings." Trade Contractor will not receive final retention payment unless "As Built Drawings" have been submitted to Owner's Director of Construction.

30. Trade Contractor agrees to furnish and install plate straps ~~where plates are cut for wiring~~ as necessary and or required by the Building Department. Nail Box required before commencement of Box and Rough.

31. Trade Contractor shall perform all boring or cutting of framing members in a neat workmanlike manner. Furthermore, the Trade Contractor shall take care not to damage the structural integrity of the framing.

32. Trade Contractor shall place outlets in relation to other trades. Special attention shall be given to finish items such as cabinets, backsplashes, door swings, pocket doors, mirrors, etc. If a conflict occurs, Trade Contractor agrees to relocate the outlet at no charge to Owner. Trade Contractor is responsible for checking all door swings with the plans and Owner's Project Superintendent prior to the installation of switch locations and plugs.

33. Outlet, switch and light fixture locations are at the discretion of the Owner and are to be relocated upon request provided the request is made before drywall installation. Box walk required before commencement of Box and Rough.

34. ~~Trade Contractor shall provide communications conduit connecting the electrical and telecommunications rooms as per plans. Trade Contractor shall also provide all power necessary for Technology Rooms~~. All IDF power points as per common area drawings

35. Trade Contractor shall label and identify each circuit breaker. All electrical wiring shall be clearly color-coded and the code selected shall be uniform throughout. Panels are to be permanently, clearly and accurately labeled per plan.

36. Trade Contractor shall check and ring out all circuits prior to occupancy.

37. Trade Contractor shall verify all dimensions, mounting heights and locations. All wall outlets shall be 18" to center from finished floor and all switches shall be 48" to center from floor; kitchen outlets over counters shall be 52" and thermostats shall be 54" unless noted otherwise on plans and specifications by Owner. Trade Contractor to supply and install decora style fixtures to match the adjacent surface color.

| Initials: | | | |
| --- | --- | --- | --- |
| | TRADE CONTRACTOR | SOLE MEMBER | Page 5 of 8 |
| | | | Exh "E" |

| AGREEMENT #: | **1123** |
| TRADE CONTRACTOR: | **SBE ELECTRICAL CONTRACTING INC** |
| PROJECT: | **FERRANTE** |
| ACCOUNT#: | **16-100 ELECTRICAL** |
| STATE CONTRACTORS LICENSE #: | **C10-1016913** |

38.  Trade Contractor to supply and install (1) outlet at Kitchen Countertop with USB charging outlet plug.

39.  Trade Contractor shall provide all brochures and instructions literature for GFI outlets, smoke detectors and all other permanent items to the Owner's Project Superintendent or place in a "safe keep" location as directed by the Owner's Project Superintendent.

40.  Trade Contractor shall provide all egress lighting and emergency lighting as required by code. Trade Contractor shall also provide and install all site lighting as per the electrical plans only.

41.  Trade Contractor is responsible for all of his materials until they are installed and accepted by the Owner. Any loss due to breakage, theft, etc. shall be the responsibility of the Trade Contractor.

42.  Trade Contractor shall provide details and specifications for all materials to be provided by him. Trade Contractor agrees that any changes in the material as listed in this Subcontract Agreement shall occur only after approval by the Owner. Trade Contractor shall submit manufacturer's specifications and literature for the material to be installed for the Owner to review, prior to the commencement of this work.

43.  Trade Contractor shall provide the connection of a Generator Room pressurization fan and the DWP exhaust fan connection. Trade Contractor shall provide and install the generator in the generator room. ~~Exhaust piping, radiator ductwork and fuel system is included in this trade agreement.~~ Trade Contractor is to provide a complete functional generator system. Exhaust piping & fuel line excluded in contract price, to be CO if required & measured on site. 1st Fuel fill & maintenance contract and all permits by GH Palmer

44.  All wire type is to be installed as per plans. No changes will be allowed / accepted, unless approved by Owner prior to commencement of work.

45.  Trade Contractor shall provide wiring and hookup of all items that are shown on the landscape plans if applicable: such as irrigation controllers, fountains, pools, walkway lighting, etc. All exterior lights and landscape lights are per electrical plans and landscape plans.

46.  Trade Contractor shall supply and install all electrical as required for all amenities as per plans and as applicable this includes but is not limited to: libraries, lounges, poker room, arcade room, basketball court, paddle tennis court, etc.

47.  Trade Contractor shall provide all necessary electrical to the Theater Room and Karaoke Room only – the Theater and Karaoke Room Trade Contractor will take it from that point of connection and distribute thru-out room for all lighting, staging and equipment required for theater and karaoke. As per Drawings

48.  ~~Trade Contractor shall provide all necessary power for the fire alarm system per plans.~~ TBA

49.  Trade Contractor shall make arrangements with utility companies for services with their final design criteria. Trade Contractor shall notify utility companies when the work is completed. Trade Contractor to provide adequate notice, in order for Owner to pay all required service charges.

50.  All decorative lobby lighting to be furnished by Owner (except for recessed cans). The cost for installation of all lobby lighting is included in the contract price. Trade Contractor shall provide for all code requirements regarding fluorescent lighting in common areas.

51.  ~~No exposed conduit, with no exceptions, will be allowed outside of electrical rooms for conduit 1½" and smaller. Residential meter group feeders must be run exposed in parking in rigid galvanized conduit per DWP requirements with no pull boxes or LBS.~~

52.  ~~All conduit below (6) six feet must be rigid, galvanized conduit (EMT or PVC is not allowable) unless approved by Owner.~~

53.  ~~All conduit for Fire Pump must be rigid galvanized and encased in 3" concrete.~~

54.  ~~Electrical Trade Contractor shall hook up all CO Sensors in series to provide fan control from each sensor independently. Including: Conduit, service disconnects, control relays, magnetic~~

| Initials: | | Page 6 of 8 |
| TRADE CONTRACTOR | SOLE MEMBER | Exh "E" |

| | |
|---|---|
| AGREEMENT #: | **1123** |
| TRADE CONTRACTOR: | **SBE ELECTRICAL CONTRACTING INC** |
| PROJECT: | **FERRANTE** |
| ACCOUNT#: | **16-100 ELECTRICAL** |
| STATE CONTRACTORS LICENSE #: | **C10-1016913** |

~~starters, 24 volt transformers, all related line and control voltage wiring. Refer to mechanical plans for locations and wiring schematic (sheet number M6.0B; detail G; garage exhaust CO Sensor Wiring Diagram).~~ ~~(Conduit and Control Wires Only).~~

55. Trade Contractor is responsible for any electrical work and conduit necessary for the HVAC System. No open wire will be allowed. HVAC Trade Contractor to make final connections. *As per Drawings*

56. Trade Contractor shall furnish and provide all lighting control per plans and specs.

57. Trade Contractor shall provide and install all necessary power for TV system amplification. Power only per plans.

58. Trade Contractor shall provide all power as required for elevators, elevator machine rooms and any HVAC cooling system in machine rooms if applicable. *As per Drawings*

59. Trade Contractor is aware that some of the deck pours may occur after hours and all costs associated with any after hour pour is included in contract unit price. No overtime shall be charged to Owner for this work. *It is understood that no overtime has been included in Original Bid Price.*

60. Trade Contractor shall coordinate the installation of all lights in block work with Concrete Masonry Trade Contractor.

61. Trade Contractor shall coordinate work concerning other Trade Contractors in a timely manner as to not hold up production in any way.

62. **Trade Contractor shall warranty his work for a period of one year from the date of the first occupancy.** All materials, fixtures and the like, installed by the Trade Contractor shall have a minimum of one-year warranty. If the manufacturer does not provide this warranty it will be the Trade Contractor's responsibility.

63. In **essence, this Trade Contractor Agreement provides for a complete job. That is, all items and work that are necessary for completion of <u>ELECTRICAL SYSTEM</u>, but may not be specifically listed in this Scope of Work or on the plans, are included in this Contract.**

64. <u>**CLEAN UP**</u>
Trade Contractor shall clean up inside and outside of units as necessary to maintain a clean and safe work area. Trade Contractor's debris shall be neatly stacked out of the way of other trades. If not removed per the Owner's Project Superintendent's instructions, then the Cleanup Trade Contractor shall be instructed to dispose of material and Trade Contractor shall be liable for all clean-up at no additional cost to Owner. Debris deemed excessive by the Owner and removed at Owner's expense shall be backcharged accordingly including cleanup and haul-off costs.

TRADE CONTRACTOR shall keep the premises free from accumulation of waste materials and rubbish on a daily basis, it is TRADE CONTRACTOR'S responsibility to maintain a clean jobsite. All debris will be removed to an area designated and established by OWNER'S Project Superintendent. TRADE CONTRACTOR is to remove all surplus materials, tools and equipment from the site upon completion of work. All TRADE CONTRACTORS are responsible for the food and trash left by their employees. If the jobsite is not kept immaculate, TRADE CONTRACTOR'S employees will not be allowed to eat within the jobsite. Trash receptacles are available! TRADE CONTRACTOR understands and agrees that all clean-up work is at no additional cost to OWNER. TRADE CONTRACTOR shall comply with all SWPPP requirements.

65. <u>**PRODUCTION SCHEDULE**</u>
TRADE CONTRACTOR understands that the Scope of Work covered by this contract agreement shall be produced at a rate as agreed upon by TRADE CONTRACTOR and OWNER. TRADE CONTRACTOR is hereby willing to commence work with minimal (24-hour) notice and continue said accelerated schedule until Scope of Work is completed. TRADE CONTRACTOR understands and agrees that this may include working overtime and on weekends and that this work is at no additional cost to OWNER

Initials: _____    _____    Page 7 of 8
              TRADE CONTRACTOR                          SOLE MEMBER                          Exh "E"

| AGREEMENT #: | 1123 |
|---|---|
| TRADE CONTRACTOR: | SBE ELECTRICAL CONTRACTING INC |
| PROJECT: | FERRANTE |
| ACCOUNT#: | 16-100 ELECTRICAL |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

**66.**   **PRODUCTION CHANGES AND EXTRAS**

TRADE CONTRACTOR agrees that this is a **NO EXTRA CONTRACT.**

TRADE CONTRACTOR understands that they are the **EXPERT** of their trade and OWNER relies on this expertise to include all items that will be required to perform and complete work, including all governing agency requirements, regardless of Scope of Work, Specifications, Plans or any other construction documents provided to TRADE CONTRACTOR by OWNER. It is the TRADE CONTRACTOR'S responsibility to make sure OWNER is aware of any outstanding or conflicting issues that may not be covered by these construction documents prior to contracting and construction.

**VALID EXTRAS:** TRADE CONTRACTOR is aware that OWNER may from time to time elect to request changes be made in the plans or specifications. During the course of construction, TRADE CONTRACTOR agrees to make said changes for a negotiated cost without delay. TRADE CONTRACTOR agrees to keep an accurate labor and material record of all additional costs required to perform said changes. In order to be considered valid "extras" TRADE CONTRACTOR shall have all additional labor and material charges approved in writing, by OWNER and all daily work tickets signed off by Owner's Project Superintendent or Owner's Assistant Superintendent only.

**67.**   **EXTRAS AND / OR CHANGE ORDERS**: Trade Contractor understands and acknowledges that any work that may need to be done that is outside of this subcontract agreement **MUST** be approved in writing by Owner's Director of Construction prior to the commencement of said additional work. Owner's Project Superintendent(s) are **NOT** authorized to approve any additional work that would be an additional cost to Owner. Owner's Project Superintendent must sign all work tickets for additional work; this signature only verifies the satisfactory completion of additional work, not that the work is approved for payment. If Owner's Project Superintendent(s) request additional work that requires an additional cost, Trade Contractor is to immediately inform Owner's Project Superintendent and must submit a Change Order Request to Owner's Director of Construction within 24 Hours of request. **Trade Contractor must submit approved extra / change order for payment no later than 2 weeks after receiving approval from Owner's Director of Construction in order to receive payment.**

**68.**   **PARKING**

Parking may be provided onsite by Owner; however, Owner may rescind this at any time for any reason. The location will be only in those areas as designated by Owner's Project Superintendent or Owner's Director of Construction. During the course of parking onsite, it will be Trade Contractor's responsibility to keep onsite parking area clean and free of all debris. Otherwise, Trade Contractor understands and has included in the proposed contract unit pricing as stated hereto, all costs incurred for offsite parking. Owner is not responsible or obligated to provide onsite parking or security for any Trade Contractor or Trade Contractor's worker's vehicles at any time.

**69.**   **EXCLUSIONS / WORK TO BE PERFORMED BY OTHERS:**

The unit prices as outlined in Exhibit "E" excludes only the following work normally or occasionally performed by **ELECTRICAL TRADE CONTRACTORS**:

a.  Low Voltage work

b.  Fixtures marked as "Supplied by Owner".   Note: All necessary electrical work and installation for ALL fixtures including those supplied by Owner is included in this contract.

c.  Permit Fees

d.  Exhaust Fans

e.  EV charging units

f.  Street lighting, pool lighting

Initials: _____     _____     Page 8 of 8
                TRADE CONTRACTOR                    SOLE MEMBER              Exh "E"

| AGREEMENT #: | 1123 |
|---|---|
| SUBCONTRACTOR: | SBE ELECTRICAL CONTRACTING, INC. |
| PROJECT: | FERRANTE |
| ACCOUNT#: | AS DETAILED HERETO |
| STATE CONTRACTORS LICENSE #: | C10-1016913 |

## EXHIBIT "E"
## SCHEDULE OF PRICES

1. The contract sum of this Subcontractor Agreement shall be determined in accordance with the following schedule of prices. This is a Lump Sum Contract.

2. Prices shall include all applicable taxes on everything for a complete first class job.

3. Payment Schedule - as depicted per Exhibit "E-1" :

   - 95%   Progressive Payments made based on the percentage of work completed and accepted by Owner and all governing agencies. 95% Stage is broken down as per agreement between Subcontractor and Owner and as depicted in Exhibit "E-1" attached hereto as part of this contract. (100% of Stage = Gross billing amount, less 5% Retention = net billable and total to be paid.)

   - 5%    Retention to be withheld from each invoice. Total rentention to be paid 30 days after completion and acceptance of work by Owner and all governing agencies. Rentention is withheld as stated hereto unless otherwise negotiated and stated in Exhibit "E-1".

4. Billing: Once per month billing. Invoicing must be done on forms acceptable to or provided by G.H. Palmer Accounting Department. All invoices received by the 15TH of the month and approved by the Owner will be paid within approximately 30 days. Change Orders must be billed seperately.

5. All prices are firm through the duration of the project.

6. Alternates: N/A

7. Prices and Total Contract Amount are as stated hereto:

| ITEM # / DESCRIPTION | QTY / UOM | | UNIT COST | TOTAL |
|---|---|---|---|---|
| COST CODE # 16-100   ELECTRICAL SUB | | | | |
| SUPPLY AND INSTALL ELECTRICAL | 1 | LS | $21,046,784.49 | $21,046,784.49 |
| TOTAL COST CODE   16-100 / ELECTRICAL SUB | | | | $21,046,784.49 |
| COST CODE # 16-155   ELECTRICAL FIXTURES | | | | |
| SUPPLY AND INSTALL LIGHT FIXTURES | 1 | LS | $3,983,837.40 | $3,983,837.40 |
| TOTAL COST CODE   16-155 / ELECTRICAL FIXTURES | | | | $3,983,837.40 |
| TOTAL CONTRACT AMOUNT | | | | $25,030,621.89 |

Initials

TRADE CONTRACTOR                    SOLE MEMBER

Page 1 of 1
EXH "E" 11-15-18

EXHIBIT D



Travis M. Gemoets
(310) 785-5387
tgemoets@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080  (310) 203-0567 Fax
www.jmbm.com

Ref: 60045-0023

March 14, 2022

**BY US MAIL AND EMAIL**

Eric Grossman
SBE Electrical Contracting, Inc.
2817 McGaw Avenue
Irvine, CA 92614
Email: eric@sbeoc.com

Re:    48 HOUR NOTICE/NOTICE OF VIOLATION -- FERRANTE
       PROJECT

Dear Ms. Sterris:

This law firm represents Palmer Beaudry Avenue Properties LP, the Owner/Builder ("Owner") of the Ferrante project located at 1000 Temple Street, Los Angeles CA 90012 (the "Project").  Reference is made to the Trade Contractor Agreement (the "Agreement") between Owner and SBE Electrical Contracting, Inc. ("SBE") dated July 13, 2019.

As you are aware, the Agreement imposes certain obligations on SBE with respect to your work on the Project, and carries with it a contract price of $25,030,621.89.  Over the course of SBE's performance on the Project, Owner has become repeatedly aware of facts which have demonstrated that SBE is incapable of performing the scope of work as set forth in the Agreement, including, without limitation:

- Failure to complete Project deliverables in a timely fashion;

- Failure to perform work as required by the Project plans; and

- Continued failure to meet specific timelines and deliverables as set forth in the Punch List agreed upon between the parties, and last updated in writing on March 7, 2022, as well as additional items as outlined in this letter.

With respect to this last item, Punch List that you received on March 7, 2022, Owner required that you complete and achieve each and every item set forth therein in order to

Eric Grossman
March 14, 2022
Page 2

avoid being in breach of the Agreement and thus terminated from the Project.  However, to date, the following Punch List items remain incomplete and outstanding:

- SBE's negligence allowed the switchgear to be exposed to water, which directly caused what has so far been a **four month** delay in occupancy of the building.  This delay is ongoing, and as such, it has and continues to severely jeopardize the success of the Project.  **The ongoing impact of SBE's negligence in this regard has yet to be calculated, but it will be significant.**

- For Ferrante Building A – SBE is woefully behind schedule in its scope of work, so even the Project had power to open, SBE's work has not been completed.  Owner provided you with the Punch List (referenced above) of important action items that Owner required SBE to complete on or before February 10, 2022, yet SBE has failed to complete a critical number of these tasks.  My client inspected the Project again today and discovered additional items that still need to be complete before Building A can be opened for occupancy.  **These ongoing issues must immediately be rectified.**  The additional incomplete items from today's walk-through inspection of the Project includes the following:

  - Level 7 pull boxes need to be covered

  - Egress exit signs are missing and some are incorrect, per fire consultant

  - IDF closet by Elevator 6 electrical panels need to be completed

  - IDF closet by Units 7003 and 7004 also have incomplete electrical panels

  - IDF closets on all floors in this area have incomplete electrical panels

- For Ferrante Building B – Owner gave SBE a deadline to finish all common areas, the lobby area, and the Resident Services room by March 4, 2022.  As of this week, only the Resident Services room has been completed and inspected.  **This is entirely unacceptable.**

- SBE continues to submit Change Orders for items that are clearly included within the scope of the Project.  Subject to revision and without limitation, SBE has submitted improper Change Orders regarding fountain power provisions and HVAC contactors, among other items.

- SBE is relying a version of the Agreement which is not the final, executed version of the Agreement.  The version that SBE is relying has never been signed or approved by Owner and sets forth an Exclusion List that Owner does not have and did not approve.



Eric Grossman
March 14, 2022
Page 3

- SBE continues to claim in writing that it is "awaiting direction" from Owner on Punch List Item 14(b) on the Punch List ("MPOE Room Power provisions").  In fact, Owner has provided SBE with direction with respect to Item 14(b), yet this task remains incomplete.

- Accounting –

  o Owner needs a full accounting of all change orders and deductive change orders (or credits) from the contract amount to present day.

  o The Accounting must include a value engineer-driven credit in the amount of approximately $960,000.00 that SBE agreed to in writing to provide, but has yet to actually account for.

  o Please provide us with a full and complete report of all payments made to your union employees who performed any work on the Project, and all payments made to any union pension or health and welfare fund on behalf of these employees. This shall include proof of payment of all hours worked, wages earned, and benefit payments made from the inception of the Project, including all backup documentation proving the payments to the union.

    Based upon the reasons set forth above, please accept this correspondence as 48 Hours' Notice under the Agreement that unless all the issues enumerated in this letter are rectified and resolved to Owner's satisfaction on or before 10:00 AM Thursday, March 17, 2022, Owner reserves the right to terminate the Agreement with SBE Electrical Contracting immediately.

    Owner hereby requests that all further correspondence be sent to my attention. If you have any questions, please contact me directly.

    Very truly yours,

    TRAVIS M. GEMOETS for
    Jeffer Mangels Butler & Mitchell LLP

TXG:pk1

cc:
Cheryl Sterris (via Email:  cheryl.sterris@sbeoc.com)
Jeff Wilson (via Email:  jeff@sbeoc.com)
Ron Hunt (via Email:  ron@sbeoc.com)



69991740v1

Eric Grossman
March 14, 2022
Page 4


Rich Truelove (via Email:  rich.trulove@sbeoc.com)
Sam Maus Jr (via Email:  samjr@ghpalmer.com)
Jackie Bradbury (via Email:  jackie@ghpalmer.com)
Joe Esposito (via Email:  joe@ghpalmer.com)



# EXHIBIT E

**JMBM**  Jeffer Mangels
Butler & Mitchell LLP

jmbm.com

Travis M. Gemoets
(310) 785-5387
tgemoets@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080  (310) 203-0567 Fax
www.jmbm.com

Ref: 60045-0023

March 18, 2022

**BY US MAIL AND EMAIL**

Michael E. Lopez
Lopez, Bark & Schulz LLP
300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Email: mlopez@lbslawyers.com

Re:  TERMINATION NOTICE -- FERRANTE PROJECT

Dear Mr. Lopez:

We are in receipt of your March 16, 2022 response to our letter dated March 14, 2022. Without going into explicit detail, suffice it to say that you are grossly misinformed as far as the status of the Project and we are exercising our right to terminate the agreement for cause effective 3 PM today.

We continue to reserve all rights and we have additional issues to address with SBE should there be any question regarding our justification for terminating them for cause.

Very truly yours,

TRAVIS M. GEMOETS for
Jeffer Mangels Butler & Mitchell LLP

TXG:pk1

EXHIBIT F



**AmTrust North America**
Post Office Box 89404 • Cleveland, OH 44101
(P) 888.239.3909 • (f) 678.258.8395
Email: amtrustclaims@amtrustgroup.com

August 26, 2022

**VIA EMAIL ONLY:**  jeff@sbeoc.com
SBE Electrical Contracting, Inc.
Attn: Jeff Wilson
2961 West MacArthur Blvd. Suite #128
Santa Ana CA 92704

Re:     Insurance Company:      Associated Industries Insurance Company, Inc.
        Our Claim No.:           3476239-1
        Policyholder:            SBE Electrical Contracting, Inc.
        Policy No.:              XXXXX94467-00
        Effective Dates:         July 18, 2020 to July 18, 2021
        Claimants:               Palmer Beaudry Avenue Properties, LP
        Date of Loss:            December 28, 2020
        Loss Location:           1000 Temple St. Los Angeles CA 90012

Dear SBE Electrical Contracting, Inc., and Jeff Wilson:

AmTrust North America is the claims administrator on behalf of Associated Industries Insurance Company, Inc. ("Associated"), the general liability carrier for SBE Roofing & Waterproofing Inc. ("SBE"), and we received a claim against SBE in connection with the above-captioned matter. Please be advised that we reviewed this matter and determined that it may not be covered under Adco's policy for the reasons set forth below. Accordingly, Associated hereby reserves its right to disclaim coverage and any duty to defend or indemnify SBE with respect thereto.

If SBE is served with a "suit" as defined below and believes there may be potential coverage under the terms of the policy and California law for that suit, please forward it to us and a written response will be provided.

Our understanding of the claim is based on the information and documents provided to us.  Please understand that our recitation of the allegations below is not meant to suggest that the allegations are correct or true but only that the allegations form the basis for this claim.  If our understanding of the allegations is incorrect or inaccurate in any respect, please let us know immediately.

According to the letter from Palmer Beaudry Avenue Properties' attorney dated March 14, 2022, SBE was allegedly negligent by allowing the switchgear to be exposed to water which resulted in a four month delay in occupancy of the building. The letter further states that there are multiple issues that need immediate attention including but

SBE Electrical Contracting, Inc.                                          Page 2
Attn: Jeff Wilson
August 26, 2022

not limited to, uncovered pull boxes, missing or incorrect egress/exit signs and incomplete electrical panels. SBE is also accused of submitting change orders that are included within the scope of the project and improper change orders regarding fountain power provisions and HVAC contractors. A demand is also being made of SBE to provide a full accounting of change orders, deductive change orders, engineer-driven credits and payments made to union employees, union pension or health and welfare funds.

The policy provides General Liability coverage subject to form CG 00 01 12 07. The applicable limits are $1,000,000 per Occurrence with a General Aggregate Limit of $2,000,000 and a Products/Completed Operations Aggregate Limit of $2,000,000.  A $5,000 deductible per occurrence including expense applies to the liability coverage.

In connection with our determination that the policy may not provide coverage for this matter, this letter will quote or paraphrase policy language which appears at issue based on the information available at this time.   However, Associated reserves its rights to rely upon all the policy provisions, whether or not specifically quoted or paraphrased in this letter.

First, we refer you to policy form CG 00 01 12 07, at Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability, paragraph 1 and Coverage B Personal and Advertising Injury Liability, paragraph 1, which state in part:

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**
   **a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.**

                    *                    *                    *

   **b. This insurance applies to "bodily injury" and "property damage" only if:**

SBE Electrical Contracting, Inc.                                        Page 3
Attn: Jeff Wilson
August 26, 2022

**(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";**

\*                    \*                    \*

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**
**1.  Insuring Agreement**
   **a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result.**

\*                    \*                    \*

"Bodily injury," "property damage," "personal and advertising injury" and "suit" are defined in Section V - Definitions as follows:

**"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.**

\*                    \*                    \*

**"Property damage" means:**
   **a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or**

   **b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.**

   **For the purposes of this insurance, electronic data is not tangible property.**

   **As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to**

SBE Electrical Contracting, Inc.                                        Page 4
Attn: Jeff Wilson
August 26, 2022

**or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.**

**\*                    \*                    \***

**"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:**
   **a. False arrest, detention or imprisonment;**
   **b. Malicious prosecution;**
   **c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;**
   **d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or**
   **e. Oral or written publication of material that violates a person's right of privacy.**
   **f. The use of another's advertising idea in your "advertisement"; or**
   **g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".**

**\*                    \*                    \***

**"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:**
   **a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or**
   **b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.**

Please be advised the policy provides coverage only for "bodily injury" or "property damage" caused by an accident or "occurrence" or "personal and advertising injury"

SBE Electrical Contracting, Inc.                                               Page 5
Attn: Jeff Wilson
August 26, 2022

during the policy period which is not otherwise excluded. Please be advised that damages related to an accounting, uncompleted work, punch list items and breach of contract may not be "property damage" as defined by the policy. To the extent that there is no for "bodily injury" or "property damage" caused by an accident or "occurrence" or "personal and advertising injury", no coverage is available for this matter under the policy pursuant to the above-cited policy provisions.

Second, we refer you to Coverage A Bodily Injury and Property Damage Liability, 2. Exclusions paragraph j., which states:

**2. Exclusions**
**This insurance does not apply to:**

\*                    \*                    \*

**j.  Damage To Property**
    **"Property damage" to:**

\*                    \*                    \*

(4) **Personal property in the care, custody or control of the insured;**
(5) **That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or**
(6) **That particular part of any property that must be restored repaired or replaced because "your work" was incorrectly performed on it.**

\*                    \*                    \*

**Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.**

\*                    \*                    \*

**Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".**

SBE Electrical Contracting, Inc.                                          Page 6
Attn: Jeff Wilson
August 26, 2022

"Products-completed operations hazard," "your work" and "your product" are defined in Section V – Definitions as follows:

**"Products-completed operations hazard":**
**a.** **Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:**
**(1) Products that are still in your physical possession; or**
**(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:**
**(a) When all of the work called for in your contract has been completed.**
**(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.**
**(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.**
**Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.**
**b.** **Does not include "bodily injury" or "property damage" arising out of:**
**(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;**
**(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or**
**(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.**

                    *                    *                    *

**"Your Work"**
**a.** **Means:**
**(1) Work or operations performed by you or on your behalf; and**

SBE Electrical Contracting, Inc.                                              Page 7
Attn: Jeff Wilson
August 26, 2022

        (2) **Materials, parts or equipment furnished in connection with such work or operations.**

    b. **Includes:**

        (1) **Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and**

        (2) **The providing of or failure to provide warnings or instructions.**

\*            \*            \*

**"Your product":**

    a. **Means:**

        (1) **Any goods or products, other than real property, manufactured, sold or disposed of by:**

            (a) **You;**

            (b) **Others trading under your name; or**

            (c) **A person or organization whose business or assets you have acquired; and**

        (2) **Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.**

    b. **Includes**

        (1) **Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product", and**

        (2) **The providing of or failure to provide warnings or instructions.**

    c. **Does not include vending machines or other property rented to or located for the use of others but not sold.**

To the extent this matter involves "property damage" caused by an "occurrence," and that damage is to: property in your care, custody or control; property on which you or any contractors or subcontractors working directly or indirectly on your behalf were performing operations, and the "property damage" arises out of those operations; or property that must be restored, repaired or replaced because "your work" was incorrectly performed on it and that damage is not included in the "products-completed operations hazard," no coverage is available under the policy as set forth in the above-cited provisions.

SBE Electrical Contracting, Inc.                                                            Page 8
Attn: Jeff Wilson
August 26, 2022

Third, we refer you to Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability, at paragraph 2. Exclusions, subparagraph K, which states:

**2. Exclusions**
**This insurance does not apply to:**

             \*            \*           \*

**k. Damage To Your Product**
**"Property damage" to "your product" arising out of it or any part of it.**

To the extent, if any, this matter involves "property damage" to "your product" arising out of it or any part of it, no coverage is available under the policy as set forth in the above-cited provision.

Fourth, we refer you to paragraph 2. l of Coverage A, which states:

**2. Exclusions**
**This insurance does not apply to:**

             \*            \*           \*

**l. Damage To Your Work**
**"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".**

**This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a sub-contractor.**

To the extent, if any, this matter involves "property damage" to "your work" arising out of it or any part of it and is included in the "products-completed operations hazard," no coverage is available under the policy as set forth in the above-cited provision.

Fifth, we refer you to paragraph 2. m of Coverage A, which states:

**2. Exclusions**
**This insurance does not apply to:**

SBE Electrical Contracting, Inc.                                                              Page 9
Attn: Jeff Wilson
August 26, 2022

\*                    \*                    \*

    **m. Damage To Impaired Property Or Property Not Physically Injured**
    **"Property damage" to "impaired property" or property that has not been physically injured, arising out of:**
    **(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or**
    **(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.**
    **This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.**

"Impaired property" is defined in Section V – Definitions of the policy as follows:

**"Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:**
**a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or**
**b. You have failed to fulfill the terms of a contract or agreement;**
**If such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.**

To the extent, if any, this matter involves damage to property that has not been physically injured or to "impaired property," i.e. property that cannot be used or is less useful because it incorporates "your product" or "your work" that is known or thought to be defective or because you or anyone acting on your behalf failed to fulfill the terms of a contract and that property can be restored to use by the repair or replacement of "your product" or "your work" or by fulfilling the terms of the contract, no coverage is available under the policies as set forth in the above-cited provision.

Sixth, we refer you to policy form NX GL 037 08 09, which states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

SBE Electrical Contracting, Inc.                                    Page 10
Attn: Jeff Wilson
August 26, 2022

**DEDUCTIBLE LIABILITY ENDORSEMENT – INCLUDING EXPENSE (PER OCCURRENCE/OFFENSE)**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

| SCHEDULE | | | |
|---|---|---|---|
| Coverage | | | Amount of Deductible |
| Bodily Injury Liability | OR | $ 5000 | per occurrence |
| Property Damage Liability | OR | $ 5000 | per occurrence |
| Personal and Advertising Injury Liability | | $ 5000 | per offense |

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)**

**APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury", "property damage", and "personal and advertising injury," however caused):**

**A. Our obligation under the Bodily Injury Liability, Property Damage Liability, and Personal and Advertising Injury Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages, and the Limits of Insurance applicable to Each Occurrence or offenses for such coverages will be reduced by the amount of such deductible. Aggregate Limits for such coverages shall not be reduced by the application of such deductible amount.**

**B. The deductible amounts apply to damages and all legal and loss adjustment expenses.**

**C. The deductible amount stated in the Schedule above is on a per "occurrence" or offense basis and applies as follows:**

SBE Electrical Contracting, Inc.                                                    Page 11
Attn: Jeff Wilson
August 26, 2022

    **1. Under the Bodily Injury Liability Coverage to all damages because of "bodily injury";**

    **2. Under Property Damage Liability Coverage to all damages because of "property damage";**

    **3. Under Bodily injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:**
      **a. "bodily injury";**
      **b. "property damage"; or**
      **c. "bodily injury" and "property damage" combined;**

    **4. Under Personal and Advertising Injury Liability Coverages to all damages because of "personal and advertising injury" as the result of any one "occurrence" or offense, regardless of the number of persons or organizations who sustain damages because of that "occurrence" or offense.**

**D. The terms of this insurance, including those with respect to our right and duty to defend the insured against any "suits" seeking those damages and your duties in the event of an "occurrence," offense, claim or "suit," apply irrespective of the application of the deductible amount.**

**E. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.**

Please be advised that under the policy there is a $5,000 per "occurrence" deductible applicable as set forth in the above-cited provisions. This deductible includes both defense costs incurred on your behalf and damages.

Since no "suit" has been filed against SBE, as that term is defined by Associated's policy, there is no duty to defend SBE. Based on the currently available information provided to Associated, for the reasons set forth above, Associated is reserving its right to disclaim coverage of this matter to SBE and disclaim any duty to defend or indemnify SBE.

The coverage issues, conditions and exclusions addressed above are not exhaustive of the coverage issues, conditions and exclusions which are, or could be,

SBE Electrical Contracting, Inc.                                            Page 12
Attn: Jeff Wilson
August 26, 2022

applicable to this action. By outlining certain coverage issues, conditions, exclusions and endorsements above, Associated does not waive any rights to assert any additional exclusions, defenses or avoidance of coverage under the referenced policy.

This coverage position is based upon our review of the policy and the information and documentation provided to us to date.  If any of the factual information relied upon by us in the letter is inaccurate in any way, please advise us immediately in writing.  If you receive any additional information concerning this matter, including suit papers, you should forward that information and suit papers to us immediately, and upon receipt, we will reassess the coverage position.

Pursuant to the Fair Claims Settlement Practices Regulations as set forth in Section 2695.7(b)(3) of the California Code of Regulations, Associated advises SBE that if you believe all or part of this claim has been wrongfully denied, or rejected, you may have this matter reviewed by writing to the:

California Department of Insurance
Claims Service Bureau
300 South Spring Street, South Tower
Los Angeles, CA 90013
Telephone at (800) 927-4357 or (213) 897-8921

If you have any questions regarding the above, please feel free to contact our adjuster Victoria Cho directly at (480) 707-5071.

Very truly yours,

*Louise Lane*

Manager, E&S Claims
480/707.5073 Phone

LL/mbs

cc:    Arthur J. Gallagher & Co.
       18201 von Karman Avenue, Suite 200
       Irvine, CA 92612
       Attn : David_walker@ajg.com

EXHIBIT G

**AMERICAN ARBITRATION ASSOCIATION**

**CONSTRUCTION ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box    .
There is no additional administrative fee for this service.

Name of Respondent:

Address:

| City: | State: | Zip Code: |
|---|---|---|

| Phone No.: | Fax No.: |
|---|---|

Email Address:

Name of Representative (if known):

Name of Firm (if applicable):

Representative's Address:

| City: | State: | Zip Code: |
|---|---|---|

| Phone No.: | Fax No.: |
|---|---|

Email Address:

The named claimant, a party to an arbitration agreement dated                                    ,  which provides for arbitration under the Construction Industry Rules of the American Arbitration Association, hereby demands arbitration.

**Arbitration Clause:** Please indicate whether the contract containing the dispute resolution clause governing this dispute is a standard industry form contract (such as AIA, ConsensusDOCS or AGC) or a customized contract for the specific project.

Contract Form:

The Nature of the Dispute:

Dollar Amount of Claim: $

Other Relief Sought:      Attorneys Fees      Interest      Arbitration Costs      Punitive/Exemplary
    Other:

Amount Enclosed: $
In accordance with Fee Schedule:      Flexible Fee Schedule      Standard Fee Schedule

Please describe appropriate qualifications for arbitrator(s) to be appointed to hear this dispute:

Hearing Locale Requested:

Project Site:

**AMERICAN ARBITRATION ASSOCIATION**

**CONSTRUCTION ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| | |
|---|---|
| Estimated Time Needed for Hearings Overall: | hours  or                           days |

Specify Type of Business:

Claimant:                                      Respondent:

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative): | Date: |
|---|---|

Name of Claimant:

Address (to be used in connection with this case):

| City: | State: | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

Email Address:

Name of Representative:

Name of Firm (if applicable):

Representative's Address:

| City: | State: | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

Email Address:

Notice: To begin proceedings, **please file online at www.adr.org/fileonline.** You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

**LOPEZ, BARK & SCHULZ LLP**
Harry J. Schulz, III, Esq. (SBN 205625)
    *hschulz@lbslawyers.com*
Michael E. Lopez, Esq. (SBN 214937)
    *mlopez@lbslawyers.com*
Brian Z. Bark, Esq. (SBN 217514)
    *bbark@lbslawyers.com*
James P. Miller, Esq. (SBN 307189)
    *jmiller@lbslawyers.com*

300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
(949) 383-9585 phone
(714) 242-1544 fax

Attorneys for Claimant,
SBE ELECTRICAL CONTRACTING,
INC.

AMERICAN ARBITRATION ASSOCIATION

LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| SBE ELECTRICAL CONTRACTING, INC., a California Corporation, | ) ) ) | AAA Case No. 01-22-0005-4378 |
| Claimant, | ) ) | |
| v. | ) ) ) | **DEMAND FOR ARBITRATION (PLEADING)** |
| PALMER BEAUDRY AVENUE PROPERTIES, L.P., a California Limited Partnership; | ) ) ) ) | |
| | ) | **LASC Complaint Filed:** July 28, 2022 |
| Respondent. | ) ) | **Trial Date:** None set |

Claimant SBE ELECTRICAL CONTRACTING, INC., a California Corporation ("SBE" or "Claimant") alleges as follows:

### GENERAL BACKGROUND OF CLAIMS AND PARTIES

1.      Claimant is (and at all relevant times was) a California Corporation qualified to do business in the State of California.  SBE is a bonded and licensed contractor, providing contracting services in the greater Orange County and surrounding areas.  SBE is certified, licensed, and experienced in carrying out all types of projects across the electrical construction industry spectrum.  SBE's track record of successful large projects includes Multi-Family Projects, Data Centers & Mission Critical Systems, Hospitality Projects, Commercial Projects, and Tenant Improvements.

2.      Respondent Palmer Beaudry Avenue Properties, L.P. ("Respondent" or "GHP") is a California Limited Partnership closely affiliated with G.H. Palmer Associates, and is the legal owner of the real property located at 1000 Temple Street, Los Angeles, CA 90012 (the "Property").  GHP is in the process of developing the Property as a large, three-building luxury resort apartment complex called "Ferrante" (the "Project").

3.      This action arises out of Claimant's provision of electrical contracting services to GHP in connection with the Project.  In particular, GHP has failed to pay approximately $3,000,000 for the electrical contracting services provided by Claimant to GHP.

4.      Claimant previously filed a mechanic's lien in Los Angeles Superior Court (Case No. 22STCV24479).  That complaint was amended when GHP bonded off the lien.  The case has been stayed pending the prosecution of the parties' contractually mandated dispute resolution procedures, which have culminated in the initiation of this arbitration.

**JURISDICTION**

5.      On or about December 11, 2019, Claimant and Respondent executed[1] a "Trade Contractor Agreement" (the "TCA") governing SBE's provision of services for the Project. A true and correct copy of that agreement is attached hereto as **EXHIBIT A**.

6.      Paragraph 12 of the TCA requires, among other things, that this dispute be subject to binding arbitration:

> Subject to the foregoing, the parties agree that any specific dispute under this Agreement… which exceed[s] $50,000 (single or aggregate) or where injunctive relief is sought shall be submitted to a panel of three arbitrators in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, upon GHP's election[2] and subject to the following paragraph.

> Should any party refuse or neglect to appear or participate in arbitration proceedings, the arbitrator is empowered to decide the controversy in accordance with whatever evidence is presented at such proceeding.  The arbitrator is authorized to award any party or parties such sums as it shall deem proper for the time, expense, and trouble of arbitration, including, but not limited to, reasonable attorney's fees.

7.      Paragraph 12 of the TCA also requires that the Parties engage in a meeting of Principals as well as a Mediation.  The Meeting of Principals took place on August 10, 2022.  A Mediation took place on November 21, 2022.  The conditions precedent to arbitration have thus been fulfilled.

**FACTUAL ALLEGATIONS**

8.      SBE and GHP entered into the TCA, whereby SBE agreed to provide electrical contracting services related to the development of a luxury apartment complex at the Property and GHP agreed to pay for those services, all subject to the provisions thereof.

---

[1] SBE signed the TCA on November 12, and GHP signed on December 11.  The effective date of the TCA, however, is listed on the first page as July 13, 2019.

[2] The phrase "upon GHP's election" appears to be related to the original phrasing of the arbitration agreement, which required *SBE only* to agree to arbitrate disputes.  That language, however, was changed so that the agreement to arbitrate was mutual.

9.      SBE had initially bid the project at approximately $28,000,000, but believed that it could provide GHP with approximately $3,000,000 in value engineering.  GHP asked SBE to assist with value engineering, as GHP was over budget and needed the electrical scope for the project to come in at around $25,000,000.  SBE thus revised its bid to the stated contract price of $25,030,621.90, with the understanding that the parties would need to work together to develop value-engineered drawings and specifications reflecting those savings.  It is critical to understanding this dispute to recognize that such drawings and specifications *did not exist at the time the contract was entered*.  Indeed, the specification and drawings that did exist were inadequate and incomplete, and it was clear that the drawings did not entirely reflect what GHP wanted for the Project.

10.     The TCA explicitly anticipated these additional negotiations and revisions, stating, among other things, that "to enable a VE [Value Engineering] Contract Price to be achieved, all CO requirements will be reviewed by the 2 individual parties as part of the negotiation intent.  Cost updates will be priced at BID Rates & Presented in ADD/OMIT format."  TCA at Exhibit D, ¶ 22(A).

11.     Throughout SBE's work on the project, the electrical drawings and specifications underwent numerous revisions as part of this contractually required interactive process.  As mentioned above, under the terms of the TCA the Parties (by and through the "2 individual parties" Sam Maus and Eric Grossman) were supposed to meet to review and revise the costs as the plans were amended.  This procedure would allow GHP to make changes and additions on an ongoing basis as well as take advantage of the value engineering. Unfortunately, even though Claimant began pushing in Fall of 2021 to have a "true up" meeting to finalize and obtain approval regarding the latest set of cost updates, it never occurred despite SBE's availability and insistence.

12.     At all times, SBE diligently performed the contracted electrical services on the Property that it was obligated to under the TCA, the attachments incorporated thereto, and the ongoing agreements of the parties including the revised drawings and specifications.  To the extent that Claimant has not performed any of its obligations, it has lawfully been excused

from any such further or future performance by, among other reasons, GHP's unlawful breach and termination of the TCA (as described below).

13.    To date, however, SBE has performed uncompensated work on the Project that is worth $2,720,498.51.[3]

14.    On or about March 14, 2022, counsel for GHP issued a vague and conclusory letter to Claimant purporting to give 48 Hours' Notice under the TCA to rectify and resolve various issues.  A true and correct copy of that letter is attached hereto as **EXHIBIT B**.  The issues raised by GHP's counsel in that letter were devoid of substance:  they either did not truly exist, were not actually problems in need of fixing, or otherwise were not the responsibility of this Claimant to address under the TCA.

15.    The issues presented by GHP in its letter included damages to electrical equipment from water intrusion into the project's main electrical room, panels that were not yet closed (because they had not yet been energized), and alleged failures to perform work that could not be performed because construction framing was still in progress.  Most bizarrely, GHP's March 14, 2022 letter demanded that Claimant provide it with immediate payment of a $960,000 "credit" for value engineering with respect to light fixtures.

16.    SBE believes that many (if not all) of these alleged issues were pretextual, and that GHP was upset because SBE personnel had refused to lie to safety inspectors as to the timeline and status of the water intrusion into the electrical room.  GHP has falsely made related claims that SBE's personnel were "sabotaging" the Project by refusing to conceal material information from the inspectors.

17.    The allegations regarding the water intrusion into the electrical room and the resulting damage to the switchgear are particularly galling given GHP's consistent record of ignoring the suggestions, requests, and demands of its contractors.  SBE repeatedly requested

---

[3] The amount unpaid originally included materials and totaled $3,276,517.17.  GHP subsequently paid several of the materials suppliers a total of $556,018.66, effectively reducing the amount owed to SBE.

that GHP remedy the water intrusion and flooding issues, but the issues persisted *for months* and SBE's pleas went unheeded.

18.    At the time GHP issued its March 14, 2022 letter, SBE was awaiting payment of a progress payment invoice covering mid-January to mid-February.  It was also getting ready to issue a second progress payment invoice covering mid-February through mid-March.  GHP has indicated that it had approved the former and that payment was forthcoming.  However, SBE would receive no payments from GHP from this point forward.

19.    SBE responded to GHP's inappropriate demands set forth in its purported 48 Hours' Notice of March 14 on March 16, 2022 by providing certain of the requested information (primarily payroll records), along with a letter explaining why the identified issues were either not truly issues requiring remediation at all, were not actionable under the TCA, or were otherwise not the fault or responsibility of SBE.  In particular, SBE went to great lengths to remind GHP that the $960,000 "credit" had **already been included** in the latest cost updates, and that GHP was already receiving the benefit of that value-engineered cost reduction.  SBE explained to GHP that providing that credit as an invoice deduction would be giving GHP that credit *twice*: once in determining what was to be billed, and then again on the bill itself.  Claimant also reminded GHP of GHP's obligation under the contract to individually meet to discuss those updates and cost revisions, and suggested that GHP's failure to understand the credit was directly linked to its failure to engage in the process mandated by the TCA.  A true and correct copy of SBE's responsive letter, sent by counsel, is attached hereto as **EXHIBIT C.**

20.    GHP responded on March 18, 2022 by wrongfully purporting to terminate the TCA "for cause" based on the grounds set forth in its March 14, 2022 letter, despite the fact that **not one** of the grounds cited in its earlier letter in fact provided a plausible reason to terminate.  A true and correct copy of that purported notice of termination is attached hereto as **EXHIBIT D**.

21.    Because GHP's letter raised no actual issues of SBE's nonperformance, negligence, error, or mistake, this purported termination was wrongful and not in compliance

with the TCA, and represents a breach of the TCA separate and distinct from GHP's failure to pay Claimant the sums owed thereunder.

22.    SBE also suffered damage as a result of GHP's breach of the TCA in the form of approximately $50,000.00 in demobilization costs.  Claimant was forced to pack up and be entirely off-site four days after the purported termination, and to lay off approximately thirty-five employees who would otherwise have been used on SBE's next project if not for that breach.  These costs are expressly recoverable by SBE per the terms of the TCA, in addition to basic contract principles.  *See* Exh. A. at § 6.5.

23.    After several weeks of negotiations failed to result in any of the payments due it, SBE recorded a mechanic's lien on the Property, which was duly recorded within the Property's County on or about May 10, 2022 in the amount of $3,276,517.17.  SBE then filed a Complaint in Los Angeles County Superior Court against GHP and its lender to enforce that mechanic's lien and foreclose on the Property.

24.    GHP subsequently bonded off the mechanic's lien, whereupon SBE filed an Amended Complaint naming GHP and the company issuing said bond.  A true and correct copy of that Complaint is attached hereto as **EXHIBIT E**, and the allegations therein with respect to its second cause of action (except as inconsistent with the allegations herein) are incorporated herein by reference.

25.    In subsequent discussions, including a meeting of principals, GHP raised additional allegations of problems with SBE's work on the Project. However,  none of these were presented to SBE prior to GHP's termination of SBE's work on the Project as required under the TCA.

## **FIRST CAUSE OF ACTION**

### **BREACH OF CONTRACT**

26.    Claimant realleges and incorporates by this reference each and every preceding allegation set forth in this Arbitration Demand.

27.     Claimant entered into an agreement (the TCA) with GHP to perform electrical services and improvements to the Property for the Project, and GHP was supposed to pay Claimant for said services.

28.     Claimant has duly performed and satisfied all conditions, promises and obligations required to be performed and/or satisfied by it in accordance with the terms and conditions of the TCA and Statement of Work therein, or has been lawfully excused from such further performance.

29.     Respondent breached the terms of the TCA in that they failed to pay Claimant for the work performed and materials ordered under the contracts, in the sum of $2,720,498.51.

30.     Respondent further breached the terms of the TCA by wrongfully purporting to terminate the agreement effective March 18, 2022 despite having no plausible grounds to terminate that agreement.

31.     Respondent further breached the terms of the TCA by refusing to individually meet with Claimant regarding the ongoing revisions to the project's plans, specifications, and budget.

32.     Respondent also breached the covenant of good faith and fair dealing that is implied in the TCA by attempting to manufacture pretextual grounds for terminating the TCA.  Moreover, Respondent's true reasons for terminating SBE – retaliation for SBE's candor with a safety inspector – represent gross beaches of both common sense and California public policy.  And while there may not be a separate action for breach of contract for public policy in California, GHP's conduct in this regard has been particularly despicable.

33.     As a direct and proximate result of Respondent' breaches of the TCA, Claimant has been damaged in the principal sum of $2,720,498.51, plus approximately $50,000 in demobilization costs which are also covered by the TCA.

34.     As a further result of Respondent' breach of the Contract, Claimant has incurred and will continue to incur costs and expenses, including reasonable attorneys' fees as outlined in Section II(15) of the TCA, all in an amount according to proof at trial.  Claimant is

1    also entitled to costs under applicable statutes, including, but not limited to, *Cal. Code of Civil*

2    *Proc.* § 1032.

3        35.    Claimant is entitled to prejudgment interest at the rate of ten percent per

4    annum, pursuant to applicable law, including, but not limited to, *California Civil Code* §§ 3287,

5    3289.

## SECOND CAUSE OF ACTION

### VIOLATION OF PROMPT PAYMENT STATUTES

8        36.    Claimant realleges and incorporates by this reference each and every preceding

9    allegation set forth in this Arbitration Demand.

10        37.    Respondent has failed to make prompt payments, in derogation and breach of

11    the payment provisions of the TCA, and in violation of the California Prompt Payment

12    Statutes applicable to private works of improvement, including but not limited to *California*

13    *Civil Code* § 8800.

14        38.    Accordingly, SBE is entitled to penalties, including penalties at the rate of 2%

15    per month on the payments that GHP has failed to promptly pay together with costs,

16    attorneys' fees, and other such further relief as provided by law.

## THIRD CAUSE OF ACTION

### QUANTUM MERUIT

20        39.    Claimant realleges and incorporates by this reference each and every preceding

21    allegation set forth in this Arbitration Demand.

22        40.    Respondent has performed substantial electrical contracting work for GHP on

23    the Project, the fair and reasonable worth of which is no less than $22,131,436.08.

24        41.    Despite SBE's demands for payment to date, GHP has paid only

25    $19,410,937.57, leaving a balance due of at least $2,720,498.51.

26        42.    As a result of GHP's failure and refusal to pay SBE the fair and reasonable

27    value of the services provided on the Project, SBE has been damaged according to proof, but

28    in no event less than $2,720.498.51.

**FOURTH CAUSE OF ACTION**

**OPEN BOOK ACCOUNT**

43.    Claimant realleges and incorporates by this reference each and every preceding allegation set forth in this Arbitration Demand.

44.    Since SBE began work on the Project, GHP has become indebted to SBE on an open book account for money due in the sum of $22,131,436.08 for electrical contracting services performed by SBE on the Project at the request of GHP.

45.    Only $19,410,937.57 has been paid on the sums owed to date, and there is now due, owing, and unpaid the sum of $2,720,498.51, with interest thereon at the highest legal rate from March 18, 2022.

46.    As a result of GHP's failure and refusal to pay any part of the remaining balance, SBE has suffered and continues to suffer damages in a sum according to proof. Further, SBE has been required to retain counsel to represent it in recovering these sums, and has incurred attorneys' fees in an amount according to proof.

**FIFTH CAUSE OF ACTION**

**ENFORCEMENT ON LIEN RELEASE BOND**

47.    Claimant realleges and incorporates by this reference each and every preceding allegation set forth in this Arbitration Demand, including the allegations set forth in **EXHIBIT E**.

48.    On or about July 17, 2019, SBE provided GHP (and its lender) a "California Preliminary Notice – Private Works" informing it that SBE was providing services on the Property, and providing the requisite preliminary notice under *California Civil Code* §§ 8102, 8106-8118, and 8200 *et seq.*  Owner thus had all legally required notice that SBE would be providing labor and materials to the project.

49.    SBE's work on the Project was terminated unilaterally (and in breach of contract) by GHP on March 18, 2022.  In response to the termination letter, SBE began

wrapping up operations at the project site on March 18, 2022, and was completely offsite by March 22, 2022.

50. After receiving no payment from GHP despite several demands and extended negotiations, SBE was entitled to record and did timely record a verified Mechanic's Lien on the Property, which was duly recorded in the County of Los Angeles on or around May 10, 2022.

51. The Mechanic's Lien was recorded with the Los Angeles County Recorder's Office as Document Numbered 20220509630 and is attached hereto and incorporated as Exhibit C to **EXHIBIT E**.

52. GHP has recorded a good and sufficient bond issued by Hartford Fire Insurance Company in accordance with the provisions of *California Civil Code* § 8424 to release the Property from and terminate SBE's lien. GHP (and Hartford Fire Insurance Company) are bound to pay SBE any sum which SBE may recover, together with costs of suit.

53. SBE has incurred and will continue to incur additional costs for the bringing of this action in an amount according to proof at trial, and to the extent permitted under applicable law, including, but not limited to, *California Code of Civil Procedure* § 1032.

54. SBE is entitled to recover prejudgment interest at the rate of ten percent (10%) per annum pursuant to applicable law, including, but not limited to, *California Civil Code* § 3287.

## **PRAYER FOR RELIEF**

WHEREFORE, Claimant prays for judgment against Respondent as follows:

**On the First Cause of Action**:

1. For the sum of $2,720,498.51 for unpaid work, plus approximately $50,000.00 in demobilization costs, together with interest at the legal rate from beginning March 18, 2022 to date of entry of judgment;

2. For penalties, attorney's fees, and costs pursuant to the TCA and all applicable statutes.

3.      For reasonable attorneys' fees as outlined in Section 24 of the TCA;

4.      For the costs of arbitration, including but not limited to arbitrator fees and the costs incurred in filing SBE's Complaint in Los Angeles Superior Court, and

5.      For such other and further relief as the Arbitrators may deem just and proper.

**On the Second Cause of Action:**

6.      For penalties, reasonable attorney's fees, and costs pursuant to the TCA and *California Civil Code* §§ 8800, 8814 and *Business and Professions Code* § 7108.5;

7.      For such other and further relief as the Arbitrators may deem just and proper.

**On the Third Cause of Action:**

8.      For the reasonable value of the uncompensated services provided by SBE according to proof, but in no case less than $2,720.498.51.

9.      For reasonable attorneys' fees as outlined in Section 24 of the TCA;

10.     For the costs of arbitration, including but not limited to arbitrator fees and the costs incurred in filing SBE's Complaint in Los Angeles Superior Court, and

11.     For such other and further relief as the Arbitrators may deem just and proper.

**On the Fourth Cause of Action:**

12.     For the reasonable value of the uncompensated services provided by SBE according to proof, but in no case less than $2,720.498.51.

13.     For other resulting damages according to proof.

14.     For reasonable attorneys' fees according to proof;

15.     For the costs of arbitration, including but not limited to arbitrator fees and the costs incurred in filing SBE's Complaint in Los Angeles Superior Court, and

16.     For such other and further relief as the Arbitrators may deem just and proper.

**On the Fifth Cause of Action:**

17.     For a ruling by the arbitrator that, as against GHP, SBE is entitled to recover all sums awarded hereunder on the First, Second, Third, and Fourth Causes of Action against the Lien Removal Bond recorded by GHP.

18.     For such other and further relief as the Arbitrators may deem just and proper.

1

2

3    Dated:  December 29, 2022                    LOPEZ, BARK & SCHULZ LLP

4

5

                                                By: _____
6
                                                    Harry J. Schulz III
7                                                   Michael E. Lopez
                                                    Brian Z. Bark
8                                                   James P. Miller
                                                    Attorneys for Claimant,
9                                                   SBE ELECTRICAL CONTRACTING,
                                                    INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT H

**AMERICAN ARBITRATION ASSOCIATION®**  INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

## ARBITRATION ANSWERING STATEMENT AND COUNTERCLAIM OR JOINDER/CONSOLIDATION REQUEST

| | |
|---|---|
| Name of Claimant:  SBE Electrical Contracting, Inc. | Name of Representative (if known):  Dr. Michael E. Lopez |
| Address:  **2817 McGaw Avenue** | Name of Firm (if applicable):  Lopez, Bark & Schulz LLP |
| | Representative's Address:  300 Spectrum Center Drive, Suite 1550 |

| | | | | | |
|---|---|---|---|---|---|
| City:  Irvine | State:  CA | Zip Code:  92614 | City:  Irvine | State:  CA | Zip Code:  92618 |

| | | | |
|---|---|---|---|
| Phone No.:  714-544-5066 | Fax No.: | Phone No.:  949-383-9585 | Fax No.: |

| | |
|---|---|
| Email Address:  eric@sbeoc.com | Email Address:  mlopez@lbslawyers.com |

| | |
|---|---|
| AAA Case No. (if known):  01-22-0005-4378 | Filing a Counterclaim: ☑ Yes ☐ No  *If yes, please describe nature of counterclaim in space below.* |

Please answer Claimant's Demand for Arbitration (and describe your counterclaim, if applicable): *Attach additional pages as necessary.*

**See attached answer and counterclaim.**

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?   ☐ Yes  ☑ No

☐ Joinder/Consolidation Request. Provide the contact information for parties to be joined, and the case number(s) if consolidation is requested, on a separate attachment.

| | |
|---|---|
| Dollar Amount of Claim or Counterclaim: $  According to proof, but at least $10MM | Other Relief Sought:<br>☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs<br>☑ Punitive/ Exemplary ☐ Other |

| | |
|---|---|
| Filing Fee: (if any) $ | In accordance with Fee Schedule: ☐ Flexible Fee Schedule ☑ Standard Fee Schedule |

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Experienced with large owner/trade contractor construction disputes, electrical contracting, standard of care for specialized contractors.

| | |
|---|---|
| Hearing locale:   *(check one)* ☑ Agree to requested locale ☐ Objection to locale  Proposed alternative locale: | |

| | | |
|---|---|---|
| Estimated time needed for hearings overall: | hours or  8-10 | days |

| | |
|---|---|
| Signature (may be signed by a representative):  /s/ Joel D. Deutsch | Date:  **January 25, 2023** |

| | |
|---|---|
| Name of Respondent:  Palmer Beaudry Avenue Properties, L.P. | Name of Representative:  Joel D. Deutsch |
| Address (to be used in connection with this case):  **270 N. Canon Drive, Penthouse** | Name of Firm (if applicable):  Jeffer Mangels Butler & Mitchell LLP |
| | Representative's Address:  1900 Avenue of the Stars, 7th Floor |

| | | | | | |
|---|---|---|---|---|---|
| City:  Beverly Hills | State:  CA | Zip Code:  90210 | City:  Los Angeles | State:  CA | Zip Code:  90067 |

| | | | |
|---|---|---|---|
| Phone No.:  (310) 207-3100 | Fax No.: | Phone No.:  (310) 203-8080 | Fax No.:  (310) 203-0567 |

| | |
|---|---|
| Email Address:  drue@ghpalmer.com (please contact through counsel) | Email Address:  jdeutsch@jmbm.com |

**Please send a copy of this Answering Statement to all other case participants and the AAA. If you are filing a counterclaim, please include the appropriate Filing Fee, if any, per the applicable Rules.**

1  JEFFER MANGELS BUTLER & MITCHELL LLP
   JOEL D. DEUTSCH (Bar No. 102660)
2  *jdeutsch@jmbm.com*
   JUSTIN ANDERSON (Bar No. 328969)
3  *Janderson@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
4  Los Angeles, California 90067-4308
   Telephone:    (310) 203-8080
5  Facsimile:    (310) 203-0567

6  Attorneys for Respondent Palmer Beaudry
   Avenue Properties, L.P.

7

8              AMERICAN ARBITRATION ASSOCIATION

9

10 SBE ELECTRICAL CONTRACTING, INC.,    | Case No. 01-22-0005-4378
   a California corporation,,
11                                        | **RESPONDENT'S ANSWER TO**
                 Claimant,                | **CLAIMANT'S DEMAND FOR**
12                                        | **ARBITRATION AND RESPONDENT'S**
           v.                             | **COUNTERCLAIM**
13
   PALMER BEAUDRY AVENUE
14 PROPERTIES, L.P., a California limited
   partnership;
15
                 Respondent.
16

17

18        Palmer Beaudry Avenue Properties, L.P. ("Palmer" or "Respondent") hereby submits this

19 answer and affirmative defenses in response to the Demand for Arbitration of SBE Electrical

20 Contracting, Inc. ("SBE" or "Claimant"; and with Respondent, the "Parties"), and asserts

21 Counterclaims against SBE as set forth more fully herein.  Respondent files this general denial to

22 the Demand and each cause of action contained therein, and deny generally and specifically each

23 material allegation contained therein and the whole thereof.  Respondent denies that Claimant is

24 entitled to any relief sought in the Demand and deny that Claimant has been damaged in any

25 amount whatsoever.

26                            **AFFIRMATIVE DEFENSES**

27        Without admitting any of the allegations of the Demand, or admitting that Claimant is

28 entitled to any relief whatsoever, Respondent pleads the following separate defenses. Respondent

reserves the right to assert additional affirmative defenses that discovery, investigation, and/or any amendments to Claimant's Demand indicate are proper.

**FIRST AFFIRMATIVE DEFENSE**

1.      As a separate affirmative defense to the Demand and each purported cause of action contained therein, Respondent alleges that the Demand fails to state facts sufficient to constitute a cause of action against Respondent.

**SECOND AFFIRMATIVE DEFENSE**

2.      As a separate affirmative defense to the Demand and each purported cause of action contained therein, Respondent alleges that the purported causes of action asserted in the Demand are barred by such statutes of limitations as may be applicable.

**THIRD AFFIRMATIVE DEFENSE**

3.      As a separate affirmative defense to the Demand and each purported cause of action contained therein, Respondent alleges that Claimant's claims, if any, are barred for its failure, and/or the failure of the persons and/or entities acting on its behalf, to mitigate any purported damages.

**FOURTH AFFIRMATIVE DEFENSE**

4.      As a separate affirmative defense to the Demand and each purported cause of action contained therein, Respondent alleges that Claimant is barred in whole or in part from prosecution of the purported causes of action set forth in the Demand by the doctrines of waiver, unclean hands, laches and/or estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

5.      As a separate affirmative defense to the Demand and each purported cause of action contained therein, Respondent alleges that the Demand and each of Claimant's purported causes of action are preempted and thus barred, in whole or in part, by one or more applicable state or federal laws, statutes and/or regulations.

**SIXTH AFFIRMATIVE DEFENSE**

6.      As a separate affirmative defense to the Demand and each purported cause of action contained therein, Respondent alleges that Claimant has not been injured or damaged as a

1  proximate result of any act or omission for which Respondents are responsible.

2  **SEVENTH AFFIRMATIVE DEFENSE**

3  7.      As a separate and affirmative defense to the Demand and each purported cause of

4  action contained therein, Respondent alleges that Claimant's claims are barred, in whole or in part,

5  by the doctrines of payment, ratification, and/or accord and satisfaction.

6  **EIGHTH AFFIRMATIVE DEFENSE**

7  8.      As a separate affirmative defense to the Demand and each purported cause of

8  action contained therein, Respondents allege that their actions were in full compliance with the

9  law.

10  **NINTH AFFIRMATIVE DEFENSE**

11  9.      As a separate affirmative defense to the Demand and each purported cause of

12  action contained therein, Respondent alleges that, by virtue of the acts of Claimant and/or the

13  persons and/or entities acting on its behalf, Claimant is barred from prosecuting the purported

14  cause of actions set forth in the Demand because the acts and/or omissions alleged therein were

15  justified and/or excused.

16  **TENTH AFFIRMATIVE DEFENSE**

17  10.      As a separate affirmative defense to the Demand and each purported cause of

18  action contained therein, Respondents allege that, by virtue of the acts of Claimant and/or the

19  persons and/or entities acting on Claimant's behalf, Respondents have been damaged in an amount

20  equal to or greater than the amount of damages, if any, to which Claimant might be entitled and,

21  accordingly, Respondents are entitled to an offset against any sums found owing to Claimant from

22  Respondent.

23  **ELEVENTH AFFIRMATIVE DEFENSE**

24  11.      As a separate affirmative defense to the Demand and each purported cause of

25  action contained therein, Respondent alleges that Claimant's damages, if any, were caused by the

26  primary negligence and/or acquiescence in the acts and omissions alleged in the Demand by the

27  Claimant, and Claimant's agents, employees, representatives, relatives, heirs, assigns, attorneys,

28  and/or any others acting on Claimant's behalf.  By reason thereof, Claimant is not entitled to

JMBM | Jeffer Mangels Butler & Mitchell LLP

ANSWER TO DEMAND AND COUNTERCLAIM

1  damages or any other relief whatsoever as against Respondent.

2  ## TWELFTH AFFIRMATIVE DEFENSE

3  12.    As a separate affirmative defense to the Demand and each purported cause of

4  action contained therein, Respondent alleges that by virtue of the acts of the Claimant, and/or the

5  persons and/or entities acting on its behalf, Claimant is barred from prosecuting the purported

6  causes of action set forth in the Demand because of a failure of the Claimant, and/or the persons

7  and/or entities acting on its behalf, to perform all or any conditions, whether precedent, concurrent

8  and/or subsequent, covenants, and/or promises on their part to be performed as between the parties

9  herein.

10  ## THIRTEENTH AFFIRMATIVE DEFENSE

11  13.    As a separate affirmative defense to the Demand and each purported cause of

12  action contained therein, Respondent alleges that Claimant is barred in whole or in part from

13  prosecuting the purported causes of action set forth in the Demand or obtaining the requested

14  relief because Claimant would be unjustly enriched if allowed to recover or obtain relief on its

15  Demand.

16  ## COUNTERCLAIM OF RESPONDENT

17  ## GENERAL ALLEGATIONS

18  1.    Respondent brings this Counterclaim to recover the astronomical damages

19  Claimant has caused by their plainly deficient and non-code-compliant electrical work on the 1150

20  unit apartment construction project that is the subject of this arbitration.

21  2.    Specifically, Respondent terminated Claimant from the construction project, and

22  since then has incurred almost $11,000,000 in electrical installation costs, of which approximately

23  $3,600,000 was spent fixing Claimant's shoddy work and the rest spent completing what they left

24  unfinished.  That means Respondent has collectively paid Claimant and Claimant's replacement

25  over $31,000,000.  That is more than $4,000,000 over the Parties' contract price plus change

26  orders, which is a sum expressly recoverable by Respondent under the Parties' agreement.

27  3.    Moreover, electrical work on the third and final phase of the construction project

28  has largely yet to begin, and is estimated to cost at least another $11,000,000.

1    4.    When all is said and done, Claimant will owe Respondent at the very minimum

2  $15,000,000.

3    5.    The extraordinary costs to fix and complete Claimant's work shows not only how

4  badly they screwed up, but also how far over budget they were, especially considering that

5  Claimant utilized union labor while Claimant's replacement utilizes non-union labor, which

6  should be much cheaper.  Had Claimant not been terminated and replaced, the project completion

7  costs surely would have outstripped the Parties' contract price by tens of millions of dollars.

8    6.    One of Claimant's failures in particular caused extraordinary harm to Respondent –

9  Claimant did not protect the main switchgear from water intrusion, even though that responsibility

10  is squarely allocated to them by the Parties' agreement.  The time to replace the switchgear caused

11  at least a six month delay in occupancy of hundreds of apartments, and a concurrent extension of

12  Respondent's construction loan carrying costs.  Six months of interest expense alone amounts to

13  approximately $10,000,000, and the costs associated with delay in occupancy are yet to be

14  determined but are in the millions of dollars.

15        A.    **The Agreement**

16    7.    On or about December 11, 2020, Claimant and Respondent entered into a trade

17  contractor agreement ("Agreement") under which Claimant agreed to perform electrical work for

18  Respondent's planned 1150 unit residential development at the property located at 1000 Temple

19  Street, Los Angeles, California ("Project").  The total Agreement price is $25,030,621.89, before

20  subsequent change orders.  A true and correct copy of the Agreement is attached hereto as **Exhibit**

21  **1** and is incorporated herein.

22    8.    The Project was to be completed in three phases.  These phases represent three

23  separate portions of the Property.  Claimant contracted to perform electrical work for all three

24  phases.   At the time of the filing of this Counterclaim, the only work completed on phase three

25  was foundational work.

26    9.    Under the Agreement, Claimant agreed to:

27        B.    Correct "any Work that is not acceptable to the [Respondent's] Job
             Superintendent and/or [Respondent's] Representative" (Agreement, Ex. A);

28

---

5

ANSWER TO DEMAND AND COUNTERCLAIM

C.   Be "responsible for storage and security of all material [Claimant] causes to be placed on the jobsite" (Agreement, Ex. D);

D.   Perform work "in compliance with all Federal, State and Local ordinances and requirements concerning [Claimant's] work" (*Id.*);

E.   Be "responsible for protecting and insuring its own tools and equipment and all materials stored on-site or off-site" (Agreement at ¶ 7);

F.   "[U]se all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades."  (Agreement, Ex. A at ¶ 8.)

10.   If Claimant failed or refused to provide adequate supervision or materials of the proper quality, failed to properly and thoroughly complete work so as to allow and cause inspections to be passed without delay, or failed to comply with any provision of the Agreement, then Respondent may terminate for default Claimant's performance of all or a part of the Work. (*See* Agreement, ¶ 6.3.)

11.   In the event of termination of the Agreement for default of Claimant's obligations thereunder, Respondent may complete the work by whatever method Respondent deems expedient, and Claimant shall not be entitled to receive any further payment until the Work shall be fully completed and accepted by Respondent.  (Agreement, ¶ 6.4.)  At such time, if the costs incurred by Respondent to complete the Work (including reasonable overhead and profit) exceed the unpaid balance of the Contract Price, Claimant shall pay to Respondent the difference upon written demand therefor.  (*Id.*)

12.   As explained in detail below, Claimant's work was well below par and its deficiencies so widespread that Respondent had little choice but to terminate for cause and replace Claimant on the Project.

B.   **Claimant's Deficient Work**

13.   On or about March 14, 2022, Respondent provided Claimant 48-hours-notice under the Agreement to rectify and resolve a number of deficiencies with Claimant's work, a true and correct copy of which is attached as **Exhibit 2**.  Claimant did not rectify the deficiencies.

14.   On May 18, 2022, Respondent exercised its option to terminate for cause Claimant's work under the Agreement.  A true and correct copy of Respondent's notice of

1 termination is attached as **Exhibit 3**.

2      15.    Claimant's termination was a long time coming.

3      16.    At the time of Claimant's termination, nearly every unit bore defects.

4      17.    Throughout the construction at the Property, Claimant has failed to properly install

5 unit-level and building-level electrical equipment and has therefore delayed completion of the

6 Project, as is detailed by the correction notices issued by the Los Angeles Department of Building

7 and Safety ("LADBS" and the "Correction Notices").

8      18.    The Correction Notices keep coming in, as Respondent discovers more of

9 Claimant's shoddy and non-code-compliant work.

10      19.    Respondent is informed and believes that Claimant is not properly equipped to

11 perform electrical work on large wood structures and is instead specialized in servicing reinforced

12 concrete construction.  Claimant should not have bid the Project.

13      20.    Claimant also improperly staffed the Project – Claimant staffed too many union

14 apprentices and too few union journeyman, and therefore Claimant's workforce was not

15 experienced enough to perform satisfactory work.

16      21.    The following is a selection of some of the defects that Respondent has identified:

17          A.    Many short circuits, requiring the tracing of un-labeled lines and sometimes

18               removing drywall to install new circuits or to identify the issues;

19          B.    Electrical receptacles found in rooms where they were not specified, and

20               dry-walled over;

21          C.    Incorrect or absent grounding, including the grounding touching the hot

22               lines, or the grounding missing entirely;

23          D.    Incorrect wiring, including mixed neutral and hot wiring which sets off

24               breakers, and mixed GFCI loads and lines in the kitchens which means that

25               certain receptacles in the kitchen do not work properly, and switches being

26               wired to the wrong lights;

27          E.    Crossed circuits; and

28          F.    Inverters out of place.

JMBM | Jeffer Mangels Butler & Mitchell LLP

22.     Much of the remedial work done by Claimant's replacement has been inspector driven, and much of Claimant's work was not code-compliant, meaning that any argument that the work was unnecessary falls flat.

23.     Separately, Claimant failed to protect the Project-level electrical equipment at the Property – the switchgear – from water damage.

24.     That switchgear is located in the basement level of one of the buildings on the Property.

25.     In the fall of 2021, that switchgear was exposed to water through an unsealed hole in the deck above the switchgear room that Claimant's employees drilled.

26.     The Agreement allocates responsibility for the protection of the switchgear squarely with Claimant, regardless of where the switchgear is located or the stage of its installation – "[Claimant] is responsible for protecting and insuring its own tools and equipment and all materials stored on-site or off-site… ."  (Agreement at ¶ 7.)  "[Claimant] shall use all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades."  (Agreement, Ex. A at ¶ 8.)

27.     Claimant of its own accord never even covered the switchgear with plastic, despite that being an industry practice and despite the rain that Southern California experienced in the fall and winter of 2021.  Nor did Claimant of its own accord take any other measures to protect the switchgear or switchgear room from water intrusion during construction on the Project, such as temporary curbs around the base of the switchgear, curbs around the holes in the deck above the switchgear room, or other measures to prevent water from dripping on the switchgear from above.  Per the Agreement, Ex. D at ¶ 66, Claimant acknowledged that they were the electrical expert on the Project and that Respondent relied on their expertise.  And as discussed above, the Agreement allocates responsibility to Claimant to protect their equipment even after installation.  Accordingly, Claimant cannot abdicate responsibility to Respondent for protection of the switchgear, or plausibly claim that because it purportedly "spotted the issue" of potential water intrusion that it is off the hook.

28.     Claimant's failure to protect the switchgear from water damage has caused extreme

JMBM | Jeffer Mangels Butler & Mitchell LLP

1   Project delays – the time to replace the switchgear caused at least a six month delay in occupancy

2   of hundreds of apartments, and a concurrent extension of Respondent's construction loan carrying

3   costs.  Six months of interest expense alone amounts to approximately $10,000,000 and the costs

4   associated with delay in occupancy are yet to be determined but are in the millions of dollars.

5       29.   Direct switchgear replacement costs amount to at least $900,000, separate and apart

6   from Respondent's Project completion and remediation costs described above.

7       30.   Claimant's screw-ups in the main electrical rooms are not limited to their failure to

8   protect the Project switchgear.

9       31.   Recently, Respondent discovered that Claimant had, to put it simply, installed

10   conduit (the "Buss Ducts") backwards.  Those Buss Ducts branch out from the switchgear and into

11   the rooms above where they connect to "Tap Boxes."  Because of the way Claimant installed the

12   Buss Ducts, Respondent could not properly connect the Tap Boxes.  The supplier offered an

13   accessory piece with a 70-week lead time, which would have delayed occupancy of a large

14   number of apartment units by the same time period, but fortunately, Respondent was able to solve

15   the issue by modifying the installation of the Buss Ducts.

16       32.   This problem is present in several rooms as to several Tap Boxes.  It is yet unclear

17   whether Respondent can utilize the same fix with respect to all of the Tap Box/Buss Duct

18   connections.  The majority of Claimant's work is similarly plagued with an obvious lack of

19   foresight, planning, professionalism, and capability.

20       33.   Claimant was terminated almost a year before the date of the filing of this

21   Counterclaim, and yet Respondent is still uncovering egregious installation errors, and expects to

22   discover more in the future.  Respondent reserves the right to amend this Counterclaim to the

23   extent necessary as work at the Project continues.

24       C.   **Claimant Has Withheld Money Owed to Respondent**

25       34.   After the Agreement was finalized, Claimant and Respondent worked together to

26   identify a $960,000 value engineer-driven reduction in the Agreement price related to lighting.

27       35.   Claimant has not paid Respondent the $960,000 value engineer-driven credit, or

28   reduced the Agreement price accordingly.

## FIRST DEMAND FOR RELIEF

### (Breach of Contract)

36.    Respondent hereby incorporates by reference each and every allegation contained in paragraphs 1 through 35 above, as though fully set forth herein.

37.    Claimant was obligated to perform electrical work in accordance with the Agreement, and Claimant was further obligated to maintain and protect the installed work . (*See* Agreement ¶¶ 6.3, 7 8, and Exs. A and D.)

38.    Claimant has breached its contractual obligations to honor the terms of the Agreement by, among other things, failing to properly install and protect the electrical equipment at the Property.

39.    Respondent has complied with and performed all of its obligations under the Agreement, except to the extent it was excused or prevented from doing so by the actions and/or omissions of Claimant.

40.    As a direct and proximate result of the breaches of the Agreement by Claimant, Respondent has suffered damages in an amount be established according to proof.

## SECOND DEMAND FOR RELIEF

### (Negligence)

41.    Respondent hereby incorporates by reference each and every allegation contained in paragraphs 1 through 40 above, as though fully set forth herein.

42.    Claimant owed Respondent a duty to exercise such skill and care that a reasonably careful electrical engineer would have used in similar circumstances.  An electrical engineer is obligated to exercise due care in the performance of its electrical engineering and supervision duties.

43.    Respondent is informed, believes, and based thereon alleges, that Claimant breached its professional duty of care to Respondent by performing defective and non-compliant work.

44.    At all times relevant herein, it was foreseeable to Claimant that Respondent would rely upon the advice and expertise of Claimant, and, based upon Claimant's guidance and

1  expertise, would expend substantial sums for the work to be performed in connection with the

2  Project.  Indeed, Claimant knew or should have known that Respondent would suffer damages if

3  Claimant failed to perform its duties with reasonable care and in a professional manner.

4      45.    As a direct and proximate result of Claimant's negligence and other misconduct,

5  Respondent has suffered damages in an amount be established according to proof.

### PRAYER FOR RELIEF

7      WHEREAS Respondent prays for judgment against Claimant, as set forth herein

8  below:

9      1.    For all compensatory, special and resulting damages according to proof at this

10  arbitration;

11      2.    Punitive and exemplary damages according to proof at trial;

12      3.    For interest on Respondent's damages at the legal rate;

13      4.    Costs of arbitration incurred herein;

14      5.    Reasonable attorneys' fees where provided by law, contract, or statute; and

15      6.    For such other and further relief as the Arbitrator deems just and proper.

17  DATED:  January 25, 2023          JEFFER MANGELS BUTLER & MITCHELL LLP
18                                    JOEL D. DEUTSCH
                                      JUSTIN ANDERSON

20                                    By: _____
21                                          JOEL D. DEUTSCH
                                      Attorneys for Respondent Palmer Beaudry Avenue
22                                    Properties, L.P.

**PROOF OF SERVICE**

**SBE ELECTRICAL CONTRACTING, INC. v. PALMER BEAUDRY AVENUE PROPERTIES, LP**
**AAA Case No. 01-22-0005-4378**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On January 25, 2023, I served true copies of the following document(s) described as **ARBITRATION ANSWERING STATEMENT AND COUNTERCLAIM** as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address Janderson@jmbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Jeffer Mangels Butler & Mitchell LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2023, at Los Angeles, California.

Justin Anderson

70967385v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Dr. Michael E. Lopez                          *Attorneys for Plaintiff*
Brian Bark
Lopez, Bark & Schulz LLP
300 Spectrum Center Drive, Suite 1550
Irvine, California 92618
E-Mail: mlopez@lbslawyers.com
      bbark@lbslawyers.com

JMBM | Jeffer Mangels Butler & Mitchell LLP

# EXHIBIT I



AmTrust North America
An AmTrust Financial Company

**AmTrust North America**
Post Office Box 89404 • Cleveland, OH 44101
(P) 888.239.3909 • (F) 678.258.8395
Email: amtrustclaims@amtrustgroup.com

March 29, 2023

<u>**Via Mail & Email: jeff@sbeoc.com**</u>

SBE Electrical Contracting, Inc.
Attn: Jeff Wilson
2961 West MacArthur Blvd., Ste #128
Santa Ana, CA 92704

**Re:    SBE Electrical Contracting, Inc. v. Palmer Beaudry Ave. Properties, L.P.;
American Arbitration Association Case No. 01-22-0005-4378**

| | |
|---|---|
| Insurance Company: | Associated Industries Insurance Company, Inc. |
| Our Claim No.: | 3476239-1 |
| Policyholder: | SBE Electrical Contracting, Inc. |
| Policy No.: | AES11194467-00 |
| Effective Dates: | July 18, 2020 to July 18, 2021 |
| Claimants: | Palmer Beaudry Avenue Properties, LP |
| Date of Loss: | December 28, 2020 |
| Loss Location: | 1000 Temple St., Los Angeles, California |

Dear SBE Electrical Contracting, Inc., and Mr. Wilson:

AmTrust North America is the claims administrator on behalf of Associated Industries Insurance Company, Inc. ("Associated"), the general liability carrier for SBE Electrical Contracting, Inc. ("SBE"). We are aware that SBE initiated the captioned arbitration proceeding against Palmer Beaudry Avenue Properties, L.P., ("Palmer") and have received Palmer's counterclaim against SBE in that proceeding. The purpose of this letter is to advise you that Palmer's counterclaim is not covered by the terms of the Associated policy issued to SBE, captioned above, and that Associated respectfully disclaims any duty to defend or indemnify SBE in connection with Palmer's counterclaim.

Our understanding of the Palmer counterclaim is based on the information and documents provided to us as set forth in the Palmer/SBE contract and in the arbitration pleadings. Please understand that our recitation of the allegations below is not meant to suggest that the allegations are correct or true but only that the allegations form the basis for this claim. If our understanding of the allegations is incorrect or inaccurate in any respect, please let us know immediately.

<u>The Arbitration Pleadings</u>

SBE Electrical Contracting, Inc.                                          Page 2
Attn: Jeff Wilson
March 29, 2023

According to the Demand for Arbitration SBE filed on December 29, 2022, Palmer hired SBE as the electrical contractor for a "large, three-building luxury resort apartment complex called" Ferrante. (Demand, ¶ 2.) SBE claims Palmer "has failed to pay approximately $3,000,000 for the electrical contracting services provided by" SBE to Palmer. (¶ 3.) SBE claims that it "initially bid the project at approximately $28,000,000, but believed it could provide" Palmer with $3 million "in value engineering." (¶ 9.)

"Throughout SBE's work on the project, the electrical drawings and specifications underwent numerous revisions as part of this contractually required interactive process." (¶ 11.) The parties "were supposed to meet to review and revise the costs as the plans were amended" but "even though Claimant began pushing in Fall of 2021 to have a 'true up' meeting to finalize and obtain approval regarding the latest set of cost updates, it never occurred despite SBE's availability and insistence." (¶ 11.)

"To date," SBE alleges, "SBE has performed uncompensated work on the Project that is worth $2,720,498.51." (¶ 13.) On March 14, 2022, counsel for" Palmer "issued a vague and conclusory letter to Claimant purporting to give 48 Hours' Notice under the TCA to rectify and resolve various issues" even though SBE alleges that the "issues raised by" Palmer "either did not truly exist, were not actually problems in need of fixing, or otherwise were not the responsibility of this Claimant to address under the" parties' contract. (¶ 14.) "The issues presented" by SBE's letter "included damages to electrical equipment from water intrusion into the project's main electrical room." (¶ 15.) Palmer "terminate[d] the" parties' contract "for cause" on March 18, 2022. (¶ 15.)

Among other things, SBE claims Palmer breached the parties' contract and demands breach of contract damages in the amount of $2,720,498.51 (¶ 29), "demobilization costs" in the amount of $50,000 (¶ 33), attorney's fees (¶ 34), and prejudgment interest. (¶ 35.)

Palmer filed an arbitration counterclaim of January 25, 2023. According to Palmer, it "terminated" SBE "from the construction project, and since then has incurred almost $11,000,000 in electrical installation costs, of which approximately $3,600,000 was spent fixing [SBE's] shoddy work and the rest spent completing what they left unfinished" meaning Palmer has "collectively paid" SBE and its "replacement over $31,000,000" which "is more than $4,000,000 over the Parties' contract price plus change orders, which is a sum expressly recoverable by Respondent under the Parties' agreement." (Counterclaim ¶ 2.) "Moreover, electrical work on the third and final phase of the construction project has largely yet to begin, and is estimated to cost at least another $11,000,000. (¶ 3.) "When all is said and done," Palmer claims SBE will owe "at the very minimum $15,000,000." (¶ 4.) "The extraordinary costs to fix and complete" SBE's "work shows not only how badly they screwed up, but also how far over budget they were" and

SBE Electrical Contracting, Inc.                                                    Page 3
Attn: Jeff Wilson
March 29, 2023

that "Had [SBE] not been terminated and replaced, the project completion costs surely would have outstripped the Parties' contract price by tens of millions of dollars." (¶ 5.)

Palmer's counterclaim singles out "one of [SBE's] failures in particular" that "caused extraordinary harm to" Palmer, that SBE "did not protect the main switchgear from water intrusion, even though that responsibility is squarely allocated to them by the Parties' agreement." (¶ 6.)

According to Palmer, SBE's "work was well below par and its deficiencies so widespread that [Palmer] had little choice but to terminate for cause and replace Claimant on the Project." (¶ 12.) "At the time of [SBE's] termination, nearly every unit bore defects." (¶ 16.) SBE "failed to properly install unit-level and building-level electrical equipment and has therefore delayed completion of the Project, as is detailed by the correction notices issues by the Los Angeles Department of Building and Safety". (¶ 17.) Palmer claims it keeps discovering more defects caused by SBE (¶ 18.)

Palmer claims numerous elements of SBE's electrical work was done incorrectly and that it will need to "remove drywall to install new circuits." (¶ 21.)

"Separately, [SBE] failed to protect the Project-level electrical equipment at the Property – the switchgear – from water damage." (¶ 23.) "The switchgear is located in the basement level of one of the buildings on the Property" (¶ 24) and "that switchgear was exposed to water through an unsealed hole in the deck above the switchgear room that Claimant's employees drilled." (¶ 25.) The parties' contract "allocates responsibility for the protection of the switchgear squarely with [SBE], regardless of where the switchgear is located or the stage of its installation" because the contract says SBE "is responsible for protecting and insuring its own tools and equipment and all materials stored on-site or off-site" and that SBE "shall use all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades." (¶ 26, quoting Contract ¶ 7-8.)

Palmer alleges that SBE admits it "never even covered the switchgear with plastic, despite that being an industry practice and despite the rain that Southern California experienced in the fall and winter of 2021." (¶ 27.) "Nor did [SBE] of its own accord take any other measures to protect the switchgear or switchgear room from water intrusion during construction … to prevent water from dripping on the switchgear." (¶ 27.) This alleged "failure to protect the switchgear from water damage has caused extreme Project delays – the time to replace the switchgear caused at least a six month delay in occupancy of hundreds of apartments, and a concurrent extension of Respondent's construction loan carrying costs," on which "interest expense alone amounts to approximately $10,000,000 …." (¶ 28.) Moreover, "Direct switchgear replacement costs

SBE Electrical Contracting, Inc.                                    Page 4
Attn: Jeff Wilson
March 29, 2023

amount to at least $900,000, separate and apart from" the "Project's completion and remediation costs described above."  (¶ 29.)

Palmer also claims that it discovered SBE had "installed conduit (the "Buss Ducts") backwards" that prevented Palmer from "properly connect[ing] the Tap Boxes," a problem that required "modifying the installation of the Buss Ducts." (¶ 31.) Beyond the Tap Boxes, Palmer claims it "is still uncovering egregious installation errors, and expects to discover more in the future." (¶ 33.) Palmer also alleges that SVE is withholding a "$960,000 value engineer-driven credit" mutually agreed to between the parties. (¶¶ 34-35.)

Palmer's counterclaim alleges one count for breach of contract against SBE based on its allegedly "failing to properly install and protect the electrical equipment at the Property." (¶ 38.) Palmer alleges another count for negligence that claims SBE violated its duty of care as an electrical engineer "by performing defective and non-compliant work." (¶ 43.)

The counterclaim thus requests special and compensatory damages, punitive damages, interest, arbitration costs, and attorney's fees and required by the parties' contract.

<u>The Palmer/SBE Contract</u>

SBE and Palmer entered into a "Trade Contractor Agreement" dated July 13, 2019. According to the copy of the contract provided to Associated, the "Contract Price" was $25,030,621.89.

Relevant here, Paragraph 7 of the contract, titled "Materials," says SBE "is responsible for protecting and insuring its own tools and equipment and all materials store on-site or off-site, from theft and other loss …." That paragraph also provides that Palmer "shall not be responsible for loss or theft of or damage to any of Trade Contractor's property or to any materials stored at the Project" except as a result of "the gross negligence or willful misconduct of" Palmer.

In the same vein, Exhibit A to the contract, titled "General Conditions," contains a Paragraph 8 saying that SBE "shall use all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades.  In the event of damage, [SBE] shall make all repairs and replacements necessary to the approval of [Palmer] at no additional cost to [Palmer]."

SBE Electrical Contracting, Inc.                                                        Page 5
Attn: Jeff Wilson
March 29, 2023

We understand from correspondence from your attorney, Mr. Lopez (copied here), that SBE stoutly denies Palmer's allegations and contends that Palmer, not SBE, owed a duty to protect the switchgear equipment installed by SBE from rainwater.

<u>Conclusions, Disclaimers, and Reservation of Rights</u>

The policy provides General Liability coverage subject to form CG 00 01 12 07. The applicable limits are $1,000,000 per Occurrence with a General Aggregate Limit of $2,000,000 and a Products/Completed Operations Aggregate Limit of $2,000,000. A $5,000 deductible per occurrence including expense applies to the liability coverage.

In connection with our determination that the policy does not provide coverage for Palmer's arbitration counterclaim, this letter will quote or paraphrase policy language which appears at issue based on the information available at this time. However, Associated reserves its rights to rely upon all the policy provisions, whether or not specifically quoted or paraphrased in this letter.

First, we refer you to policy form CG 00 01 12 07, at Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability, paragraph 1 and Coverage B Personal and Advertising Injury Liability, paragraph 1, which state in part:

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**
   **a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.**

   *                    *                    *

   **b. This insurance applies to "bodily injury" and "property damage" only if:**
   **(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";**

SBE Electrical Contracting, Inc.                                                    Page 6
Attn: Jeff Wilson
March 29, 2023

                    \*                  \*                  \*

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**
**1. Insuring Agreement**
    **a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result.**

                    \*                  \*                  \*

"Bodily injury," "property damage," "personal and advertising injury" and "suit" are defined in Section V - Definitions as follows:

    **"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.**

        \*                  \*                  \*

    **"Property damage" means:**
    **a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or**

    **b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.**

    **For the purposes of this insurance, electronic data is not tangible property.**

    **As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data**

SBE Electrical Contracting, Inc.                                    Page 7
Attn: Jeff Wilson
March 29, 2023

> processing devices or any other media which are used with electronically controlled equipment.

> \*                      \*                      \*

> **"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:**
> a. **False arrest, detention or imprisonment;**
> b. **Malicious prosecution;**
> c. **The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;**
> d. **Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or**
> e. **Oral or written publication of material that violates a person's right of privacy.**
> f. **The use of another's advertising idea in your "advertisement"; or**
> g. **Infringing upon another's copyright, trade dress or slogan in your "advertisement".**

> \*                      \*                      \*

> **"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:**
> a. **An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or**
> b. **Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.**

Under these definitions, Palmer's arbitration counterclaim alleges no "personal and advertising injury." Associated therefore owes no duty to defend or indemnify SBE under the policy's Coverage B.

SBE Electrical Contracting, Inc.                                                    Page 8
Attn: Jeff Wilson
March 29, 2023

Under Coverage A, the arbitration involves no claims of "bodily injury." Turning to "property damage," Palmer's claims of shoddy work, as well as of needing to remove other aspects of the project to fix SBE's allegedly-faulty electrical work, such as by ripping out drywall to access electrical systems, does not amount to "property damage" as defined and Associated disclaims any duty to defend or indemnify SBE based on the same.

Second, we refer you to Coverage A Bodily Injury and Property Damage Liability, 2. Exclusions paragraph j., which states:

**2. Exclusions**
**This insurance does not apply to:**

　　　*　　　　　　*　　　　　　　*

**j.  Damage To Property**
**"Property damage" to:**

　　　*　　　　　　*　　　　　　　*

**(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or**
**(6) That particular part of any property that must be restored repaired or replaced because "your work" was incorrectly performed on it.**

　　　*　　　　　　*　　　　　　　*

**Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".**

"Products-completed operations hazard," "your work" and "your product" are defined in Section V – Definitions as follows:

**"Products-completed operations hazard":**
**a.  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:**

SBE Electrical Contracting, Inc.                                    Page 9
Attn: Jeff Wilson
March 29, 2023

     (1) **Products that are still in your physical possession; or**
     (2) **Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:**
       (a) **When all of the work called for in your contract has been completed.**
       (b) **When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.**
       (c) **When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.**
       **Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.**

  b. **Does not include "bodily injury" or "property damage" arising out of:**
     (1) **The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;**
     (2) **The existence of tools, uninstalled equipment or abandoned or unused materials; or**
     (3) **Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.**

     **\*             \*         "\***

**"Your Work"**
  a. **Means:**
     (1) **Work or operations performed by you or on your behalf; and**
     (2) **Materials, parts or equipment furnished in connection with such work or operations.**
  b. **Includes:**
     (1) **Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use "f "your work", and**
     (2) **The providing of or failure to provide warnings or instructions.**

SBE Electrical Contracting, Inc.                                    Page 10
Attn: Jeff Wilson
March 29, 2023


         \*                    \*                    \*

**"Your product":**
- **a. Means:**
  - **(1)** **Any goods or products, other than real property, manufactured, sold or disposed of by:**
    - **(a) You;**
    - **(b) Others trading under your name; ©(c) A person or organization whose business or assets you have acquired; and**
  - **(2)** **Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.**
- **b. Includes**
  - **(1)** **Warranties or representations made at any time with respect to the fitness, quality, durability, performance or u"e of "your product", and**
  - **(2)** **The providing of or failure to provide warnings or instructions.**
- **c. Does not include vending machines or other property rented to or located for the use of others but not sold.**

It appears agreed in the arbitration claim and counterclaim that Palmer terminated SBE from the project before SBE's work under the contract was finished, meaning that work was never "completed" or "abandoned" and thus not within the "products-completed operations hazard."

Thus, to the extent the Palmer counterclaim alleges "property damage" caused by an "occurrence," that damage would necessarily be to "[t]hat particular part of real property on which you … are performing operations" and which "arises out of those operations." Exclusion j(5) would thus apply to preclude a duty to defend or indemnify SBE, if any, and Associated hereby disclaims any such duties.

Likewise, any "occurrence" caused "property damage" would necessarily be damage to "[t]hat particular part of any property that must be restored repaired or replaced because" SBE's "work" was "incorrectly performed" at the project. Exclusion j(6) would thus apply to preclude a duty to defend or indemnify SBE, if any, and Associated hereby disclaims any such duties.

Third, we refer you to Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability, at paragraph 2. Exclusions, subparagraph K, which states:

SBE Electrical Contracting, Inc.                                    Page 11
Attn: Jeff Wilson
March 29, 2023

**2.  Exclusions**
**This insurance does not apply to:**

\*                        \*                              \*

**k.  Damage To Your Product**
**"Property damage" to "your product" arising out of it or any part**
**of it.**

To the extent, if any, this matter involves "property damage" to "your product" arising out of it or any part of it, no coverage is available under the policy as set forth in the above-cited provision and Associated hereby reserves the right to disclaim the same.

Fourth, we refer you to paragraph 2. m of Coverage A, which states:

**2.  Exclusions**
**This insurance does not apply to:**

\*                        \*                              \*

**m. Damage To Impaired Property Or Property Not Physically**
**Injured**
**"Property damage" to "impaired property" or property that has**
**not been physically injured, arising out of:**
**(1) A defect, deficiency, inadequacy or dangerous condition in**
**"your product" or "your work"; or**
**(2) A delay or failure by you or anyone acting on your behalf to**
**perform a contract or agreement in accordance with its**
**terms.**
**This exclusion does not apply to the loss of use of other**
**property arising out of sudden and accidental physical injury to**
**"your product" or "your work" after it has been put to its**
**intended use.**

"Impaired property" is defined in Section V – Definitions of the policy as follows:

**"Impaired property" means tangible property, other than "your**
**product" or "your work", that cannot be used or is less useful**
**because:**
**a. It incorporates "your product" or "your work" that is known or**
**thought to be defective, deficient, inadequate or dangerous; or**

SBE Electrical Contracting, Inc.                                                          Page 12
Attn: Jeff Wilson
March 29, 2023

**b.  You have failed to fulfill the terms of a contract or agreement; if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.**

To the extent, if any, this matter involves damage to property that has not been physically injured or to "impaired property," i.e. property that cannot be used or is less useful because it incorporates "your product" or "your work" that is known or thought to be defective or because you or anyone acting on your behalf failed to fulfill the terms of a contract and that property can be restored to use by the repair or replacement of "your product" or "your work" or by fulfilling the terms of the contract, no coverage is available under the policies as set forth in the above-cited provision.  Associated hereby reserves the right to disclaim the same.

Fifth, we refer you to policy form CG 00 01 12 07 at Supplementary Payments – Coverages A and B paragraph 1 subparagraph e, which states in relevant part:

**1.  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:**

**\*                              \*                              \***

**e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.**

Claimant is seeking recovery of attorneys' fees.  Claims for attorneys' fees are not included in Supplementary Payments as set forth in the above-cited policy provision. Accordingly, we will not make any indemnity payments, or be responsible for any judgment secured against you for claimant's attorneys' fees.

Sixth, please be advised that Palmer's request for punitive damages cannot be covered by an insurance policy as a matter of California public policy. Associated hereby disclaims any duty to pay any punitive damages award entered against SBE.

The coverage issues, conditions and exclusions addressed above are not exhaustive of the coverage issues, conditions and exclusions which are, or could be, applicable to this action. By outlining certain coverage issues, conditions, exclusions and endorsements above, Associated does not waive any rights to assert any additional exclusions, defenses or avoidance of coverage under the referenced policy. Associated hereby reserves all such rights, including but not limited to the right to seek declaratory relief in a court of competent jurisdiction at any time.

SBE Electrical Contracting, Inc.                                   Page 13
Attn: Jeff Wilson
March 29, 2023

This coverage position is based upon our review of the policy and the information and documentation provided to us to date. If any of the factual information relied upon by us in the letter is inaccurate in any way, please advise us immediately in writing. If you receive any additional information concerning this matter, including suit papers, you should forward that information and suit papers to us immediately, and upon receipt, we will reassess the coverage position.

Pursuant to the Fair Claims Settlement Practices Regulations as set forth in Section 2695.7(b)(3) of the California Code of Regulations, Associated advises SBE that if you believe all or part of this claim has been wrongfully denied, or rejected, you may have this matter reviewed by writing to the:

> California Department of Insurance
> Claims Service Bureau
> 300 South Spring Street, South Tower
> Los Angeles, CA 90013
> Telephone at (800) 927-4357 or (213) 897-8921

If you have any questions regarding the above, please feel free to contact our claims representative, Ms. Tamara Enders, Claims Specialist III, directly at (727) 218-1167.

Very truly yours,

*Louise Lane*

Louise Lane
Manager, E&S Claims
CA Adjuster License # 2F60644
Phone: (480) 707-5073
Louise.Lane@amtrustgroup.com

LL/mb

cc:   Arthur J. Gallagher & Co.
      David_walker@ajg.com

      Michael E. Lopez, Esq.
      mlopez@lbslawyers.com

# EXHIBIT J

# Lopez, Bark & Schulz LLP

300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
T: (949) 383-9585  •  www.lbslawyers.com  •  F: (714) 242-1544

March 16, 2022

**VIA E-MAIL**

Travis M. Gemoets
Jeffer Mangels Butler & Mitchell LLP
*tgemoets@jmbm.com*

**Re:**  *Palmer Beaudry Avenue Properties LP / SBE Electrical Contracting, Inc.*

Dear Mr. Gemoets,

We are in receipt of your March 14, 2022 letter, in which you purport to give our client, SBE Electrical Contracting, Inc., a "48 HOUR NOTICE/NOTICE OF VIOLATION" for the Ferrante Project, on behalf of your client, Palmer Beaudry Avenue Properties, LP. We represent SBE, and have been asked to respond. In the future, please direct your correspondence to our attention. Your letter appears to lack foundation for the majority of its claims, and is vague and conclusory with respect to several other claims (rendering any sort of response beyond a simple denial on those points futile).

Putting aside sweeping, generalized statements like "failure to complete Project deliverables," your client's *specific* complaints appear to fall into three basic categories: (1) accounting issues, including a claimed "credit" for just under a million dollars; (2) issues arising from the water intrusion in the project's basements; and (3) issues arising from or related to the Punch List. Those will each be addressed in turn.

## I.    Accounting Issues

Your letter demands a "full accounting of all change orders and deductive change orders (or credits) from the contract amount to present day." What the Contract requires of SBE is quite clear: Owner (and its various representatives) "shall, during regular business hours, be afforded access to, and shall be permitted to audit and copy, Trade Contractor's records and accounts[.]" Agreement, Ex. B ¶ 9. If your client would like SBE to send copies, SBE will, as a courtesy, begin compiling those records and will send them along shortly. But its failure to produce them is not a breach of the Agreement, and so to the

extent that this particular issue is not resolved to your client's satisfaction by your letter's deadline, it does not provide any basis for termination of the Agreement.

Your letter further states that the "Accounting must include a value engineer-driven credit in the amount of approximately $960,000.00 that SBE agreed to [*sic*] in writing to provide, but has yet to actually account for." This statement strongly suggests that you may not be aware of how the accounting on this particular construction contract has been structured – and to your client's substantial benefit. By way of background, SBE"s initial bid on this project was approximately $28,000,000. Based on negotiations with your client, SBE performed its own rough analysis of your client's drawings and estimated that there could be approximately $3,000,000 in value-engineered savings for Owner's consideration. It submitted a revised bid of $25M and was awarded the contract, whereupon it set about working with the Owner and its engineers to allow them to value-engineer the project and produce revised drawings and specifications reflecting that engineering. To be perfectly clear: SBE issued its bid based on its own analyses; at the time it did so, your client *did not have* specifications and drawings that reflected the value-engineering that would take place. The parties have been continuing to revise these drawings as part of an ongoing process that is on the ninth iteration. Importantly, SBE *is not* the electrical engineer for the project and is not responsible for the completeness of your client's plans; they are not providing coordination services with other contractors. Rather, they are providing specific value-engineering suggestions with respect to the plans developed by your client's engineers.

At each stage of the process, the costs of the entire project are revised on an item-by-item level. This is performed at the base cost level, not at the change order level. Moreover, this procedure has allowed your client to make changes on an ongoing basis and build those changes into the costs at the base *cost* level (using bid prices for materials and labor) rather than at the change order level (which change orders use updated costs, which I'm sure you are aware have been going up lately).[1] The Agreement even addresses this process directly, in Paragraph "A" of Exhibit E, an amended paragraph written in between Paragraphs 22 and 23. It states that "Cost updates will be priced at BID rates[.], and specifically requires Sam Maus and Eric Grossman to *individually* review changes in order to implement the value engineering contract price.

Understanding how this process works is important, because it is obvious from your letter that someone at Palmer Beaudry Avenue Properties, LP, has gotten it into their head that they are supposed to get a separate $960,000 "credit" for some of the value engineering. But that is neither how the process works, nor what the documents reflect. The "Delta 9" cost update (included as an attachment as **Exhibit A**) prepared by my client demonstrates

---

[1] For this reason, you may also find that the Change Orders that you have requested in your letter do not, in fact, reflect the full scope of the alterations that have occurred on the project through the nine iterations of plans. Indeed, based on our initial (and incomplete) review, the majority of alterations to the bid price may have taken place at the cost level.

how the $960,743.50 savings from value engineering were worked into the revised costs for the "Light Fixture Package" (Code 35.0) for the residential units, reducing the amount from $3,983,837.40 (as set forth in my client's $25,030,621.89 bid) to $3,023,093.89 under the Delta 9 specifications.

That $960,000 amount is not a "credit" – it's a cost reduction that gets tabulated with a whole host of other reductions as well as a large number of *increases* reflecting your client's desired changes to yield an overall cost update for the project, which in this case implements your client's cost-increasing changes but still nets out in a reduction of the cost from $25,030,621.89 (the bid amount) to $24,514,766.54. To be clear, SBE *only has charged GHP the reduced amount* for the Light Fixture Package. By demanding a $960,000 "credit", your client is demanding to be treated to the same value-engineering discount *twice*. That is, of course, not something to which your client is entitled.

It cannot be stressed enough that this misunderstanding on your client's part likely could have been avoided if your client would simply *follow the contract's explicit provisions* and have Mr. Maus meet individually with Mr. Grossman to go over the Delta 9 Cost Update. Instead, my client has been treated to a string of demands and gross exaggerations from your client by people who clearly do not understand how the savings from my client's substantial VE efforts find their way into your client's pocket.

Finally, your letter also demands various union payroll information. Much like the change orders that you demand, the contract does not actually provide your client with the right to demand those documents within 48 hours or terminate the contract. Rather, what the contract allows is for your client to request that SBE submit monthly certified payroll records and/or weekly compilations of daily hours reports. Agreement Exh. C pp. 1-2. Failure to comply with these various payroll requirements specifically allows for your client to withhold payment if the documents are not timely provided (which has not occurred). It says nothing about termination. The Agreement also provides that once the project is entirely complete your client can then demand all payroll records not already produced as a requirement for final payment.

That said, SBE is happy to provide the requested records, and will even include the letters of good standing from the Union. All of these documents are included as Exhibits to the email conveying this letter. **Exhibit B** is a pay breakdown; **Exhibit C** collects the various union status letters, and **Exhibit D** is an expansive collection of pay reports. (Note that Exhibit D is included as a DropBox link due to the size of the document.) Please don't hesitate to let us know if there is anything else in this vein that your client would like to request; SBE keeps very good payroll records and will be happy to make reasonable efforts to provide GHP with what it requests.

**LBS** *Letter to Travis Gemoets re: GHP/SBE*                                   Page **4** of **10**
      March 16, 2022

### II.    <u>Water Damage Issues</u>

Your letter claims that "SBE's negligence allowed the switchgear to be exposed to water, which directly caused what has so far been a **four month** delay in occupancy of the building." (Emphasis in original.) Importantly, your letter does not explain how SBE was purportedly "negligent" and describes no specific actions or omissions by SBE that would constitute negligence.

To be clear, your conclusory accusations of negligence on the part of SBE are categorically rejected. They are also false and belied by both the documentary and photographic evidence as well as the correspondence concerning water intrusion into the electrical room. Quite to the contrary, SBE repeatedly notified and even begged GHP to address the sources of the repeated water intrusion and flooding with little success. Three photos are included below. There are many more.

  

This is not a situation in which materials were stored off- or on-site. *See e.g.,* Agreement ¶ 7. First, tThe electrical switch gear was not being "stored" – it was *installed* on site in the location where it was supposed to be – in the Main Electrical Room.

We have not been able to identify any provisions in the contract documents that call for SBE to be responsible for waterproofing the project site generally, the parking/basement levels specifically, or the electrical room in particular. Nor have we found contractual terms requiring SBE to be responsible for repairing broken plumbing or drain lines. If you are aware of such provisions, we ask you to please bring them specifically to our attention.

In short, the four-month delay is not SBE's responsibility, nor is the result of any failures on the part of SBE.  It is directly the fault of the contractors and personnel responsible for the water intrusions.  Indeed, the evidence demonstrates that SBE went out of its way to assist Owner in connection with the water damage to the switchgear and limit and reduce any delays.

For your convenience, here is a high-level overview of the events that led to delays caused by the water-damaged switchgear.

- After initial flooding, the main switch gear was initially rejected by Los Angeles Department of Building and Safety as a result of water intrusion, *not* because of any failure of SBE's work;
- At the specific request for Owner, SBE carried out instructions to retain a third party UL-certified inspector (Intertek) to recertify gear; in preparation for that process, SBE cleaned gear and tested the breakers;
- The inspector from UL declined to certify the gear, advising that, as a result of the water intrusion, it would need to be taken apart and certain hardware would have to be replaced.  SBE advised GHP that this process was something that was beyond their scope of work and for which they were not ideally suited.
- GHP then contracted directly with Pride Electric to perform the recommended refurbishments to the gear.  SBE procured the components that Pride requested, all while the UL inspector remained under subcontract so that the inspection could timely take place once the repairs were completed.
- During the repair process, the Main Electrical Room *once again* sustained water intrusion; because of this, and because Pride reportedly was not using proper processes, the Intertek inspector stated they could not certify the installed gear in place.
- Because the City insisted that the gear be certified, GHP then contracted directly with KT Industries to rebuild and recertify the gear.  KT had their own inspector.  KT's repair and certification efforts are currently underway.
- As a backupagainst further failures in the refurbishment and recertification of the water-damaged gear, GHP requested that SBE obtain replacement quotes from the manufacturer, Seimens;
- SBE did as it was asked.  A quote was sent directly to GHP by Siemens; Siemens claimed that the replacement would require approximately *50 weeks* production time;
- SBE went to tremendous lengths and had several calls with Siemens in an attempt to reduce that lead time; SBE was able to get the time frame dramatically reduced down to approximately 10-12 weeks because of their relationship with Siemens.

- GHP then purchased gear directly from Consolidated.

Again, SBE was not responsible for the water intrusions, and it was not responsible for the damage to the electrical gear which had been installed *where it was supposed to go*, in the Main Electrical Room. At every turn, SBE has worked with your client to try to repair and refurbish the gear so that it could pass inspection without replacement, and then went to great lengths to facilitate obtaining the potential replacement gear in one quarter of the time that it would normally take. Not to put the point too finely, but GHP should be ***thanking*** SBE for its efforts rather than threatening to sue for baseless claims of "negligence."

### III.    **Punch List Issues**

Your letter claims that, "SBE is woefully behind schedule in its scope of work . . . Owner provided you with the Punch List (referenced above) of important action items that Owner required SBE to complete on or before February 10, 2022, yet SBE has failed to complete a critical number of these tasks." Again, you provide many vague generalizations, with little in the way of specifics. And many details you do bother to provide (e.g., boxes need to be covered) are either wrong or were already in the process of being completed. Your letter identified nine specific items that you assert are deficient. These are addressed below.

**Level 7 pull boxes need to be covered**

- All pull boxes and panelboards that are currently open will be closed and covered by COB 3/16/22. Panelboard covers were not previously closed to test and commission the circuits once building is energized with permanent power.

**Egress exit signs are missing and some are incorrect, per fire consultant.**

- SBE has previously informed GHP that Electrical plans show more exit signs than the Architectural plans, and installed the signs per the Electrical Plans. This discrepancy was communicated on a job walk with Joe Esposito on 3/11/22. Joe was going to schedule an inspection with the Fire Marshall, and informed Cheryl and Rich that SBE should wait to identify the Marshall's requirements and adjust the existing exit signs for their double faces or chevron directionals at that time of inspection.

- Of course, if GHP wishes to reverse this instruction, SBE is willing to work with GHP. And if you would like to, please specify ***what*** the fire consultant thinks is wrong with the signs. SBE would be happy to address those issues as may be appropriate.

**IDF closet by Elevator 6 electrical panels need to be completed**

**IDF closet by Units 7003 and 7004 also have incomplete electrical panels**

**IDF closets on all floors in this area have incomplete electrical panels**

- Light switches, plugs and switches in IDF closets were completed on 2/10/22 per email sent on 2/11/22.

- SBE has continually communicated that all branch wires in electrical panels ***are completed***.  Branch wires per Electrical plans within the amenity and corridors of Levels 2-7 & roof have been terminated within their respective panelboards.

- As discussed with Joe Esposito on the 3/11/22 job walk, many breakers within the panelboards do not have any branch wires terminated in them.  This is because the panel schedule from the original Electrical Engineer, Randy Moss, was incomplete and some loads were overstated.  These breakers are now spare breakers that will not be utilized; they are not "incomplete".

- Upon completion of scope work, SBE has as-built homerun circuiting appropriately to respective panelboards.  Again, all unused breakers are now spare breakers that will not be utilized.

- SBE has also communicated that any open panelboards within the Electrical Rooms and closets have their covers off while awaiting permanent power.  These panelboards require testing of circuits once building is energized.  Because you asked so nicely, however, all pull boxes and panelboards that are currently open will be closed and covered by COB 3/16/22.

**For Ferrante Building B – Owner gave SBE a deadline to finish all common areas, the lobby area, and the Resident Services room by March 4, 2022.  As of this week, only the Resident Services room has been completed and inspected.**

- In the first place, it is not clear what you mean by "finish" or "completed and inspected."  The Resident Services room has not even been drywalled yet; we understand that this is happening ***today***.  Your assertion, quoted above, is thus quite confusing.  Perhaps you mean that the *rough* electrical work has been completed and inspected, but it's not clear from your letter.

- Putting aside the ambiguities in your letter, SBE simply disputes that GHP issued a March 4 deadline for all the common areas.  Weekly site meetings

held by the site superintendent have provided only limited and general verbal notice to start work in amenity areas at various times, along with not-realized aspirational goals for the completion of framing. A schedule with target dates of completion has **not** been clearly communicated.  If you are aware of correspondence to the contrary, we ask that you please provide a reference to it.

- Indeed, as of this morning, the lobby, the leasing office, and the gym/business center are still in the process of being framed; SBE has performed (and is continuing to perform) all of the work that it can while it waits for the framing to be completed.  Any delays are not SBE's fault.  Indeed, this is a direct consequence of GHP's decision, memorialized in Paragraph 13 of Exhibit E to the Agreement, not to use actual written schedules.

**SBE continues to submit Change Orders for items that are clearly included within the scope of the Project.  Subject to revision and without limitation, SBE has submitted improper Change Orders regarding fountain power provisions and HVAC contactors, among other items.**

**SBE is relying a [*sic*] version of the Agreement which is not the final, executed version of the Agreement.  The version that SBE is relying [*sic*] has never been signed or approved by Owner and sets forth an Exclusion List that Owner does not have and did not approve.**

- SBE has yet to issue a Change Order for Fountain Feeders and has continually communicated to Owner of delays and inaccuracies in Engineering per RFI-150 issued to Engineer via Plan Grid on 11/17/2020.  SBE only received the information it required to close off the RFI on March 2, 2022.

- At SBE's risk, SBE has issued a Purchase Order for copper feeders for fountain equipment **prior** to issuing a Change Order and obtaining approval. This, like many other things, has been done at SBE's own cost and risk in order to prevent delays.  However, it is **not** within SBE's scope of work because the electrical requirements for the fountain were not on the Electrical Drawings (until the most recent revisions).

- HVAC contactors **are not** within SBE's scope of work.  Paragraph 55 of Exhibit E specifically states that SBE is responsible for electrical work and conduit to provide *power* to the HVAC system, and that the HVAC Contractor is responsible for making final connections to the power system itself.  (*See also* Schedule of Values referencing "HVAC Power".)  Contactors, as you are no doubt aware, are part of the control and/or fire alarm systems for the HVAC

units themselves and are clearly on the HVAC contractor side of the "final connection". Nevertheless, in order to avoid delays, SBE is procuring them and is in the process of installing them. SBE has yet to issue a Change Order for HVAC contactors – so it is not clear why you would be under the impression that it has improperly submitted a Change Order.

- Presumably, the vague reference to "relying [on] a version" other than the final Agreement is a reference to correspondence about the HVAC contactors. SBE referred to its proposal exclusions as a shorthand way of explaining the issue just described. As demonstrated above, however, the final contract tracks this "never… signed or approved" exclusion.

**SBE continues to claim in writing that it is "awaiting direction" from Owner on Punch List Item 14(b) on the Punch List ("MPOE Room Power provisions"). In fact, Owner has provided SBE with direction with respect to Item 14(b), yet this task remains incomplete.**

- This is simply false. GHP never replied to Cheryl Sterris with a response to SBE's concerns that they were "awaiting direction" in respect to item 14b – or even an acknowledgement.

- Indeed, it was only recently, during the job walk on 3/11/22, that Joe Esposito communicated to SBE that MPOE and Low Voltage provisions noted on the Punch List did not need emergency circuiting and could be normal power. Having finally received the information it required, SBE included this on the subsequent Punch List emailed to Owner on 3/14/22, which was sent prior to receiving your letter.

If there are any other specific issues that you would like to raise, we would of course be willing to give them due consideration and a prompt response. But SBE rejects your unsupported claims that it has breached its Agreement. SBE has, by contrast, managed to go above and beyond to assist GHP in avoiding the substantial delays that have plagued other projects because of COVID, and has thus far managed to avoid escalations as a result of the widespread supply chain issues that the construction industry has experienced. (Something that may have to be revisited in the future.) If GHP wishes to unilaterally terminate its agreement, it does so at its own risk. SBE reserves all rights, waiving none, including but not limited to the right to pursue substantial damages caused by GHP's conduct.

In the meantime, if your client is just generally unhappy and wishes to have discussions about the termination of SBE's work on the site, SBE is of course willing to have those discussions. Please be aware, however, that SBE has been absorbing the costs

**LBS**  *Letter to Travis Gemoets re: GHP/SBE*                                                Page **10** of **10**
        March 16, 2022

from the significant delays on the project – delays which are not its fault – and that those costs would, naturally, be an issue in any discussions of how to wind up SBE's involvement.


Sincerely,


Michael E. Lopez
Managing Partner

# EXHIBIT K

EXECUTION COPY

## SETTLEMENT AGREEMENT, RELEASE, AND COVENANT NOT TO EXECUTE

This Settlement Agreement, Release, and Covenant Not to Execute (the "Agreement"), effective as of September 8, 2023, is entered into by and between Palmer Beaudry Avenue Properties LP ("Palmer" or "Claimant"), on the one hand, and SBE Electrical Contracting, Inc. ("SBE" or "Respondent"), on the other hand.  Claimant and Respondent are referred to herein singularly as a "Party" and collectively as the "Parties".

**WHEREAS**, Palmer entered into a Trade Contractor Agreement, made as of a July 13, 2019, with SBE that set a contract price in excess of $25 million for certain electrical contracting services in connection with the Ferrante Project, which is located at 1000 Temple Street, Los Angeles, California, 90012 (the "Trade Contract Agreement"); and

**WHEREAS**, the Trade Contract Agreement stated that SBE shall, among other things, "use all means necessary to protect material before, during, and after installation and to protect the installed work and materials of all other trades."; and

**WHEREAS**, on March 18, 2022, counsel for Palmer terminated SBE from the project, including because SBE allegedly failed to protect electrical equipment from water intrusion; and

**WHEREAS**, the Parties engaged in an extensive document and information exchange, a Principal's meeting, and initially unsuccessful mediation efforts, in accordance with the dispute resolution provisions of the Trade Contractor Agreement; and

**WHEREAS**, on July 28, 2022, SBE brought an action entitled *SBE Electrical Contracting, Inc. v. Palmer Beaudry Avenue Properties, L.P.,* in the California Superior Court, for the County of Los Angeles, Case No. 22STCV24479, asserting causes of action for damages and foreclosure of a mechanic's lien (the "Mechanic's Lien Action") in order to preserve its mechanic's lien rights relating to work performed under the Trade Contractor Agreement, while explicitly noting to the Court that the matter was also subject to arbitration; and

**WHEREAS**, pursuant to a stipulation filed by the Parties, the Court stayed the Mechanic's Lien Action on January 10, 2023, so that the Parties could pursue arbitration under the terms of the Trade Contractor Agreement; and

**WHEREAS**, on December 29, 2022, SBE initiated arbitration against Palmer, American Arbitration Association Case No. 01-22-0005-4378 (the "Arbitration"), seeking, *inter alia*, the payment of over $2.7 million allegedly owed to SBE for work it performed; and

---

EXECUTION COPY

**WHEREAS**, on January 25, 2023, Palmer asserted in a counterclaim in the Arbitration that SBE caused at least $15,000,000 of damages to the Ferrante Project, primarily based on direct and consequential damages flowing from water damage to vital and purportedly difficult-to-replace electrical switchgear equipment for which SBE was allegedly liable under the contract; and

**WHEREAS**, SBE tendered Palmer's claim to Associated Industries Insurance Company, Inc. ("Associated"), which issued SBE policies of commercial general liability insurance and excess/umbrella liability insurance; and

**WHEREAS**, by letter dated March 29, 2023, Associated denied any obligation to defend or indemnify SBE against Palmer's counterclaim in the Arbitration; and

**WHEREAS**, on June 5, 2023, Associated filed a lawsuit against SBE in the United States District Court, for the Central District of California, Case No. 8:23-cv-00977, asserting a claim for declaratory relief (the "Coverage Action"). In the Coverage Action, Associated confirmed and acknowledged both that: (a) it denied coverage for the Palmer counterclaim; and (b) Palmer alleged in the Arbitration counterclaim that, "[o]ne of [SBE's] failures in particular caused extraordinary harm to [Palmer-Beaudry] – [SBE] did not protect the main switchgear from water intrusion, even though that responsibility is squarely allocated to them by the Parties' agreement."; and

**WHEREAS**, SBE, already struggling to cover the $2.7 million shortfall in its own budget arising from its termination by Palmer, does not have, absent the support of Associated, the financial resources to fully defend against the Palmer counterclaim in the Arbitration, and would be unlikely to pay any judgment that might result against it were Palmer to prevail; and

**WHEREAS**, settlement of the Arbitration was extraordinarily difficult, requiring no fewer than five (5) separate mediation sessions with a neutral mediator, despite Palmer's knowledge that, in the absence of insurance, SBE would likely be unable to satisfy the judgment that Palmer sought in the Arbitration; and

**WHEREAS**, the Parties now desire to resolve their disputes, including the Mechanic's Lien Action and the Arbitration, in accordance with the terms set forth in this Agreement; so

**NOW, THEREFORE**, for and in consideration of the mutual covenants and conditions set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.      Consideration. Subject to the terms and conditions of this Agreement, including, without limitation, the release set forth in Section 2, below, and the covenant not to execute on the settlement as set forth in Section 3, below, the Parties agree to settle

---

EXECUTION COPY

their disputes – including the Mechanic's Lien Action and the Arbitration – payable as follows:

a. On SBE's claims, Palmer agrees to pay SBE the sum of $2,750,000 (the "SBE Settlement Amount"); and

b. On Palmer's claim, solely in respect of the water damage to the switchgear and the damages flowing therefrom and not in respect of any other claims, SBE agrees to pay Palmer the sum of $9,400,000 (the "Palmer Settlement Amount").

The SBE Settlement Amount and the Palmer Settlement Amount are collectively referred to herein as the "Settlement Amount." The Parties further agree that the Settlement Amount shall be recoverable solely as against Associated. Other than the recovery of the Settlement Amount as against Associated as set forth in this Agreement, neither Party shall pursue each other, nor each other's Released Persons and Entities (as set forth below), for any monies, recovery or relief including, without limitation, the Settlement Amount.

2.    <u>Mutual Release</u>.  Except with respect to the obligations of this Settlement Agreement, Palmer, on the one hand, and SBE, on the other hand hereby voluntarily, knowingly and willingly release and discharge each other, and each other's affiliated and related companies, predecessors-in-interest, successors-in-interest, parents, subsidiaries, divisions, affiliates, related entities, directors, officers, managers, members, owners, trustees, shareholders, employees, independent contractors, contractors, subcontractors, agents, successors, attorneys, assigns, representatives, trusts, trustees, heirs, beneficiaries, and executors, and each of them (collectively, "Released Persons and Entities"), from any claims, actions, causes of action, demands, rights, debts, agreements, promises, liabilities, losses, damages, liens, compensation, obligations, guarantees, attorneys' fees, costs, and expenses of any kind or nature whatsoever, whether past or present, whether ascertained or unascertained, whether known or unknown, whether suspected or unsuspected, and whether claimed or unclaimed, which Palmer or SBE have or had against each other and/or each other's Released Persons and Entities, from the beginning of the world until the effective date of this Agreement, including all matters in controversy in the Mechanic's Lien Action, the Arbitration, and any claims relating thereto (the "Released Claims"). For clarification purposes, the Released Claims shall not include any obligations under this Agreement, and shall not release any claims against or obligations of Associated (or any of its related entities including affiliates, reinsurers, etc.) including those which relate to or arise from any of the Released Claims. However, the Released Claims shall include, and Palmer hereby expressly waives and releases, any and all rights of subrogation which any of Palmer's insurers may have against SBE or any of its Released Persons and Entities.

3.    <u>Covenant Not To Execute</u>.  Palmer and SBE do hereby stipulate, promise and covenant not to pursue collection of any money, damages, relief, recoveries, or sums,

---

EXECUTION COPY

of any nature whatsoever, including, without limitation, any of the Settlement Amount, from each other or any of the other's Related Persons and Entities. The Parties agree to pursue the collection of any money, damages, relief, or other recoveries under this Agreement, including the Settlement Amount, solely from Associated.

4.      **Assignment of Palmer's Claims Against Associated.**  Upon the effective date of this Agreement, Palmer will and hereby does, without the necessity of the execution of any further documentation or the undertaking of any further actions, assign to SBE all of its rights, if any, to pursue the recovery of any of the Settlement Amount from Associated and any and all claims which Palmer may possess that arise out of or relate to Associate's failure to indemnify, including any rights which Palmer may have under Cal. Ins. Code § 11580 (the "Assigned Claims").

5.      **Lawsuit Against Associated/Allocation of Recovery.**  Because Associated has already initiated the Coverage Action, and to avoid the added cost and expense of separate litigation or the retention of separate counsel, Palmer hereby authorizes SBE, without the necessity of the execution of any further documentation or the undertaking of any further actions, to pursue the recovery of the Settlement Amount and any of the Assigned Claims in the Coverage Action.  The Parties further explicitly agree to waive any potential conflicts of interest that may arise from having SBE's counsel pursue any of the Assigned Claims in the Coverage Action.  Palmer further authorizes SBE to prosecute, defend, litigate, control, settle, compromise, or dismiss, any and all such Assigned Claims, and pursue the entirety of the Coverage Action in its own name and/or in the name of Palmer.  The Parties further agree that, to avoid any dispute over how to allocate any recovery received from Associated, after subtracting the Parties' attorneys' fees and costs relating to the Coverage Action and the Assigned Claims, the Parties shall allocate any net recovery of indemnity damages as follows:

    a.  Of the first $1,000,000 or portion thereof recovered from Associated for indemnity damages on the Settlement Amount, net of attorneys' fees and costs, Palmer shall receive 60%, and SBE shall receive 40%;

    b.  Of the second $1,000,000 or portion thereof recovered from Associated for indemnity damages on the Settlement Amount, net of attorneys' fees and costs, Palmer shall receive 55%, and SBE shall receive 45%;

    c.  Of the third $1,000,000 or portion thereof recovered from Associated for indemnity damages on the Settlement Amount, net of attorneys' fees and costs, Palmer shall receive 50%, and SBE shall receive 50%;

    d.  Of the fourth $1,000,000 or portion thereof recovered from Associated for indemnity damages on the Settlement Amount, net of attorneys' fees and costs, Palmer shall receive 55%,  and SBE shall receive 45%;

---

EXECUTION COPY

    e.    For any sums in excess of $4,000,000 recovered from Associated for indemnity damages on the Settlement Amount, net of attorneys' fees and costs, Palmer shall receive 67.5%, and SBE shall receive 32.5%.

    f.    As punitive damages are not assignable, any punitive damages recovered from Associated which arise from Associated's failure to indemnify, net of attorneys' fees and costs, shall be allocated solely to SBE; however, SBE agrees, to the extent that it is legally allowed to do so, to pay over 50% of any such proceeds collected, if any, to Palmer.

6.    <u>Dismissal of the Action</u>.  Within fifteen (15) days after the effective date of this Agreement, the Parties shall file a stipulation for dismissal of all claims and causes of action in both the Mechanic's Lien Action and the Arbitration **with prejudice**, and in their entirety.  Additionally, SBE shall cooperate as necessary to allow Palmer to release the bond on SBE's mechanic's lien.  The Parties hereby expressly stipulate, pursuant to Cal. Civ. Proc. Code § 664.6, that the Superior Court for the County of Los Angeles shall have exclusive jurisdiction to resolve any disputes that may arise as to the validity, enforceability, performance, interpretation, administration, or enforcement of this Agreement and shall execute such documents (such as dismissals) as are necessary to secure this jurisdiction.

7.    <u>Waiver of California Civil Code Section 1542</u>.  With respect to the Releases contained herein, the Parties waive any and all rights under Section 1542 of the Civil Code of the State of California and under any other federal or state statute or law of similar effect.  California Civil Code Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

The Parties, being aware of such code section, hereby expressly waive any rights they may have thereunder, as well as under any statute, law, or principle of similar effect in any jurisdiction.  The Parties hereby acknowledge that the foregoing waiver of the provisions of Section 1542 of the California Civil Code (and any other federal or state statute or law of similar effect) was specifically bargained for.  The Parties expressly agree that the release provisions herein contained shall be given full force and effect in accordance with each and all of their express terms and provisions, including but not limited to those terms and provisions relating to unknown or unsuspected claims, liens, demands, and causes of action hereinabove specified.

8.    <u>Indemnity/Good Faith Settlement</u>.

---

EXECUTION COPY

a.  SBE and Palmer intend for this Agreement to finally end the disputes between the Parties and to account in full for SBE's contribution, if any, to any damages suffered by Palmer.  To the extent that Palmer makes any demands or initiates any further proceedings against any third party arising out of or related to any of SBE's work at the Ferrante Project or damage to any of the work performed or equipment installed by SBE (including the switchgear and related wiring and equipment), where such third party also in turn makes claims for indemnity, contributory negligence, subrogation, or any similar theory against SBE, Palmer agrees that:

    i.  It shall cooperate with SBE in attempting to have this Settlement Agreement certified as a good faith settlement under Code of Civil Proc. § 877.6 (or similarly applicable statute) to the maximum extent possible under law; and

    ii.  It shall defend and indemnify SBE against any such third-party claims.  Palmer may do so, at its option, using its own counsel. SBE expressly waives any conflicts arising therefrom, and agrees to cooperate to the extent necessary in any defense.

b.  To the extent Associated or its affiliated and related companies, predecessors-in-interest, successors-in-interest, parents, subsidiaries, divisions, affiliates, related entities, directors, officers, managers, members, owners, trustees, shareholders, employees, independent contractors, contractors, subcontractors, agents, successors, attorneys, assigns, representatives, trusts, trustees, heirs, beneficiaries, or executors (collectively "Associated Affiliates") makes any demands for relief (whether monetary or nonmonetary) or initiates any proceedings against Palmer or Palmer's Released Persons and Entities arising out of or relating to the Coverage Action or this Agreement or the negotiation of this Agreement, SBE shall defend and indemnify Palmer or Palmer's Released Persons and Entities, as applicable. SBE may do so, at its option, using its own counsel. Palmer expressly waives any conflicts arising therefrom, and agrees to cooperate to the extent necessary in any defense.

9.  <u>Arms-Length Transaction/No Reliance</u>.  The Parties acknowledge and agree that: (1) this Agreement is the product of many months of arms-length negotiations, including multiple mediation sessions; and (2) that each Party has relied upon its own independent investigation in reaching this Agreement and has not relied upon any representation by any other Party or any other person or entity released in this Agreement.

10.  <u>Attorney Fees</u>.  With respect to each other, each Party shall be solely responsible for the payment of fees owed to its attorney(s) in connection with the

---

SETTLEMENT AGREEMENT, RELEASE AND COVENANT NOT TO EXECUTE

EXECUTION COPY

Mechanic's Lien Action, the Arbitration, and in association with the negotiation and settlement of this matter. The fees and costs for the Coverage Action and pursuing coverage as against Associated shall be paid solely by SBE, or out of any proceeds received in that action if the matter is pursued on a contingency basis. Under no circumstances shall Palmer be responsible for paying any attorneys' fees or costs out-of-pocket in the Coverage Action. Palmer shall only be responsible to pay attorney fees and costs relating to this Coverage Action as per this agreement if there is a settlement or other recovery in the Coverage Action.

11.     This Agreement shall be admissible in the Coverage Action for all purposes allowed by law, including as evidence of liability and damages.

12.     <u>Confidentiality</u>. This Agreement, all negotiations leading to it, and all communications regarding its terms and conditions shall be kept strictly confidential and shall not be disclosed to any person or entity, except: (i) in response to a judicial order compelling disclosure or as may otherwise be required by law or be necessary to defend or assert claims by or against any Party hereto in a judicial proceeding; (ii) in connection with any litigation or proceeding against Associated, including the Coverage Action; (iii) to parent, subsidiary, affiliated or associated companies of the Parties and their counsel; (iv) as necessary to effect the release of Palmer's bonding of SBE's mechanic's lien; (v) as necessary to effectuate Paragraphs 8(a) and 8(b), above; and (vi) to local, state, or federal taxing authorities, state or federal regulatory authorities, lenders, accountants, tax advisors or auditors of or counsel to the Parties. The Parties understand and agree that these terms of Confidentiality apply, whether or not the terms of this Agreement are submitted to a Court, or otherwise become a matter of public record or knowledge.

13.     <u>Entire Agreement</u>. This Agreement contains the entire agreement between the Parties hereto, and all other prior agreements between the Parties are merged herein. The Parties represent that there are no oral agreements or understandings of any nature whatsoever that contradict, vary, modify, supplement, or add in any way to the express written terms of this Agreement. Any modifications to this Agreement must be in writing and signed by the Parties. The Parties enter into this Agreement for the purpose of making full and final compromise, adjustment, and settlement of the Released Claims, as more fully described above.

14.     <u>Saving Clause</u>. If any provision of this Agreement is for any reason held invalid or unenforceable, and provided the remainder of this document does not frustrate the purpose and intent of the Parties in entering into this Agreement, such invalidity or unenforceability shall not affect any other provision hereof, but this Agreement shall, in such event, be construed as if such invalid and/or unenforceable provision had never been contained herein.

15.     <u>Representation by Counsel</u>. The Parties acknowledge that they have each been represented by counsel or representative of their own choice in connection with the preparation and execution of the Agreement. The Parties represent and warrant that they

EXECUTION COPY

are entering into this Agreement voluntarily after they have carefully read and fully understood all provisions of this Agreement, and after they have discussed this Agreement with their respective counsel.

16.    Execution by Counterpart.  This Agreement may be executed in counterparts, each of which shall be deemed an original, and any counterpart shall have the same effect as if all Parties had executed the same counterparts.  PDF, digital, or facsimile signatures shall have the same force and effect as original signatures.

17.    No Benefit to Third-Parties.  Except as expressly provided herein, this Agreement shall not confer any right or benefit upon, or release from liability any person who is not a Party to or released pursuant to this Agreement including, without limitation, Associated.

18.    Governing Law.  This Agreement shall in all respects be interpreted, enforced, and governed by and under the laws of the State of California without regard for California's conflict of law principles.  Any action to enforce the terms of this Agreement shall be brought exclusively in the Superior Court of California for the County of Los Angeles, in accordance with Section 6, above.

19.    Further Assurances.  The Parties agree to execute such other documents and take such actions as may reasonably be necessary to further the purpose of this Agreement.

20.    Headings.  The descriptive headings of the several sections and paragraphs contained in this Agreement are inserted for convenience only and shall not control or affect the meaning or construction of any of the provisions thereof.

21.    Survival of Representations And Warranties.  All representations and warranties, including those contained in each Whereas clause contained herein shall survive the execution and delivery of this Agreement, and shall be admissible as against Associated in the Coverage Action or any related action or proceeding.

22.    Waiver, Modification and Amendment.  No provision in this Agreement may be waived unless in writing signed by all Parties hereto.  Waiver of any one provision herein on any occasion or occasions shall not be deemed to be a subsequent waiver of the same provision or a waiver of any other provision herein.

23.    Power and Authority; Enforceability.  The Parties each represent and warrant that the execution, delivery, and performance of this Agreement have been duly authorized where such authorization is required and require no approval from a third party that has not already been obtained.  When duly executed and delivered, this Agreement shall be valid and binding upon the Parties, and shall be fully enforceable against each of them, in accordance with its terms.  Any person executing this Agreement

---

EXECUTION COPY

on behalf of any Party hereto does hereby personally represent and warrant to the other Party or Parties that he/she has the authority to execute this Agreement on behalf of, and fully bind, such Party.

**THE SETTLING PARTIES HERETO ACKNOWLEDGE THAT THEY HAVE READ THIS SETTLEMENT AGREEMENT AND RELEASE AND FULLY KNOW, UNDERSTAND AND APPRECIATE ITS CONTENTS AND THAT THEY EXECUTE THE SAME AND MAKE THE SETTLEMENT PROVIDED FOR HEREIN VOLUNTARLY AND OF THEIR OWN FREE WILL**

DATED: _____, 2023         **PALMER BEAUDRY AVENUE PROPERTIES LP**

By: _____

DATED: _____, 2023         **SBE ELECTRICAL CONTRACTING, INC.**

By: _____

_____
SETTLEMENT AGREEMENT, RELEASE AND COVENANT NOT TO EXECUTE

## Michael E. Lopez

| | |
|---|---|
| **From:** | Justin Anderson <JAnderson@jmbm.com> |
| **Sent:** | Friday, September 8, 2023 5:55 PM |
| **To:** | Michael E. Lopez |
| **Cc:** | Joel Deutsch; Harry J. Schulz, III; Itzi Munoz |
| **Subject:** | Final Settlement Agreement |
| **Attachments:** | GHP-SBE SettAgmt - 9-8 Execution Copy.pdf |

Michael,

I have our client's full consent to the attached settlement agreement, which reflects the parties' agreements in mediation. As a purely ministerial matter, our client will sign the agreement on Monday, September 11, 2023.

Best,
Justin

**Justin Anderson** | Associate

**Jeffer Mangels Butler & Mitchell LLP | JMBM**
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067
**D:** (310) 712-6826  |  **F:** (310) 203-0567  |  **E:** JAnderson@JMBM.com



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

EXECUTION COPY

on behalf of any Party hereto does hereby personally represent and warrant to the other Party or Parties that he/she has the authority to execute this Agreement on behalf of, and fully bind, such Party.

**THE SETTLING PARTIES HERETO ACKNOWLEDGE THAT THEY HAVE READ THIS SETTLEMENT AGREEMENT AND RELEASE AND FULLY KNOW, UNDERSTAND AND APPRECIATE ITS CONTENTS AND THAT THEY EXECUTE THE SAME AND MAKE THE SETTLEMENT PROVIDED FOR HEREIN VOLUNTARLY AND OF THEIR OWN FREE WILL**

DATED: _____, 2023          **PALMER BEAUDRY AVENUE PROPERTIES LP**

By: _____

DATED: _09/08/_____, 2023          **SBE ELECTRICAL CONTRACTING, INC.**

By: _____

Jeff Wilson
President

_____

SETTLEMENT AGREEMENT, RELEASE AND COVENANT NOT TO EXECUTE

- 9 -