JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SBE ELECTRICAL CONTRACTING, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 8:23-cv-00977-FWS-KES<br><br>**JUDGMENT** |
| SBE ELECTRICAL CONTRACTING, INC., a Florida corporation,<br><br>　　　　Counterclaimant,<br>　　v.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation,<br><br>　　　　Counterdefendant. | |

On June 18, 2024, the court issued an order granting Plaintiff Associated

Industries Insurance Company, Inc.'s ("Plaintiff") motion for judgment on the pleadings. (Dkt. 33 ("Order").) In accordance with that Order, the court hereby **DECLARES** that Plaintiff owed no duty to defend or to indemnify Defendant SBE Electrical Contracting, Inc. ("Defendant"), against the arbitration counterclaim by Palmer-Beaudry Avenue Properties, L.P. in the underlying arbitration proceedings. The court therefore **ORDERS** that:

1. On Plaintiff's Complaint against Defendant (Dkt. 1), judgment is hereby entered in favor of Plaintiff and against Defendant.
2. On Defendant's Counterclaims against Plaintiff (Dkt. 10), judgment is hereby entered in favor of Plaintiff and against Defendant. Defendant shall take nothing on its Counterclaims against Plaintiff.

Plaintiff has the right to recover costs from Defendant, subject to filing a proper and timely Application to the Clerk to Tax Costs in accordance with Federal Rule of Civil Procedure 54(d) and Central District of California Local Rule 54-2.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 1, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE